1  BUCHALTER
   A Professional Corporation
2  MICHAEL B. FISHER (SBN: 203620)
   ANITA BAROONI (SBN: 312091)
3  1000 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90017-1730
4  Telephone: 213.891.0700
   Fax: 213.896.0400
5  Email: mbfisher@buchalter.com

6  Attorneys for Defendants
7  BUCHALTER, P.C., ERIC KENNEDY, and ASHLEY MILNES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS R. OLSON, an individual; LEONARD KYLE DYKSTRA, an individual; RYAN VOGT-LOWELL, an individual and in his capacity as an officer of the court; ERIC KENNEDY, an individual and in his capacity as an officer of the court; ASHLEY MILNES, an individual and in his capacity as an officer of the court; BUCHALTER, P.C., a California professional corporation; LAMDIEN LE, an individual and in his capacity as an officer of the court; SLAUGHTER, REAGAN & COLE, LLP, a Limited Liability Partnership: MARLENE BURRIS, an individual and in her judicial officer capacity as a court reporter; DEBRA RIVERA, an individual and in her judicial officer capacity as a court reporter; MICHAEL CONVEY, as an individual and in his official capacity as Justice of the Superior Court of Los Angeles County; EMILY SPEAR, as an individual and in her official capacity as Justice of the Superior Court of Los Angeles County and as Deputy District Attorney of Los Angeles County; CINDY KIM an individual and in her judicial officer capacity as Court Clerk; and Judicial Assistant; DEPUTY SHERIFF OFFICER DOE KOO an individual and his official Deputy Sheriff capacity and in DOES 1-40, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-09747<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. section 1441, Defendants BUCHALTER, P.C., ERIC KENNEDY, and ASHLEY MILNES ("Defendants") hereby remove to this Court the state court action described as follows:

1. On or about November 15, 2019, Plaintiff JANE DOE ("Plaintiff") commenced the instant action by filing a complaint entitled "Jane Doe v. Curtis R. Olson, *et al.*," and bearing Case No. 19STCV41255, in the Superior Court of California, County of Los Angeles (the "Complaint").

2. Plaintiff did not serve the Complaint on any of the defendants.

3. On November 15, 2021, Plaintiff filed her First Amended Complaint. A true copy of the First Amended Complaint filed by Plaintiff is attached hereto as Exhibit "1."

4. The first date upon which Defendants were deemed served with the First Amended Complaint was November 18, 2021. This Notice of Removal is therefore timely filed.

5. This Court has original jurisdiction of this action under 28 U.S.C. section 1331, in that it is a civil action which involves matters of federal question: Plaintiff alleges in the First Amended Complaint that Defendants violated 42 U.S.C. Section 1983; 18 U.S.C. Section 4; and 18 U.S.C. Section 1503.

6. Defendants will promptly notify all adverse parties of the removal of this action to federal court.

7. Defendants do not know if any other defendants have been served with the First Amended Complaint and, for that reason, joinder in this Notice of Removal is not required.

8. Defendants will promptly serve a copy of this Notice of Removal on the Clerk of the Superior Court for the State of California, County of Los Angeles.

BN 48690047v1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)

Case No. 2:21-cv-09747

**WHEREFORE**, Defendants respectfully request that this case proceed before this Court as an action properly removed.

DATED: December 16, 2021

BUCHALTER
A Professional Corporation

By: /s/ Michael B. Fisher
　　　MICHAEL B. FISHER
　　　ANITA BAROONI
　　　Attorneys for Defendants
　　BUCHALTER, P.C., ERIC KENNEDY,
　　　and ASHLEY MILNES

2

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)**

Case No. 2:21-cv-09747

BN 48690047v1

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the foregoing

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)**
- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
- **CIVIL CASE COVER SHEET**

on the following person(s) in the manner indicated below at the following address(es):

>Jane Doe
>9461 Charleville Blvd #259
>Beverly Hills, CA 90212

by ☒ mailing; ☐ e-mailing; ☐ electronic service at the party's email address as recorded on the date of service in the court's eFiling system; ☐ hand delivering a true and correct copy thereof to said parties on the date stated below.

DATED this 16th day of December, 2021.

/s/ Kathleen E. McFarland-Ramirez
Kathleen E. McFarland-Ramirez

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (FEDERAL QUESTION)**

Case No. 2:21-cv-09747

BN 48690047v1