UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:21-cv-09747-SB-PD                                              Date: January 3, 2022

Title   _Jane Doe v. Curtis R. Olson, et al._

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order Setting Briefing Schedule for Defendants' Special Motion to Strike Plaintiff's First Amended Complaint [Dkt. No. 8.]**

On December 30, 2021, Defendants Lamdien Le and Slaughter, Reagan & Cole, filed a motion to strike Plaintiff's First Amended Complaint. [Dkt. No. 8.] Defendants set a hearing for February 4, 2022 before the Honorable Patricia Donahue. The hearing date is **vacated**. The Motion to Strike will be considered on the papers filed by the parties, absent further Court order.

By this Order, the Court sets the following briefing schedule:

1. Plaintiff shall file her Opposition to the Motion to Strike by **February 1, 2022**; **and**
2. Defendants' optional reply shall be filed by **February 8, 2022.** After that date, the motion to strike will be deemed submitted.

**IT IS SO ORDERED**.

:
Initials of Preparer   im