UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NEOPOST
05/18/2022
US POSTAGE $001.36
ZIP 90012
041M11461109

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Returned Mail
CV21-9747-SB(PD)

RTS
No Recepient address

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 25 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PD

Jane Doe
9461 Charleville Boulevard No 259
Beverly Hills CA 90212

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-09747-SB-PD |
| v. | |
| Curtis R. Olson et el | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Jane Doe         ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute G. Scott Sobel _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

LAW OFFICE OF G. SCOTTSOBEL, 1180 S. Beverly Drive, Suite 610, Los Angeles, CA 90035
*Street Address*

Los Angeles, CA 90035                                gscottsobel@gmail.com
*City, State, Zip*                                    *E-Mail Address*

323-377-4000              888-863-5630              124818
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Jane Doe, pro per
*List all attorneys from same firm or agency who are withdrawing.*

is hereby   ☑ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

*Patricia Donahue*

Dated  May 13, 2022                U.S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY