SARAH L. OVERTON (CSB #163810)
LINDSAY N. FRAZIER-KRANE (CSB #251631)
CUMMINGS, McCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com
Attorneys for Defendants,
the Honorable Michael Convey and
the Honorable Emily Spear,
Judges of the Superior Court of California,
County of Los Angeles;
Cindy Kim, Deputy Clerk of the
Superior Court of California,
County of Los Angeles; and
Marlene Burris and Debra Rivera,
Certified Shorthand Reporters of the
Superior Court of California,
County of Los Angeles

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | CASE:  2:21-CV-09747-SB-PD |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZIER-KRANE AND EXHIBITS** |
| v. | |
| CURTIS R. OLSON, et al.; | Date     :   February 15, 2022 |
| Defendants. | Time     :   2:00 p.m. |
| | Courtroom :   580, 5th Floor |
| | Judge    :   Hon. Patricia Donahue |

///
///
///
///

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1

REQUEST FOR JUDICIAL NOTICE; DECLARATION OF
LINDSAY N. FRAZEIR-KRANE AND EXHIBITS

-1

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

Defendants the Honorable Michael Convey and the Honorable Emily Spear, Judges of the Superior Court of California, County of Los Angeles; Cindy Kim, Deputy Clerk of the Superior Court of California, County of Los Angeles; and Marlene Burris and Debra Rivera, Certified Shorthand Reporters of the Superior Court of California, County of Los Angeles, hereby request that the court take judicial notice pursuant to Federal Rules of Evidence, Rule 201, of the following facts and documents, attached as exhibits hereto, in support of defendants' motion to dismiss plaintiff's first amended complaint.

1.    Docket, *(Jane Doe) v. Olson*, Los Angeles Superior Court case no. 17SMRO00308

2.    Docket, *Olson v. (Jane Doe),* Los Angeles Superior Court case no. 17SMRO00368

3.    Docket, *Olson v. (Jane Doe),* Los Angeles Superior Court case no.19STCV46503

Dated: June 27, 2022        **CUMMINGS, McCLOREY, DAVIS, ACHO & ASSOCIATES**

By:   /s/ Lindsay N. Frazier-Krane
      Sarah L. Overton, Esq.
      Lindsay N. Frazier-Krane, Esq.
      Attorneys for Defendants
      the Honorable Michael Convey and
      the Honorable Emily Spear,
      Judges of the Superior Court of California,
      County of Los Angeles;
      Cindy Kim, Deputy Clerk of the
      Superior Court of California,
      County of Los Angeles; and
      Marlene Burris and Debra Rivera,
      Certified Shorthand Reporters of the
      Superior Court of California, County of Los
      Angeles

**Cummings, McClorey,
Davis, Acho
& Associates, P.C.**
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2

REQUEST FOR JUDICIAL NOTICE; DECLARATION OF
LINDSAY N. FRAZEIR-KRANE AND EXHIBITS

## **DECLARATION OF LINDSAY N. FRAZIER-KRANE**

I, Lindsay N. Frazier-Krane, declare as follows:

1.      I am an attorney duly licensed to practice law before the United States District Court, Central District of California, and I am an associate with the law firm of Cummings, McClorey, Davis, Acho & Associates, attorneys for the moving parties in this matter.  If called upon as a witness, I would competently testify to the matters stated herein, except for those matters stated upon my information and belief and, to those matters, I believe them to be true.

2.      Attached hereto as exhibit 1 is a true and correct copy of *(Jane Doe) v. Olson*, Los Angeles Superior Court case no. 17SMRO00308.  The register of actions is accessible online by case number from the Superior Court of California, County of Los Angeles webpage at https://www.lacourt.org/casesummary/ui/index.aspx.

3.      Attached hereto as exhibit 2 is a true and correct copy of *Olson v. (Jane Doe),* Los Angeles Superior Court case no. 17SMRO00368.  The register of actions is accessible online by case number from the Superior Court of California, County of Los Angeles webpage at https://www.lacourt.org/casesummary/ui/index.aspx.

4.      Attached hereto as exhibit 3 is a true and correct copy of *Olson v. (Jane Doe),* Los Angeles Superior Court case no.19STCV46503.  The register of actions is accessible online by case number from the Superior Court of California, County of Los Angeles webpage at https://www.lacourt.org/casesummary/ui/index.aspx.

5.      Given the plaintiff has filed this litigation under the pseudonym, Jane Doe, I redacted the register of actions to remove reference to her legal name to ensure her privacy is protected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 27, 2022, at Riverside, California.

/s/ Lindsay N. Frazier-Krane
Lindsay N. Frazier-Krane, Declarant

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

3

REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZEIR-KRANE AND EXHIBITS

# EXHIBIT 1

EXHIBIT #-1

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 17SMRO00308

███████████████ VS OLSON, CURTIS

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 09/06/2017
**Case Type:** Civil Harassment Prevention (General Jurisdiction)
**Status:** Statistical Disposition 11/19/2018

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Same Party: 17SMRO00368

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
A - O   R - W

███████████████ - Petitioner

███████████████ - Appellant

███████████████ - Respondent (to Appeal)

BUCHALTER - Depositor

CHATEAU COLLINE HOMEOWNERS ASSOCIATION - Other

CHISUM LESLIE - Claimant Reporter

JANNEY & JANNEY - Depositor

KENNEDY ERIC MICHAEL - Attorney for Respondent for Appellant

KENNEDY ERIC MICHAEL - Attorney for Respondent for Respondent

KENNEDY ERIC MICHAEL - Attorney for Respondent for Respondent (to Appeal)

L.A. DEPOSITIONS INC. - Depositor

LB PROPERTY - Other

LE LAMDIEN - Witness

LE LAMDIEN THANH - Attorney for Participant for Other

LOS ANGELES COUNTY ASSESSOR'S OFFICE - Other

MARTINEZ LAW GROUP PC - Other

NEAL TRACY RENEE - Attorney for Participant for Other

OLSON CRISTINE - Other

OLSON CURTIS - Appellant

OLSON CURTIS - Respondent

OLSON CURTIS - Respondent (to Appeal)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   A - O   R - W

REAGAN BARRY JAMES - Attorney for Participant for Witness

ROBINSON SCOTT - Claimant

SENFTNER JUSTUS - Claimant

SOBEL G. SCOTT - Limited Scope Attorney for Respondent (to Appeal)

SOBEL G. SCOTT - Limited Scope Attorney for Petitioner

SOBEL G. SCOTT - Limited Scope Attorney for Appellant

TASHJIAN LISA ARPI - Attorney for Participant for Other

WALKOWIAK JOHN - Appellant

WALKOWIAK JOHN - Claimant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   A - O   R - W


## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

### Documents Filed (Filing dates listed in descending order)
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019   04/16/2019
12/14/2018   05/04/2018   09/27/2017

**06/21/2022** Notice (Notice Requesting Inclusion of Previously Designated Material Omitted from Record on Appeal
(Clerk's Transcript) )
Filed by Respondent

**05/25/2022** Declaration (Declaration of G Scott Sobel and Request for Judicial Notice (Declarations) )
Filed by Petitioner

**05/24/2022** Declaration (Declaration of ███████ for New Motion (Declarations) )
Filed by Petitioner

**05/12/2022** Minute Order

**05/11/2022** Minute Order

**05/10/2022** Remote Appearance - Scheduled
Filed by Respondent

**05/06/2022** Notice (NOTICE OF PENDENCY OF ACTION (LIS PENDENS) )

Filed by Claimant

**05/06/2022** Appeal - Clerk's Notice of Abandonment of Appeal

**05/06/2022** Appeal Record Delivered

**05/05/2022** Abandonment of Appeal Submitted APP-005/107 CR-137/145 (of "U5" Appeal )
Filed by Petitioner

**05/03/2022** Minute Order

**05/03/2022** Minute Order

**05/03/2022** Minute Order

**05/03/2022** Minute Order

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/02/2022** Remote Appearance - Scheduled
Filed by Depositor

**05/02/2022** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (NOA 4/13/22 B319786 1-VOL )

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**04/29/2022** Minute Order

**04/29/2022** Declaration (DECLARATION OF ERIC M. KENNEDY SUPPORTING RESPONDENT OLSON???S
OPPOSITION TO PETITIONER ████████???S AMENDED MOTION TO RECONSIDER MARCH 14, 2022 ORDER
DENYING MOTION TO TAX OR STRIKE COSTS WITHOUT PREJUDICE (Declarations) )
Filed by Respondent

**04/29/2022** Opposition (RESPONDENT CURTIS OLSON???S OPPOSITION TO PETITIONER ████████
████████???S AMENDED MOTION TO RECONSIDER MARCH 14, 2022 ORDER DENYING MOTION TO TAX OR
STRIKE COSTS WITHOUT PREJUDICE (Oppositions) )
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/26/2022** Reply (Reply (Comment) )
Filed by Petitioner

**04/25/2022** Appeal - Clerk's Transcript Fee Paid (by Respondent $103.76 )
Filed by Respondent

**04/25/2022** Minute Order

**04/25/2022** Minute Order

**04/22/2022** Remote Appearance - Scheduled
Filed by Depositor

**04/22/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/22/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/20/2022** Supplemental (SUPPLEMENTAL PROOF OF SERVICE - RESPONDENT CURTIS OLSON'S OPPOSITION
TO THIRD PARTY CLAIMANT JUSTUS SENFTNER'S MOTION OBJECTING TO UNDERTAKING (Supplementals) )
Filed by Respondent

**04/20/2022** Opposition (RESPONDENT CURTIS OLSON???S OPPOSITION TO NONPARTY MARTINEZ LAW GROUP,
P.C.???S MOTION TO SET ASIDE AND VACATE JUDGMENT (Oppositions) )
Filed by Respondent

**04/20/2022** Opposition (Opposition (Oppositions) )
Filed by Respondent

**04/20/2022** Opposition (RESPONDENT CURTIS OLSON'S SUPPLEMENTAL OPPOSITION RESPONDING TO
PETITIONER ███████████ S R-REPLY IN SUPPORT OF "MOTION TO STRIKE OR TAX ALL NEW AND
PREVIOUS COSTS" )
Filed by Respondent

**04/19/2022** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 4/13/22 U5 )

**04/18/2022** Appeal - Notice of Filing of Notice of Appeal ("U5" )

**04/13/2022** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (for "U5" Appeal )
Filed by Petitioner

**04/13/2022** Appeal - Notice of Appeal/Cross Appeal Filed ("U5" Appeal )
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/04/2022** Reply (Reply (Comment) )
Filed by Petitioner

**03/30/2022** Notice (Notice of Order Continuing 4/18/22 and 4/5/22 Hearings to 5/3/22 )

Filed by Petitioner

**03/30/2022** Miscellaneous (Re: Amended Petitioner ███████s Motion For Reconsideration )
Filed by Petitioner

**03/30/2022** Motion (Re: Amended Petitioner's Motion For Reconsideration Of Order March 14, 2022 )
Filed by Petitioner

**03/25/2022** Stipulation and Order (STIPULATION TO CONTINUE MOTION HEARING DATES )
Filed by Limited Scope Attorney

**03/24/2022** Motion (For Reconsideration of Order on March 14, 2022 Re: Respondent Olson's Award Of Attorney's Fees and Costs; Memorandum of Points and Authorities; Declaration of ███████ )
Filed by Petitioner

**03/24/2022** Proposed Stipulation & Order - Court Commissioner (To Continue Motion Hearing Dates; Proposed Order )
Filed by Claimant

**03/14/2022** Minute Order

**03/14/2022** Minute Order

**03/14/2022** Declaration (Declaration (Declarations) )
Filed by Claimant

**03/14/2022** Objection (Objection (Objections) )
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Claimant

**03/13/2022** Remote Appearance - Scheduled
Filed by Claimant

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/11/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/11/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/10/2022** Motion (AMENDED Objecting to Undertaking; Memorandum of Points and Authorities )
Filed by Claimant

**03/10/2022** RFO/MTN - Family Law (Justus Senftner's Amended Motion Objecting to Undertaking )
Filed by Claimant

**03/10/2022** Remote Appearance - Scheduled

Filed by Depositor

**03/10/2022** Proof of Service (Proof of Service (Comment) )
Filed by Claimant

**03/09/2022** Request - Judicial Notice (Request - Judicial Notice (Requests) )
Filed by Petitioner

**03/09/2022** Declaration (Declaration (Declarations) )
Filed by Petitioner

**03/09/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/09/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/08/2022** Reply (Reply (Comment) )
Filed by Petitioner

**03/08/2022** Proof of Service (Proof of Service (Comment) )
Filed by Petitioner

**03/08/2022** Request - Judicial Notice (Request - Judicial Notice (Requests) )
Filed by Petitioner

**03/07/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/04/2022** Proof of Service - Mail
Filed by Petitioner

**03/04/2022** Declaration (Of John Edwards )
Filed by Petitioner

**03/04/2022** Declaration (Of G. Scott Sorbel In Support Of Motion Objecting To Undertaking And Request For Judicial
Notice )
Filed by Petitioner

**03/04/2022** Declaration (Of ███████████ )
Filed by Petitioner

**03/04/2022** Motion (Re: Objecting To Undertaking; Memorandum Of Points And Authorities )
Filed by Petitioner

**03/01/2022** Motion (To Set Aside and Vacate Judgment; Memorandum of Points and Authorities; Declaration of Gloria
Martinez-Senftner. )
Filed by Other

**03/01/2022** Declaration (Declaration of Eric M. Kennedy ISO Motion to Strike Costs )

Filed by Respondent

**03/01/2022** Opposition (Respondent Curtis Olson's Opposition to Petitioner ███████ s "Motion to Strike or Tax All New And Previous Costs"; Memorandum of Points And Authorities )
Filed by Respondent

**02/17/2022** Notice (Judgment Creditor Curtis Olson's Separate Statement in Support of Motion to Compel (Comment) )
Filed by Respondent

**02/17/2022** Notice - Continuance (Notice of Continuance of Hearing on Judgment Creditor Curtis Olson's Motion to Compel (Notices) )
Filed by Respondent

**02/16/2022** Notice - Continuance (Notice - Continuance (Notices) )
Filed by Petitioner

**02/16/2022** Notice (OF COURT ORDER RE: NON-STIPULATION TO COMMISSIONER )
Filed by Petitioner

**02/16/2022** Minute Order

**02/14/2022** Non-Stipulation - Appointment of Court Commissioner (Non-Stipulation - Appointment of Court Commissioner )
Filed by Petitioner

**02/14/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**02/14/2022** Notice - Limited Scope Representation (Notice - Limited Scope Representation )
Filed by Petitioner

**02/14/2022** Notice - Limited Scope Representation (Notice - Limited Scope Representation )
Filed by Petitioner

**02/14/2022** Reply
Filed by Respondent

**02/14/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**02/08/2022** Opposition (Non-Party Los Angeles County Office Of The Assessor S Opposition To Defendant Curtis Olson S Motion To Produce Documents Requested Pursuant To Subpoena Duces Tecum )
Filed by Other

**01/28/2022** Motion (Errata Motion to Strike Or Tax Attorney's Fees and Costs(Includes page 2 that was missing from original via transmission error) )
Filed by Petitioner

**01/27/2022** Motion (Motion to Strike or Tax Attorney's Fees and Costs )
Filed by Petitioner

**01/12/2022** Memorandum - Costs
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**01/11/2022** Motion (Other: Compel Third Party to Produce Documents )
Filed by Respondent

**01/03/2022** Motion (to compel )
Filed by Respondent

**12/27/2021** Notice - Ruling
Filed by Respondent

**12/21/2021** Stipulation - Appointment of Court Commissioner
Filed by Respondent

**12/21/2021** Minute Order

**12/21/2021** Order (Denying 12/21/2021 Ex Parte RFO )

**12/21/2021** Opposition (to Petitioner's Ex Parte Application Re Robinson Subpoena and Declaration of Eric Kennedy in
Support Thereof )
Filed by Respondent

**12/21/2021** Ex Parte - Application
Filed by Petitioner

**12/16/2021** Minute Order

**12/15/2021** 170.6 CCP Peremptory Challenge
Filed by Respondent

**12/07/2021** Minute Order

**11/23/2021** Appellate Order Dismissing Appeal (Full Dismissal of All Appeal Issues; PER 8.220(a) )

**11/23/2021** Appellate Order Dismissing Appeal (Full Dismissal of All Appeal Issues; PER 8.220(a) )

**11/09/2021** Abstract - of Judgment
Filed by Respondent

**11/04/2021** RFO/MTN - Family Law
Filed by Petitioner

**10/29/2021** Objection (to Respondent's Subpeona )
Filed by Petitioner

**10/29/2021** RFO/MTN - Family Law (re Obj and Motn to Quash Subpoena; Prot. Order from Subpoena )
Filed by Petitioner

**10/29/2021** Appeal Record Delivered

**10/22/2021** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (NOA 8/3/21 B314319 )

**10/20/2021** Notice - Motion (Objecting to Undertaking CCP 720.710 (Amended) )
Filed by Claimant

**10/20/2021** Miscellaneous (Amended Third Party Claim )
Filed by Claimant

**10/12/2021** RFO/MTN - Family Law (Notice of Motion and Motion Objecting to Undertaking CCP 720.710; 995.920 In
That it is Insufficient Security: memoradum of Points and Authorities in Support Thereof. )
Filed by Claimant

**09/20/2021** Appeal - Clerk's Transcript Fee Paid
Filed by Respondent

**09/15/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 8-3-21 B314319 )

**09/02/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**08/17/2021** Appeal - Notice of Default Issued (NOA-8/3/21 No Designation )

**08/11/2021** Writ - Execution (LOS ANGELES - $150,350.03 based on order 4/17/2019, amended 11/06/2019 and
4/16/2021 )

Filed by Respondent

**08/10/2021** Abstract - of Judgment (ISSUED )
Filed by Depositor

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  04/04/2022  01/11/2022  08/09/2021  04/16/2021  10/23/2020  05/19/2020  12/20/2019  08/09/2019
04/16/2019  12/14/2018  05/04/2018  09/27/2017

**08/09/2021** Appeal - Notice of Filing of Notice of Appeal

**08/03/2021** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**07/22/2021** Notice - Ruling
Filed by Respondent

**07/16/2021** Writ - Execution (LOS ANGELES - $150,350.03 based on order 4/17/2019; ISSUED )
Filed by Respondent

**07/15/2021** Application - Issue Writ E/P/S (LOS ANGELES - )
Filed by Respondent

**07/06/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**07/06/2021** LACourtConnect-Fees Paid
Filed by Respondent

**07/02/2021** Minute Order

**07/02/2021** Order (Striking Statement of Disqualification ; Verified Answer )

**07/01/2021** Miscellaneous (Petitioner's Verified Notice and Statement of Disqualification of the Judge Wendy Wilcox. )
Filed by Petitioner

**07/01/2021** Minute Order

**07/01/2021** Remote Appearance - Scheduled
Filed by Petitioner

**07/01/2021** Remote Appearance - Scheduled
Filed by Respondent

**06/29/2021** Application - Issue Writ E/P/S (LOS ANGELES - 150,350.03 based on order 4/17/2019, amended 10/06/2019
& 4/16/2021; )
Filed by Respondent

**06/25/2021** Reply (RE:Motion to Reconsider Orders of April 16, 2021 )
Filed by Petitioner

**06/21/2021** Notice - Unavailability of Counsel
Filed by Respondent

**06/18/2021** Opposition
Filed by Respondent

**06/18/2021** Objection (to evidence offered in support of petitioner )
Filed by Respondent

**06/11/2021** Appeal Record Delivered (Clerk's Transcript )

**06/11/2021** Appeal Record Delivered (Clerk's Transcript )

**06/07/2021** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (11/10 & 11/10/20 B309136 4-VOL )

**05/24/2021** Notice - Hearing

Filed by Petitioner

**05/13/2021** Appeal - Clerk's Transcript Fee Paid (ATTY. BUCHALTER FOR RESPONDENT )

Filed by Respondent

**05/11/2021** Writ - Execution (REJECTED - NO APPLICATION RE WRIT OF EXECUTION )

Filed by Respondent

**05/06/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (11/10 & 11/10/20 Fee Waiver as to: YIDALA ██████████ & JOHN WALKOWIAK )

**04/27/2021** RFO/MTN - Family Law (Fraud on the Court Motion to Reconsider )

Filed by Petitioner

**04/21/2021** LACourtConnect-Fees Paid

Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/16/2021** Notice (of Errata re:EXHIBIT C to the Decl of Eric Kennedy in Support of Judgment Creditor Curtis Olson's Second Reply in Support of Motion to Amend Judgments and Motion to Strike Amended Opposition )

Filed by Respondent

**04/16/2021** Application (Request for ADA MC410 )

**04/16/2021** Minute Order

**04/16/2021** Order (Granting Respondnet Curtis Olsons' Motion To Amend Judgments )

**04/16/2021** Minute Order

**04/16/2021** Ex Parte - Application

Filed by Petitioner

**04/12/2021** Remote Appearance - Scheduled

Filed by Respondent

**04/09/2021** Declaration (of Eric Kennedy In Support of Judgment Creditor Curtis Olson's Second Reply In Support of Motion to Amend Judgments and Motion to Strike Amended Opposition )

Filed by Respondent

**04/09/2021** Reply (Judgment Creditor Curtis Olson's Second Reply In Support of Motion to Amend Judgments and Motion to Strike Amended Opposition )

Filed by Respondent

**04/08/2021** Miscellaneous (Errata amended petitioner's opposition to Olson's motion to amend judgments; ddeclaration of ██████████ )

Filed by Petitioner

**04/07/2021** Objection (To Evidence Offered In Support Of ██████████s Opposition To Olson's Reply In Support Of Motion To Amend Judgments )

Filed by Respondent

**04/07/2021** Miscellaneous (Judgment Creditor Curtis Olson's Reply In Support Of Motion To Amend Judgments )

Filed by Respondent

**04/06/2021** Minute Order

**04/05/2021** Responsive Declaration

Filed by Petitioner

**04/05/2021** Opposition (PETITIONER'S OPPOSITION TO OLSON'S MOTION TO AMEND JUDGMENTS )

Filed by Petitioner

**03/16/2021** Minute Order

**03/16/2021** Opposition
Filed by Respondent

**03/16/2021** Ex Parte - Application
Filed by Petitioner

**02/01/2021** Minute Order

**02/01/2021** Opposition (to Petitioner's Ex Parte Application for an Order Continuing Hearing )
Filed by Respondent

**02/01/2021** Ex Parte - Application
Filed by Petitioner

**01/22/2021** Appeal - Notice of Default Issued (AMENDED NOTICE Fail to Pay: $100 )

**01/22/2021** Appeal - Notice of Default Issued (AMENDED NOTICE Fail to Pay: $100 )

**12/18/2020** Order - After Hearing
Filed by Petitioner

**12/18/2020** Order - After Hearing (Hearing Dated 11/06/19 )
Filed by Petitioner

**12/18/2020** Minute Order

**12/18/2020** Ex Parte - Application
Filed by Petitioner

**12/17/2020** Fee Waiver - Order on Court Fee Waiver - Denied FW003 (DUPLICATE FILING-ORDER GRANTED 12/16/2020 )
Filed by Petitioner

**12/17/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**12/16/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**12/16/2020** Minute Order

**11/25/2020** Fee Waiver - Order on Court Fee Waiver - Denied FW003 (Hearing Set )
Filed by Petitioner

**11/25/2020** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; "R" )
Filed by Petitioner

**11/25/2020** Appeal Record Delivered

**11/25/2020** Appeal Record Delivered

**11/24/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service; "R" )
Filed by Petitioner

**11/24/2020** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; "U3" )
Filed by Claimant

**11/24/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Claimant

**11/20/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001 (FOR LASC AND DCA )
Filed by Petitioner

**11/20/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; 10 vols only; for Notice of Appeal, filed 4/30/20; "U2" )
Filed by Claimant

**11/20/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; 10 vols only; for Notice of Appeal, filed 4/30/20; "U1" )
Filed by Petitioner

**11/18/2020** Request - Judicial Notice
Filed by Respondent

**11/18/2020** Declaration (OF ERIC KENNEDY. )
Filed by Respondent

**11/18/2020** Request - Judicial Notice
Filed by Respondent

**11/18/2020** Declaration (In Support of Respondent's Motion to Amend Judgments )
Filed by Respondent

**11/18/2020** RFO/MTN - Family Law (Motion to Amend Judgment )
Filed by Respondent

**11/12/2020** Appeal - Notice of Filing of Notice of Appeal (N.O.A. 11/10/20 "R" )

**11/12/2020** Appeal - Notice of Filing of Notice of Appeal (N.O.A. 11/10/20 "U3" )

**11/10/2020** Appeal - Self-Represented Appellant ("R" )
Filed by Petitioner

**11/10/2020** Appeal - Notice of Appeal/Cross Appeal Filed ("R"; Fee Waiver GRANTED 12/16/20; DCA Filing Fee Not Received )
Filed by Petitioner

**11/10/2020** Appeal - Notice of Appeal/Cross Appeal Filed ("U3"; Fee Waiver GRANTED 7/7/20; DCA Filing Fee Not Received )
Filed by Claimant

**11/05/2020** Appeal - Clerk's Transcript Fee Paid (RESPONDENT PAID $1098.04 )
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**10/23/2020** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**10/13/2020** Notice - Ruling
Filed by Respondent

**10/12/2020** LACourtConnect-Fees Paid
Filed by Respondent

**10/07/2020** Proof of Service
Filed by Claimant

**10/07/2020** Notice (completion of limited scope representation )

**10/07/2020** Notice - Limited Scope Representation
Filed by Petitioner

**10/07/2020** Minute Order

**10/07/2020** Minute Order

**10/06/2020** Remote Appearance - Scheduled
Filed by Petitioner

**10/06/2020** Remote Appearance - Scheduled
Filed by Respondent

**10/06/2020** Remote Appearance - Scheduled
Filed by Respondent

**10/01/2020** Reply (In Support of Motion to Vacate Void Order dated 11/6/2019; Memorandum of Points & Authorities )
Filed by Claimant

**10/01/2020** Reply (In Support of Motion to Strike or Tax Costs and Supplemental Declaration of ███████ )
Filed by Petitioner

**09/24/2020** Responsive Declaration
Filed by Claimant

**09/24/2020** Responsive Declaration
Filed by Petitioner

**09/24/2020** Minute Order

**09/24/2020** Ex Parte - Application
Filed by Respondent

**09/02/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service "U2" )
Filed by Claimant

**09/01/2020** Appellate Order Granting Relief from Default (Order granting appellate 10 days to file an amended designation. )

**09/01/2020** Appellate Order Granting Relief from Default (Appellant order granting appellant 10 days to file an amended designation. )

**08/11/2020** Appeal - Notice of Non-Compliance (Appellant failed to timely file a Notice Designating Record on Appeal. )

**07/09/2020** Declaration (of Eric Kennedy in support of memorandum of cost )
Filed by Respondent

**07/09/2020** Memorandum - Costs
Filed by Respondent

**07/07/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Claimant

**07/07/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Claimant

**06/26/2020** Opposition (to Specially Appearing Nonparty's Motion to Vacate Void Order Dated 11/6/19 )
Filed by Respondent

**06/26/2020** Declaration (of Eric Kennedy in support of respondent's oppsition to petitioner's motion to strike or tax costs )
Filed by Respondent

**06/26/2020** Opposition (to petitioner's motion to strike or tax costs )
Filed by Respondent

**06/26/2020** Declaration (of Eric Kennedy in support of respondent's opposition to specially appearing nonparty's motin to vacate void order dated 11/6/19 )
Filed by Respondent

**06/24/2020** Proof of Service
Filed by Petitioner

**06/24/2020** 170.6 CCP Peremptory Challenge (***case not assigned to this department*** )
Filed by Petitioner

**06/24/2020** Minute Order

**06/19/2020** Appeal - Notice of Default Issued ("U2" Fail to File Designation/Election; Fail to Pay: REPORTER
TRANSCRIPT FEES )

**06/18/2020** Notice - Court Hearing (Set for 7/9/20 )
Filed by Claimant

**06/18/2020** Notice - Court Hearing (Set for 7/9/20 )
Filed by Petitioner

**06/15/2020** Appeal Document (Turndown Letter "U2" NOA 4/30/20 dsgn )
Filed by Claimant

**06/15/2020** Appeal Document (Turndown Letter "U2" NOA 4/30/20 fee waiver )
Filed by Claimant

**06/10/2020** Minute Order

**05/28/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 ("U1" Filed With Proof of Service )
Filed by Petitioner

**05/27/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Claimant

**05/27/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Claimant

**05/27/2020** RFO/MTN - Vacate (RE Other: Motion to Vacate Void Order and Amend Judgment Dated 11-6-19 )
Filed by Claimant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**05/19/2020** Appeal Document (TURNDOWN DESIGNATION )
Filed by Claimant

**05/19/2020** Appeal Document (TURNDOWN DESIGNATION )
Filed by Petitioner

**05/14/2020** Appeal - Notice of Filing of Notice of Appeal (NOA:4/30/20; "U2" )

**05/14/2020** Appeal - Notice of Filing of Notice of Appeal (NOA:4/30/20; "U1" )

**04/30/2020** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal; "U1" )
Filed by Petitioner

**04/30/2020** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal; "U2" )
Filed by Claimant

**04/17/2020** Miscellaneous (NONPARTY ATW TRUST'S JOINDER IN THE MOTION OF PETITIONER ██████
███████ TO STRIKE & TAX COSTS CLAIMED IN A MEMORANDUM OF COSTS MISLEADINGLY DATED MARCH
10, 2020, FILED ON AN UNKNOWN DATE, SERVED MARCH 30, 2020 AND/OR ON OTHER DATES AND/OR NOT
SERVED ON SOME INTEREST PARTIES )
Filed by Claimant

**04/17/2020** RFO/MTN - Family Law
Filed by Petitioner

**03/13/2020** Notice (Proposed findings and order after hearing )
Filed by Petitioner

**03/13/2020** Objection (Amended nonparty ATW Trust's )
Filed by Petitioner

**03/12/2020** Proof of Service - Mail (OBJECTION TO PROPOSED ORDERS 2/28/2020 )
Filed by Petitioner

**03/12/2020** Objection (TO PROPOSED ORDERS 2/28/2020 )
Filed by Petitioner

**02/28/2020** Notice (Non-Party ATW Trust Notice of Documents' Status And Objections To Produce Documents Relating To ATW Trust Under Seal )

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/26/2020** Notice (CURTIS OLSON'S NOTICE OF JUDGMENT DEBTOR ATW TRUST'S FAILURE TO COMPLY WITH COURT ORDERS )
Filed by Respondent

**02/24/2020** Reply
Filed by Petitioner

**02/24/2020** Reply
Filed by Petitioner

**02/24/2020** Refund Check Processed (CK# 29036181 2/18/20 TWR# 20*5118 2/6/20 REQ# 20358-01 )
Filed by Depositor

**02/24/2020** Refund Check Processed (CHECK WAS ELECTRONIC TRANSFER ON 2/6/20 SAP# 1910379524 2/6/20 REQ# 20359-01 )
Filed by Claimant Reporter

**02/14/2020** Opposition
Filed by Respondent

**02/14/2020** Minute Order

**02/14/2020** Minute Order

**02/14/2020** Minute Order

**02/06/2020** Writ - Execution ($78,602.03 base on 4/17/19 and 11/6/19 amended order attorney fees Los Angeles County place on basket )
Filed by Attorney for Respondent

**02/05/2020** Request for Refund of Reporter Appeal Transcript Deposit (NOA 6/17/19 APPROVED: 1/30/20 )

**01/30/2020** Refund Approved (Unused Transcript)
Filed by Depositor

**01/30/2020** Refund Approved (Court Reporter Transcript)
Filed by Claimant Reporter

**01/22/2020** Minute Order

**01/22/2020** Miscellaneous (Petitioner's Jurisdictional Challenge; Requests A Statement of Decision )
Filed by Petitioner

**01/17/2020** Appeal Record Delivered

**01/17/2020** Appeal Record Delivered

**01/15/2020** Minute Order

**01/15/2020** Refund Initiated (Unused Transcript)
Filed by Depositor

**01/15/2020** Refund Initiated (Court Reporter Transcript)
Filed by Claimant Reporter

**01/15/2020** Affidavit for Rlse Funds/Req for Payment Rptr Appeal Trnscpt (NOA 6/17/19 COURT REPORTER: LESLIE CHISUM )

**01/15/2020** Proof of Service (re Reply to Motn to Strike )
Filed by Petitioner

**01/15/2020** Reply (Motion to Strike or Tax Costs; MP&A; Declaration of ███████████ )
Filed by Petitioner

**01/14/2020** Minute Order

**01/14/2020** Opposition (to Petitioner ███████████s Ex Parte Application )
Filed by Respondent

**01/14/2020** Ex Parte - Application
Filed by Claimant

**01/14/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; "X"; see also Notice of Appeal, filed 6/6/19 ("U") )
Filed by Respondent

**01/14/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; "U"; see also Cross-Appeal, filed 6/17/19 ("X") )
Filed by Petitioner

**01/08/2020** Opposition
Filed by Respondent

**01/08/2020** Declaration
Filed by Respondent

**01/08/2020** Proof of Service
Filed by Respondent

**12/24/2019** Writ - Execution
Filed by Attorney for Respondent

**12/23/2019** RFO/MTN - Set Aside
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019   04/16/2019   12/14/2018   05/04/2018   09/27/2017

**12/20/2019** Responsive Declaration
Filed by Respondent

**12/20/2019** Ex Parte - Application
Filed by Petitioner

**12/20/2019** Minute Order

**12/18/2019** Appeal - Opinion Received; Remittitur Due in 60 Days (Order to consolidate is granted.B295388 )

Filed by Petitioner

**12/18/2019** Appeal - Reporter Appeal Transcripts

**12/18/2019** Appeal - Request for Court-Paid Clerk's Transcript Granted

**12/18/2019** Appeal - Request for Court-Paid Clerk's Transcript Granted

**12/18/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**12/18/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**12/11/2019** Writ - Execution
Filed by Attorney for Respondent

**12/11/2019** Minute Order

**12/11/2019** Notice (And Statement of Disqualification Of The Honorable Emily Spear (CCP 170.1) And Declaration of
████████████ In Support Thereof )
Filed by Petitioner

**12/06/2019** RFO/MTN - Family Law (Motion to Strike or Tax Costs )
Filed by Petitioner

**12/04/2019** Reply (For Petitioner's Request for Additional Time To Produce Documents Re: ATW Trust )
Filed by Petitioner

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Proof of Service
Filed by Respondent

**11/26/2019** Opposition (Respondent Curtis Olson's Opposition To Petitioner ████████ s )
Filed by Petitioner

**11/26/2019** Memorandum - Costs (After Judg, Acknowledgment of Credit, And Decl of Accrued Interest )
Filed by Respondent

**11/07/2019** Abstract - of Judgment (Issued base on order 11/06/19 $78,602.03 )
Filed by Attorney for Respondent

**11/07/2019** Abstract - of Judgment (issued base on order 11/6/19 $78.602.03 )
Filed by Attorney for Respondent

**11/06/2019** Notice (entry of ord granting exparte )
Filed by Respondent

**11/06/2019** Nunc Pro Tunc Minute Order

**11/06/2019** Minute Order

**11/06/2019** Order (Granting Ex Parte Application Of Respondent Curtis Olson To Amend Judgment To Add Judgment
Debtors )

**11/06/2019** Opposition (to Ex Parte Order To Compel Production and Add ATW Trust As Judgment Debtor )
Filed by Petitioner

**11/06/2019** Ex Parte - Application
Filed by Respondent

**10/31/2019** RFO/MTN - Family Law (Extend time )
Filed by Petitioner

**10/31/2019** Appeal - Notice Court Reporter to Prepare Appeal Transcript (Initial; )

**10/03/2019** Order (re Continuation of Hearing on Amended Motion For Protective Order, Continuance of Judgment
Debtor's Examination, And Production of Trust Documents Under Seal )
Filed by Respondent

**09/30/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Respondent

**09/30/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Respondent

**09/30/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Respondent

**09/26/2019** Declaration
Filed by Other

**09/26/2019** Minute Order

**09/26/2019** Minute Order

**09/26/2019** Proof of Service
Filed by Petitioner

**09/26/2019** Objection
Filed by Petitioner

**09/23/2019** Declaration
Filed by Respondent

**09/23/2019** Miscellaneous (Reply Amended Motion for Protective Order Staying Discovery Pending Appeal or In The
Alternative Motion To Quash; Memorandum of Points & Authorities and Amended Declaration of ███████████ in
Support Thereof )
Filed by Petitioner

**09/23/2019** Proof of Service (petnr's reply amended motion prot. order w/amended declaration )
Filed by Petitioner

**09/20/2019** Reply
Filed by Petitioner

**09/19/2019** Notice (of ord to produce docs )
Filed by Respondent

**09/19/2019** RFO/MTN - Continue
Filed by Petitioner

**09/13/2019** Declaration (of Eric Kennedy in support of respdt's opposition to petnr's amended motion for protective order
)
Filed by Respondent

**09/13/2019** Opposition (to petnr's Amended Motion for Protective Order )
Filed by Respondent

**09/11/2019** Appeal - Notice of Default Issued (Fail to File Designation/Election; Fail to Pay: REPORTER TRANSCRIPT
FEES AND DEPOSIT )

**09/04/2019** Minute Order

**09/04/2019** Minute Order

**09/04/2019** Minute Order

**09/04/2019** Opposition (to Petitioner ▇▇▇▇▇▇▇s Ex Parte Application For An Order Shortening Time to Have Heard a Motion for Protective Order )
Filed by Respondent

**09/04/2019** Ex Parte - Application
Filed by Petitioner

**08/30/2019** RFO/MTN - Family Law (AMENDED: re Prot. Order and Motn to Quash )
Filed by Petitioner

**08/15/2019** Responsive Declaration (to Ex Parte Request for Order )
Filed by Respondent

**08/15/2019** Ex Parte - Application
Filed by Petitioner

**08/15/2019** Minute Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**08/09/2019** RFO/MTN - Protective Order
Filed by Petitioner

**08/09/2019** Appeal Document (TURNDOWN LETTER: CLERK'S TRANSCRIPT TO APPENDIX )
Filed by Attorney for Respondent

**08/08/2019** Notice (of Entry of Order to Add Judgment Debtor's )
Filed by Respondent

**08/06/2019** Abstract - of Judgment (2nd amended as to debotors name $78,602.03 )
Filed by Attorney for Respondent

**08/02/2019** Proof of Service
Filed by Respondent

**07/31/2019** Abstract - of Judgment (amended ($78,602.03) )
Filed by Attorney for Respondent

**07/29/2019** Affidavit (of Identity And Order )
Filed by Respondent

**07/19/2019** Minute Order

**07/18/2019** RFO/MTN - Family Law (RE Application and Order for Appearance and Examination Enforcement of Judgment - Judgment Debtor )
Filed by Respondent

**07/18/2019** RFO/MTN - Judgment Debtor Examination
Filed by Other

**06/27/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Respondent

**06/27/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Respondent

**06/27/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Respondent

**06/25/2019** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; WILL LODGE WITH DCA )

Filed by Petitioner

**06/25/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**06/21/2019** Writ - Execution (atty fees orange county $78,602.03 )
Filed by Attorney for Respondent

**06/17/2019** Appeal - Superior Court Appeal Filing Fee Paid
Filed by Respondent

**06/17/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Respondent

**06/14/2019** Appeal Record Delivered

**06/13/2019** Abstract - of Judgment (issued attorney fees $78,602.03 )
Filed by Attorney for Respondent

**06/13/2019** Application (& Order for Appearance & Examination )
Filed by Respondent

**06/10/2019** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (CLOSED )

**06/06/2019** Appeal - Self-Represented Appellant
Filed by Petitioner

**06/06/2019** Proof of Service - Mail
Filed by Petitioner

**06/06/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**05/17/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**05/15/2019** Writ - Execution (Los Angeles county $78,602.03 base on order 4/17/19 )
Filed by Respondent

**05/15/2019** Abstract - of Judgment ($78,602.03 base on order date 4/17/19 )
Filed by Respondent

**05/15/2019** Writ - Execution ($1,582.48 base on 4/17/19 Los Angeles County )
Filed by Respondent

**05/15/2019** Abstract - of Judgment ($1,582.48 base on 4/17,19 )
Filed by Respondent

**04/25/2019** Minute Order

**04/17/2019** Order (Re Respondent Curtis Olson's Motion for Attorney's Fees and Costs Pursuant to Code of Civil
Procedure Section 527.6 )
Filed by Respondent

**04/17/2019** Order (Granting Petitioner ████████s Motion to Strike or Tax Costs of $1,718.19 )
Filed by Petitioner

**04/17/2019** Order (Striking Statement of Disqualification; Verified Answer )

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/16/2019** Proof of Service
Filed by Respondent

**04/16/2019** Proof of Service

Filed by Respondent

**04/16/2019** Minute Order

**04/16/2019** 170.1 CCP Motion to Disqualify (Petitioner's ██████████s Notice and Statement of Disqualification of the Honorable Michael Convey [C.C.P. Section 170.1(a)(1)(A); C.C.P. Section 170.1 (a) (6)(A)(iii); C.C.P. Section 170.1 (a)(6)(B)] )
Filed by Petitioner

**04/16/2019** Notice (of Withdrawal of Notice of Motion and Motion for Protective Order )
Filed by Other

**04/09/2019** Declaration (of Ryan A. Vogt-Lowell )
Filed by Respondent

**04/09/2019** Declaration (of Ashley Milnes )
Filed by Respondent

**04/09/2019** Declaration (of Eric Kennedy )
Filed by Respondent

**04/09/2019** Reply
Filed by Respondent

**04/09/2019** Objection
Filed by Respondent

**04/09/2019** Request - Judicial Notice
Filed by Respondent

**04/09/2019** Brief (closing brief in support of motion striking or taxing costs )
Filed by Petitioner

**03/18/2019** Appeal - Notice of Default Issued (;Fail to Pay $100 filing fee; )

**03/15/2019** Order - Findings and Order After Hearing
Filed by Respondent

**03/15/2019** Order - Findings and Order After Hearing
Filed by Respondent

**03/15/2019** Declaration (OF GLORIA MARTINEZ-SENFTNER )
Filed by Other

**03/15/2019** Memorandum - Points and Authorities
Filed by Other

**03/15/2019** RFO/MTN - Protective Order
Filed by Other

**02/15/2019** Minute Order

**02/15/2019** Declaration (of Benjamin F. Kanani in Opposition to Respondent Curtis Olson's Motion for Attorney's Fees )
Filed by Petitioner

**02/15/2019** Proof of Service
Filed by Petitioner

**02/15/2019** Responsive Declaration (to Request for Order )
Filed by Petitioner

**02/15/2019** Declaration - Income and Expense
Filed by Petitioner

**02/13/2019** Fee Waiver - Order on Court Fee Waiver - Granted FW003

Filed by Petitioner

**02/13/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**02/11/2019** Proof of Service
Filed by Petitioner

**02/11/2019** RFO/MTN - Protective Order
Filed by Petitioner

**02/07/2019** Proof of Service - Mail
Filed by Petitioner

**02/07/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**02/05/2019** Fee Waiver - Order on Court Fee Waiver - Denied FW003
Filed by Petitioner

**01/31/2019** Appeal - Notice of Filing of Notice of Appeal
Filed by Petitioner

**01/30/2019** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**01/30/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**01/30/2019** Proof of Service - Mail (for Notice of Appeal (via Overnight Delivery) )
Filed by Petitioner

**01/30/2019** Proof of Service (Personal Service; for Notice of Appeal )
Filed by Petitioner

**01/28/2019** Appeal - Self-Represented Appellant
Filed by Petitioner

**01/28/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**01/28/2019** Appeal - Notice of Appeal/Cross Appeal Filed (without Proof of Service )
Filed by Petitioner

**01/25/2019** Notice - Motion (and Motion for Attorney's Fees and Costs Pursuant section 527.6 )
Filed by Respondent

**01/25/2019** Declaration (of Eric Kennedy in Support of Respondent Curtis Olson's Notice of Motion and Motion for
Attorney's Fees and Costs Pursuant to Code of Civil Procedure section 527.6 )
Filed by Respondent

**01/25/2019** RFO/MTN - Protective Order (Attorney's Fees and Cost )
Filed by Respondent

**01/16/2019** Minute Order as Order After Hearing

**01/16/2019** Minute Order

**01/16/2019** Minute Order as Order After Hearing

**01/16/2019** Minute Order

**01/16/2019** Minute Order as Order After Hearing (Motion for New Trial )

**01/16/2019** Minute Order as Order After Hearing (Motion for Reconsideration )

**01/14/2019** Objection (Curtis Olson's Evidentiary )
Filed by Respondent

**01/14/2019** Order (Orders on Evidentiary Objections )
Filed by Respondent

**01/10/2019** Declaration (of Rex Harrison in Support )
Filed by Petitioner

**01/10/2019** Reply (in Support of Motion for Reconsideration; Third Supplemental Declaration of ███████████ )
Filed by Petitioner

**01/10/2019** Declaration (Third Supplemental Declaration of ███████████ for Reply in Support of Motion for New Trial and Reconsideration; Exhibits 2 )
Filed by Petitioner

**01/10/2019** Declaration (Third Supplemental Declaration of ███████████ for Reply in Support of Motion for New Trial and Reconsideration; Exhibits 1 )
Filed by Petitioner

**01/04/2019** Responsive Declaration (to Request for Order (Motion for New Trial) )
Filed by Respondent

**01/04/2019** Responsive Declaration (to Request for Order (Motion for Reconsideration) )
Filed by Respondent

**01/03/2019** Stipulation (for Schedule to File Opposition and Reply Briefs for Motion for Reconsideration and Motion for New Trial by Petitioner ███████████ )
Filed by Respondent

**12/24/2018** Stipulation (to Reschedule Hearing Date on Motions for Reconsideration and For New Trial, and [Proposed] Order Thereon )
Filed by Petitioner

**12/24/2018** Minute Order

**12/17/2018** Minute Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**12/14/2018** Notice (of Errata for Motion for New Trial, Memorandum of Points and Authorities Supplemental and Superseding Declarations of ███████████ and Loren Marken )

**12/05/2018** RFO/MTN - Continue (Notice of Intention to Move for New Trial )
Filed by Petitioner

**12/05/2018** RFO/MTN - Reconsideration
Filed by Petitioner

**11/29/2018** Nunc Pro Tunc Minute Order

**11/28/2018** Substitution of Attorney
Filed by Attorney for Petitioner

**11/20/2018** Notice - Lodging
Filed by Petitioner

**11/19/2018** Minute Order

**11/16/2018** Minute Order

**11/16/2018** Stipulation (Receipt and Order Re Release of Civil Exhibits )
Filed by Petitioner

**11/15/2018** Minute Order

**11/14/2018** Minute Order

**11/14/2018** Minute Order

**11/14/2018** Warrant - Bench Warrant Issued Civil (Recalled and Quashed on 11/19/2018. The requesting party failed to pay the fee to the Sheriff's Department. )

**11/14/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/14/2018** Order (Granting Non-Party Cristine Olson's Ex Parte Application to Quash Witness Subpoena to Cristine Olson )
Filed by Other

**11/14/2018** Proof of Service
Filed by Other

**11/14/2018** Witness List
Filed by Petitioner

**11/14/2018** Exhibit List
Filed by Petitioner

**11/13/2018** Order (Ex Parte (FL-305) )

**11/13/2018** Declaration (of Non-Party Christine Olson in Support of Ex Parte Application to Quash Witness Subpoena )

**11/13/2018** Declaration (of Jennifer A. Mauri In Support of Ex Parte Applicatio to Quash Witness Subpoena to Christine Olson )

**11/13/2018** Ex Parte - Application
Filed by Other

**10/15/2018** Subpoena (Civil Subpoena for Personal Appearance at Trial or Hearing )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Amado Merano) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Christine Olson) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Robert Kilian) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Kelley Patrica Hemmeter O'neil) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Maggie Argue) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Elsa Monroy) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (David Feder) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (David Silver) )
Filed by Petitioner

**08/23/2018** Minute Order

**08/16/2018** Supplemental
Filed by Respondent

**08/16/2018** Declaration (gemma karapetyan )
Filed by Respondent

**08/16/2018** Reply (in support of motion )
Filed by Respondent

**08/10/2018** Responsive Declaration
Filed by Petitioner

**08/01/2018** Minute Order

**08/01/2018** Memorandum - Points and Authorities (in Support of Petitioner's Ex Parte Request for Order )
Filed by Petitioner

**08/01/2018** Ex Parte - Application
Filed by Petitioner

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Proof of Service
Filed by Respondent

**06/21/2018** Motion (Notice of Motion and Motion to Reopen Discovery and for Sanctions )
Filed by Respondent

**05/25/2018** Notice (17smro00368 )
Filed by Respondent

**05/23/2018** Notice (related case 17smro00368 )
Filed by Respondent

**05/23/2018** Notice (related case 17smro0368 )
Filed by Respondent

**05/10/2018** Minute Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**05/04/2018** Supplemental (Declaration of ███████████ )
Filed by Petitioner

**04/30/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**04/30/2018** Minute Order

**04/26/2018** Miscellaneous (Notice of Unavailability of Witness Subpoenaed )
Filed by Attorney for Participant

**04/26/2018** Proof of Service (Civil Subpoena for Personal Appearance at the Trial Or Hearing )
Filed by Petitioner

**04/24/2018** Opposition (to Petitioner's Ex Parte Application )
Filed by Other

**04/24/2018** Minute Order

**04/24/2018** Ex Parte - Application (for an Order Compelling a Viewing of Surveillance Footage with an Expert, Further Production of Business Records, and to Add Amado Merano as an Additional Protected Person; Memorandum of Points and Authorities; Declaration of Amado Merano In Support Thereof )
Filed by Petitioner

**04/19/2018** Declaration (of Eric Kennedy in Support of Respondent Curtis Olson's Request for Civil Harassment Restraining Orders )
Filed by Respondent

**04/02/2018** Minute Order

**03/23/2018** Reply (To Petitioner's Opposition To Motion To Quash )
Filed by Witness

**03/23/2018** Objection (Evidentiary objections to declaration of ████████████ )
Filed by Witness

**03/22/2018** Reply (to LB Property Management Opposition to Petitioner's Motion for an Order Compelling Further Production of Business Records from LB Prpoerty Management )
Filed by Petitioner

**03/20/2018** Opposition (to Motion to Quash Petitioner's Civil Subpoena for Personal Appearance at Trial or Hearing )
Filed by Petitioner

**03/16/2018** Opposition (to Pet's Motion for an Order Compelling Further Production of Business Records )
Filed by Witness

**03/16/2018** Objection (/Evidentiary to ██████ Declaration )
Filed by Witness

**03/16/2018** Notice - Motion (to Quash Petitioner's Civil Subpoena for Personal Appearance at Trial or Hearing and Request for Atttorney's Fees, Memorandom of Points, etc.... )
Filed by Witness

**03/02/2018** Motion (For An Order Compelling Further Production Of Business Records )
Filed by Petitioner

**02/14/2018** Substitution of Attorney
Filed by Petitioner

**02/14/2018** Proof of Service (of subpoena for personal appearance )
Filed by Petitioner

**01/23/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**01/23/2018** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**01/23/2018** Minute Order

**01/23/2018** Stipulation and Order
Filed by Petitioner

**01/23/2018** Ex Parte - Application
Filed by Petitioner

**01/23/2018** Proof of Service
Filed by Petitioner

**01/23/2018** Declaration - Ex Parte Notice (Notice Given)
Filed by Petitioner

**01/23/2018** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**01/23/2018** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**01/19/2018** Substitution of Attorney
Filed by Petitioner

**01/16/2018** Minute Order

**01/03/2018** Proof of Service (served motion for order compelling production of business records )
Filed by Petitioner

**12/08/2017** Motion (for order compelling production of business records )
Filed by Petitioner

**12/04/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**12/04/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**12/04/2017** Minute Order

**11/08/2017** Stipulation (to Continue Hearing )
Filed by Respondent

**11/08/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**11/08/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/08/2017** Minute Order

**10/17/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**10/17/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**10/17/2017** Minute Order

**10/17/2017** Substitution of Attorney
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**09/27/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**09/27/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**09/27/2017** Stipulation - Judge Pro Tem/Referee (Michelle Kizadi )
Filed by Petitioner

**09/27/2017** Proof of Service (served TRO )
Filed by Petitioner

**09/26/2017** Declaration (of Curtis Olson )
Filed by Respondent

**09/26/2017** Declaration (of Dane Olson )
Filed by Respondent

**09/26/2017** Declaration (of Dylan Olson )
Filed by Respondent

**09/26/2017** Response - Civil Harassment (non-violence)
Filed by Respondent

**09/14/2017** Proof of Service
Filed by Petitioner

**09/06/2017** Civil Case Cover Sheet (Addendum and Statement of Location )

**09/06/2017** Declaration - Ex Parte Notice (No Notice Given)
Filed by Petitioner

**09/06/2017** Notice - Court Hearing (Form 109)
Filed by Petitioner

**09/06/2017** Temporary Restraining Order (Form 110)
Filed by Petitioner

**09/06/2017** Petition - Civil Harassment (non-violence)
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017


# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
06/24/2020   11/29/2018

**05/12/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Off Calendar - Court's Own Motion**

**05/11/2022** at 1:30 PM in Department 13, Young, Patricia A., Presiding
Non-Appearance Case Review - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Hearing - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Request for Order - Other - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Held - Order Made**

**04/29/2022** at 1:30 PM in Department 13, Young, Patricia A., Presiding

Non-Appearance Case Review - **Held - Order Made**

**04/25/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Not Held - Continued by Stipulation**

**04/25/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Request for Order - Other - **Not Held - Continued by Stipulation**

**03/14/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Denied - Without Prejudice**

**03/14/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion to Strike Hearing - **Held - Continued**

**02/16/2022** at 10:30 AM in Department 94, Cohen, Laura, Presiding
Non-Appearance Case Review - **Transfer - for all Purpose-Non Stip**

**12/21/2021** at 8:30 AM in Department 94, Cohen, Laura, Presiding
Ex Parte Hearing - **Denied**

**12/16/2021** at 8:30 AM in Department 2, Pellman, Amy M., Presiding
Non-Appearance Case Review - **Reassigned - Other Department**

**12/07/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding
Non-Appearance Case Review - **Held - Order Made**

**07/02/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Non-Appearance Case Review - **Held - Order Made**

**07/01/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding
Request for Order - Other - **Denied**

**04/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Request for Order - Other - **Granted**

**04/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Ex Parte Hearing - **Denied**

**04/06/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding
Non-Appearance Case Review - **Held - Order Made**

**03/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Ex Parte Hearing - **Granted**

**02/01/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Ex Parte Hearing - **Granted**

**12/18/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Ex Parte Hearing - **Held - Order Made**

**12/16/2020** at 1:30 PM in Department 81, Weingart, Gregory J, Presiding
Fee Waiver Hearing - **Denied**

**10/07/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Request for Order - Other - **Held - Order Made**

**10/07/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Request for Order - Other - **Held - Order Made**

**09/24/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Ex Parte Hearing - **Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   06/24/2020   11/29/2018

**06/24/2020** at 8:30 AM in Department 65, Scaduto, Lynn H., Presiding
Non-Appearance Case Review - **Held - Order Made**

**06/10/2020** at 8:30 AM in Department 65, Scaduto, Lynn H., Presiding
Non-Appearance Case Review - **Held - Order Made**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order - Other - **Denied**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Denied**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Order Made**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Held - Order Made**

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Not Held - Continued - Department Dark**

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Not Held - Continued - Department Dark**

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Not Held - Continued - Department Dark**

**01/22/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order - Other - **Granted**

**01/15/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Held - Order Made**

**01/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Ex Parte Hearing - **Denied**

**12/20/2019** at 1:30 PM in Department 2, Riff, Lawrence P., Presiding
Ex Parte Hearing - **Denied**

**12/11/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Held - Order Made**

**11/06/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Ex Parte Hearing - **Held - Order Made**

**11/06/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**09/26/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Continued**

**09/26/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Held - Continued**

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Continued**

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Order Made**

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Ex Parte Hearing - **Denied**

**08/15/2019** at 1:30 PM in Department 2, Kaufman, Shelley, Presiding
Ex Parte Hearing - **Denied**

**07/19/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Off Calendar - Request of Respondent**

**04/25/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/16/2019** at 1:30 PM in Department J, Convey, Michael J., Presiding
Motion Hearing - **Off Calendar - Moving Party**

**02/15/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**01/16/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Motion Hearing - **Denied**

**01/16/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Motion for a New Trial Hearing - **Denied**

**12/24/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**12/17/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   06/24/2020   11/29/2018

**11/29/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**11/19/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**11/16/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/15/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Held - Order Made**

**08/23/2018** at 8:30 AM in Department 65, Weingart, Gregory J, Presiding
Motion Hearing - **Denied**

**08/01/2018** at 8:30 AM in Department 2, Kaufman, Shelley, Presiding
Ex Parte Hearing - **Denied**

**05/10/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Denied - Without Prejudice**

**04/30/2018** at 8:30 AM in Department 2, Lewis, Thomas Trent, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**04/24/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Denied**

**04/02/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Motion Hearing - **Granted - In Part**

**01/23/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Off Calendar - Case Settled**

**01/16/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Motion Hearing - **Off Calendar - Request of Petitioner**

**12/04/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Petitioner**

**11/08/2017** at 8:30 AM in Department F
Restraining Order Hearing - **Not Held - Continued by Stipulation**

**10/17/2017** at 8:30 AM in Department F, Breddan, Matthew A, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**09/27/2017** at 8:30 AM in Department F, Kazadi, Michelle L, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   06/24/2020   11/29/2018


# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

## Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019   04/16/2019
12/14/2018   05/04/2018   09/27/2017

**06/21/2022** Notice (Notice Requesting Inclusion of Previously Designated Material Omitted from Record on Appeal
(Clerk's Transcript) )
Filed by Respondent

**05/25/2022** Declaration (Declaration of G Scott Sobel and Request for Judicial Notice (Declarations) )
Filed by Petitioner

**05/24/2022** Declaration (Declaration of ██████████ for New Motion (Declarations) )
Filed by Petitioner

**05/12/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Off Calendar - Court's Own Motion**

**05/12/2022** Minute Order

**05/11/2022** at 1:30 PM in Department 13, Young, Patricia A., Presiding
Non-Appearance Case Review - **Held - Order Made**

**05/11/2022** Minute Order

**05/10/2022** Remote Appearance - Scheduled
Filed by Respondent

**05/06/2022** Notice (NOTICE OF PENDENCY OF ACTION (LIS PENDENS) )
Filed by Claimant

**05/06/2022** Appeal - Clerk's Notice of Abandonment of Appeal

**05/06/2022** Appeal Record Delivered

**05/05/2022** Abandonment of Appeal Submitted APP-005/107 CR-137/145 (of "U5" Appeal )
Filed by Petitioner

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Hearing - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Held - Order Made**

**05/03/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Request for Order - Other - **Held - Order Made**

**05/03/2022** Minute Order

**05/03/2022** Minute Order

**05/03/2022** Minute Order

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/03/2022** Minute Order

**05/02/2022** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (NOA 4/13/22 B319786 1-VOL )

**05/02/2022** Remote Appearance - Scheduled
Filed by Depositor

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**05/01/2022** Remote Appearance - Scheduled
Filed by Petitioner

**04/29/2022** at 1:30 PM in Department 13, Young, Patricia A., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/29/2022** Opposition (RESPONDENT CURTIS OLSON???S OPPOSITION TO PETITIONER ▮▮▮▮▮▮▮
▮▮▮▮▮▮???S AMENDED MOTION TO RECONSIDER MARCH 14, 2022 ORDER DENYING MOTION TO TAX OR
STRIKE COSTS WITHOUT PREJUDICE (Oppositions) )

Filed by Respondent

**04/29/2022** Minute Order

**04/29/2022** Declaration (DECLARATION OF ERIC M. KENNEDY SUPPORTING RESPONDENT OLSON???S
OPPOSITION TO PETITIONER ███████???S AMENDED MOTION TO RECONSIDER MARCH 14, 2022 ORDER
DENYING MOTION TO TAX OR STRIKE COSTS WITHOUT PREJUDICE (Declarations) )
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/28/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/26/2022** Reply (Reply (Comment) )
Filed by Petitioner

**04/25/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Not Held - Continued by Stipulation**

**04/25/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Request for Order - Other - **Not Held - Continued by Stipulation**

**04/25/2022** Minute Order

**04/25/2022** Appeal - Clerk's Transcript Fee Paid (by Respondent $103.76 )
Filed by Respondent

**04/25/2022** Minute Order

**04/22/2022** Remote Appearance - Scheduled
Filed by Depositor

**04/22/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/22/2022** Remote Appearance - Scheduled
Filed by Respondent

**04/20/2022** Opposition (Opposition (Oppositions) )
Filed by Respondent

**04/20/2022** Opposition (RESPONDENT CURTIS OLSON???S OPPOSITION TO NONPARTY MARTINEZ LAW GROUP,
P.C.???S MOTION TO SET ASIDE AND VACATE JUDGMENT (Oppositions) )
Filed by Respondent

**04/20/2022** Supplemental (SUPPLEMENTAL PROOF OF SERVICE - RESPONDENT CURTIS OLSON'S OPPOSITION
TO THIRD PARTY CLAIMANT JUSTUS SENFTNER'S MOTION OBJECTING TO UNDERTAKING (Supplementals) )
Filed by Respondent

**04/20/2022** Opposition (RESPONDENT CURTIS OLSON'S SUPPLEMENTAL OPPOSITION RESPONDING TO
PETITIONER ████████████S R-REPLY IN SUPPORT OF "MOTION TO STRIKE OR TAX ALL NEW AND
PREVIOUS COSTS" )
Filed by Respondent

**04/19/2022** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 4/13/22 U5 )

**04/18/2022** Appeal - Notice of Filing of Notice of Appeal ("U5" )

**04/13/2022** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (for "U5" Appeal )
Filed by Petitioner

**04/13/2022** Appeal - Notice of Appeal/Cross Appeal Filed ("U5" Appeal )
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/04/2022** Reply (Reply (Comment) )
Filed by Petitioner

**03/30/2022** Motion (Re: Amended Petitioner's Motion For Reconsideration Of Order March 14, 2022 )
Filed by Petitioner

**03/30/2022** Notice (Notice of Order Continuing 4/18/22 and 4/5/22 Hearings to 5/3/22 )
Filed by Petitioner

**03/30/2022** Miscellaneous (Re: Amended Petitioner ███████s Motion For Reconsideration )
Filed by Petitioner

**03/25/2022** Stipulation and Order (STIPULATION TO CONTINUE MOTION HEARING DATES )
Filed by Limited Scope Attorney

**03/24/2022** Motion (For Reconsideration of Order on March 14, 2022 Re: Respondent Olson's Award Of Attorney's Fees
and Costs; Memorandum of Points and Authorities; Declaration of ███████ )
Filed by Petitioner

**03/24/2022** Proposed Stipulation & Order - Court Commissioner (To Continue Motion Hearing Dates; Proposed Order )
Filed by Claimant

**03/14/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion to Strike Hearing - **Held - Continued**

**03/14/2022** at 8:30 AM in Department 13, Young, Patricia A., Presiding
Motion Hearing - **Denied - Without Prejudice**

**03/14/2022** Minute Order

**03/14/2022** Minute Order

**03/14/2022** Objection (Objection (Objections) )
Filed by Petitioner

**03/14/2022** Declaration (Declaration (Declarations) )
Filed by Claimant

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/13/2022** Remote Appearance - Scheduled
Filed by Claimant

**03/13/2022** Remote Appearance - Scheduled
Filed by Claimant

**03/13/2022** Remote Appearance - Scheduled
Filed by Petitioner

**03/11/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/11/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/10/2022** RFO/MTN - Family Law (Justus Senftner's Amended Motion Objecting to Undertaking )
Filed by Claimant

**03/10/2022** Motion (AMENDED Objecting to Undertaking; Memorandum of Points and Authorities )
Filed by Claimant

**03/10/2022** Remote Appearance - Scheduled
Filed by Depositor

**03/10/2022** Proof of Service (Proof of Service (Comment) )
Filed by Claimant

**03/09/2022** Declaration (Declaration (Declarations) )
Filed by Petitioner

**03/09/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/09/2022** Remote Appearance - Scheduled
Filed by Respondent

**03/09/2022** Request - Judicial Notice (Request - Judicial Notice (Requests) )
Filed by Petitioner

**03/08/2022** Reply (Reply (Comment) )
Filed by Petitioner

**03/08/2022** Proof of Service (Proof of Service (Comment) )
Filed by Petitioner

**03/08/2022** Request - Judicial Notice (Request - Judicial Notice (Requests) )
Filed by Petitioner

**03/07/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/07/2022** Declaration (Declaration )
Filed by Petitioner

**03/04/2022** Proof of Service - Mail
Filed by Petitioner

**03/04/2022** Declaration (Of G. Scott Sorbel In Support Of Motion Objecting To Undertaking And Request For Judicial
Notice )
Filed by Petitioner

**03/04/2022** Declaration (Of ██████████ )
Filed by Petitioner

**03/04/2022** Motion (Re: Objecting To Undertaking; Memorandum Of Points And Authorities )
Filed by Petitioner

**03/04/2022** Declaration (Of John Edwards )
Filed by Petitioner

**03/01/2022** Declaration (Declaration of Eric M. Kennedy ISO Motion to Strike Costs )
Filed by Respondent

**03/01/2022** Motion (To Set Aside and Vacate Judgment; Memorandum of Points and Authorities; Declaration of Gloria
Martinez-Senftner. )
Filed by Other

**03/01/2022** Opposition (Respondent Curtis Olson's Opposition to Petitioner ██████████ s "Motion to Strike or Tax All
New And Previous Costs"; Memorandum of Points And Authorities )
Filed by Respondent

**02/17/2022** Notice (Judgment Creditor Curtis Olson's Separate Statement in Support of Motion to Compel (Comment) )
Filed by Respondent

**02/17/2022** Notice - Continuance (Notice of Continuance of Hearing on Judgment Creditor Curtis Olson's Motion to
Compel (Notices) )
Filed by Respondent

**02/16/2022** at 10:30 AM in Department 94, Cohen, Laura, Presiding
Non-Appearance Case Review - **Transfer - for all Purpose-Non Stip**

**02/16/2022** Notice - Continuance (Notice - Continuance (Notices) )
Filed by Petitioner

**02/16/2022** Notice (OF COURT ORDER RE: NON-STIPULATION TO COMMISSIONER )
Filed by Petitioner

**02/16/2022** Minute Order

**02/14/2022** Notice - Limited Scope Representation (Notice - Limited Scope Representation )
Filed by Petitioner

**02/14/2022** Non-Stipulation - Appointment of Court Commissioner (Non-Stipulation - Appointment of Court Commissioner
)
Filed by Petitioner

**02/14/2022** Reply
Filed by Respondent

**02/14/2022** Proof of Service (Proof of Service )
Filed by Petitioner

**02/14/2022** Notice - Limited Scope Representation (Notice - Limited Scope Representation )
Filed by Petitioner

**02/14/2022** Proof of Service (Proof of Service )

Filed by Petitioner

**02/08/2022** Opposition (Non-Party Los Angeles County Office Of The Assessor S Opposition To Defendant Curtis Olson
S Motion To Produce Documents Requested Pursuant To Subpoena Duces Tecum )

Filed by Other

**01/28/2022** Motion (Errata Motion to Strike Or Tax Attorney's Fees and Costs(Includes page 2 that was missing from
original via transmission error) )

Filed by Petitioner

**01/27/2022** Motion (Motion to Strike or Tax Attorney's Fees and Costs )

Filed by Petitioner

**01/12/2022** Memorandum - Costs

Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**01/11/2022** Motion (Other: Compel Third Party to Produce Documents )

Filed by Respondent

**01/03/2022** Motion (to compel )

Filed by Respondent

**12/27/2021** Notice - Ruling

Filed by Respondent

**12/21/2021** at 8:30 AM in Department 94, Cohen, Laura, Presiding

Ex Parte Hearing - **Denied**

**12/21/2021** Order (Denying 12/21/2021 Ex Parte RFO )

**12/21/2021** Ex Parte - Application

Filed by Petitioner

**12/21/2021** Opposition (to Petitioner's Ex Parte Application Re Robinson Subpoena and Declaration of Eric Kennedy in
Support Thereof )

Filed by Respondent

**12/21/2021** Minute Order

**12/21/2021** Stipulation - Appointment of Court Commissioner

Filed by Respondent

**12/16/2021** at 8:30 AM in Department 2, Pellman, Amy M., Presiding

Non-Appearance Case Review - **Reassigned - Other Department**

**12/16/2021** Minute Order

**12/15/2021** 170.6 CCP Peremptory Challenge

Filed by Respondent

**12/07/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding

Non-Appearance Case Review - **Held - Order Made**

**12/07/2021** Minute Order

**11/23/2021** Appellate Order Dismissing Appeal (Full Dismissal of All Appeal Issues; PER 8.220(a) )

**11/23/2021** Appellate Order Dismissing Appeal (Full Dismissal of All Appeal Issues; PER 8.220(a) )

**11/09/2021** Abstract - of Judgment

LASC - Case Access          https://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 2:21-cv-09747-SB-PD  Document 38-1  Filed 06/27/22  Page 43 of 123  Page ID #:804

Filed by Respondent

**11/04/2021** RFO/MTN - Family Law
Filed by Petitioner

**10/29/2021** RFO/MTN - Family Law (re Obj and Motn to Quash Subpoena; Prot. Order from Subpoena )
Filed by Petitioner

**10/29/2021** Appeal Record Delivered

**10/29/2021** Objection (to Respondent's Subpeona )
Filed by Petitioner

**10/22/2021** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (NOA 8/3/21 B314319 )

**10/20/2021** Notice - Motion (Objecting to Undertaking CCP 720.710 (Amended) )
Filed by Claimant

**10/20/2021** Miscellaneous (Amended Third Party Claim )
Filed by Claimant

**10/12/2021** RFO/MTN - Family Law (Notice of Motion and Motion Objecting to Undertaking CCP 720.710; 995.920 In
That it is Insufficient Security: memorandum of Points and Authorities in Support Thereof. )
Filed by Claimant

**09/20/2021** Appeal - Clerk's Transcript Fee Paid
Filed by Respondent

**09/15/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 8-3-21 B314319 )

**09/02/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**08/17/2021** Appeal - Notice of Default Issued (NOA-8/3/21 No Designation )

**08/11/2021** Writ - Execution (LOS ANGELES - $150,350.03 based on order 4/17/2019, amended 11/06/2019 and
4/16/2021 )
Filed by Respondent

**08/10/2021** Abstract - of Judgment (ISSUED )
Filed by Depositor

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  04/04/2022  01/11/2022  08/09/2021  04/16/2021  10/23/2020  05/19/2020  12/20/2019  08/09/2019
04/16/2019  12/14/2018  05/04/2018  09/27/2017

**08/09/2021** Appeal - Notice of Filing of Notice of Appeal

**08/03/2021** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**07/22/2021** Notice - Ruling
Filed by Respondent

**07/16/2021** Writ - Execution (LOS ANGELES - $150,350.03 based on order 4/17/2019; ISSUED )
Filed by Respondent

**07/15/2021** Application - Issue Writ E/P/S (LOS ANGELES - )
Filed by Respondent

**07/06/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**07/06/2021** LACourtConnect-Fees Paid
Filed by Respondent

**07/02/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Non-Appearance Case Review - **Held - Order Made**

**07/02/2021** Order (Striking Statement of Disqualification ; Verified Answer )

**07/02/2021** Minute Order

**07/01/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding
Request for Order - Other - **Denied**

**07/01/2021** Remote Appearance - Scheduled
Filed by Respondent

**07/01/2021** Minute Order

**07/01/2021** Miscellaneous (Petitioner's Verified Notice and Statement of Disqualification of the Judge Wendy Wilcox. )
Filed by Petitioner

**07/01/2021** Remote Appearance - Scheduled
Filed by Petitioner

**06/29/2021** Application - Issue Writ E/P/S (LOS ANGELES - 150,350.03 based on order 4/17/2019, amended 10/06/2019 & 4/16/2021; )
Filed by Respondent

**06/25/2021** Reply (RE:Motion to Reconsider Orders of April 16, 2021 )
Filed by Petitioner

**06/21/2021** Notice - Unavailability of Counsel
Filed by Respondent

**06/18/2021** Opposition
Filed by Respondent

**06/18/2021** Objection (to evidence offered in support of petitioner )
Filed by Respondent

**06/11/2021** Appeal Record Delivered (Clerk's Transcript )

**06/11/2021** Appeal Record Delivered (Clerk's Transcript )

**06/07/2021** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (11/10 & 11/10/20 B309136 4-VOL )

**05/24/2021** Notice - Hearing
Filed by Petitioner

**05/13/2021** Appeal - Clerk's Transcript Fee Paid (ATTY. BUCHALTER FOR RESPONDENT )
Filed by Respondent

**05/11/2021** Writ - Execution (REJECTED - NO APPLICATION RE WRIT OF EXECUTION )
Filed by Respondent

**05/06/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (11/10 & 11/10/20 Fee Waiver as to: YIDALA ██████████ & JOHN WALKOWIAK )

**04/27/2021** RFO/MTN - Family Law (Fraud on the Court Motion to Reconsider )
Filed by Petitioner

**04/21/2021** LACourtConnect-Fees Paid
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding

Ex Parte Hearing - **Denied**

**04/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Request for Order - Other - **Granted**

**04/16/2021** Application (Request for ADA MC410 )

**04/16/2021** Minute Order

**04/16/2021** Order (Granting Respondnet Curtis Olsons' Motion To Amend Judgments )

**04/16/2021** Minute Order

**04/16/2021** Ex Parte - Application
Filed by Petitioner

**04/16/2021** Notice (of Errata re:EXHIBIT C to the Decl of Eric Kennedy in Support of Judgment Creditor Curtis Olson's
Second Reply in Support of Motion to Amend Judgments and Motion to Strike Amended Opposition )
Filed by Respondent

**04/12/2021** Remote Appearance - Scheduled
Filed by Respondent

**04/09/2021** Reply (Judgment Creditor Curtis Olson's Second Reply In Support of Motion to Amend Judgments and
Motion to Strike Amended Opposition )
Filed by Respondent

**04/09/2021** Declaration (of Eric Kennedy In Support of Judgment Creditor Curtis Olson's Second Reply In Support of
Motion to Amend Judgments and Motion to Strike Amended Opposition )
Filed by Respondent

**04/08/2021** Miscellaneous (Errata amended petitioner's opposition to Olson's motion to amend judgments; ddeclaration
of ███████ )
Filed by Petitioner

**04/07/2021** Objection (To Evidence Offered In Support Of ███████s Opposition To Olson's Reply In Support Of Motion
To Amend Judgments )
Filed by Respondent

**04/07/2021** Miscellaneous (Judgment Creditor Curtis Olson's Reply In Support Of Motion To Amend Judgments )
Filed by Respondent

**04/06/2021** at 1:30 PM in Department 81, Wilcox, Wendy L., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/06/2021** Minute Order

**04/05/2021** Opposition (PETITIONER'S OPPOSITION TO OLSON'S MOTION TO AMEND JUDGMENTS )
Filed by Petitioner

**04/05/2021** Responsive Declaration
Filed by Petitioner

**03/16/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding
Ex Parte Hearing - **Granted**

**03/16/2021** Opposition
Filed by Respondent

**03/16/2021** Ex Parte - Application
Filed by Petitioner

**03/16/2021** Minute Order

**02/01/2021** at 8:30 AM in Department 81, Wilcox, Wendy L., Presiding

Ex Parte Hearing - **Granted**

**02/01/2021** Opposition (to Petitioner's Ex Parte Application for an Order Continuing Hearing )
Filed by Respondent

**02/01/2021** Ex Parte - Application
Filed by Petitioner

**02/01/2021** Minute Order

**01/22/2021** Appeal - Notice of Default Issued (AMENDED NOTICE Fail to Pay: $100 )

**01/22/2021** Appeal - Notice of Default Issued (AMENDED NOTICE Fail to Pay: $100 )

**12/18/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Ex Parte Hearing - **Held - Order Made**

**12/18/2020** Ex Parte - Application
Filed by Petitioner

**12/18/2020** Order - After Hearing
Filed by Petitioner

**12/18/2020** Order - After Hearing (Hearing Dated 11/06/19 )
Filed by Petitioner

**12/18/2020** Minute Order

**12/17/2020** Fee Waiver - Order on Court Fee Waiver - Denied FW003 (DUPLICATE FILING-ORDER GRANTED
12/16/2020 )
Filed by Petitioner

**12/17/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**12/16/2020** at 1:30 PM in Department 81, Weingart, Gregory J, Presiding
Fee Waiver Hearing - **Denied**

**12/16/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**12/16/2020** Minute Order

**11/25/2020** Fee Waiver - Order on Court Fee Waiver - Denied FW003 (Hearing Set )
Filed by Petitioner

**11/25/2020** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; "R" )
Filed by Petitioner

**11/25/2020** Appeal Record Delivered

**11/25/2020** Appeal Record Delivered

**11/24/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Claimant

**11/24/2020** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; "U3" )
Filed by Claimant

**11/24/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service; "R" )
Filed by Petitioner

**11/20/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001 (FOR LASC AND DCA )
Filed by Petitioner

**11/20/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; 10 vols only; for Notice of Appeal, filed

4/30/20; "U1" )
Filed by Petitioner

**11/20/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; 10 vols only; for Notice of Appeal, filed
4/30/20; "U2" )
Filed by Claimant

**11/18/2020** Request - Judicial Notice
Filed by Respondent

**11/18/2020** Declaration (OF ERIC KENNEDY. )
Filed by Respondent

**11/18/2020** Request - Judicial Notice
Filed by Respondent

**11/18/2020** RFO/MTN - Family Law (Motion to Amend Judgment )
Filed by Respondent

**11/18/2020** Declaration (In Support of Respondent's Motion to Amend Judgments )
Filed by Respondent

**11/12/2020** Appeal - Notice of Filing of Notice of Appeal (N.O.A. 11/10/20 "U3" )

**11/12/2020** Appeal - Notice of Filing of Notice of Appeal (N.O.A. 11/10/20 "R" )

**11/10/2020** Appeal - Self-Represented Appellant ("R" )
Filed by Petitioner

**11/10/2020** Appeal - Notice of Appeal/Cross Appeal Filed ("R"; Fee Waiver GRANTED 12/16/20; DCA Filing Fee Not
Received )
Filed by Petitioner

**11/10/2020** Appeal - Notice of Appeal/Cross Appeal Filed ("U3"; Fee Waiver GRANTED 7/7/20; DCA Filing Fee Not
Received )
Filed by Claimant

**11/05/2020** Appeal - Clerk's Transcript Fee Paid (RESPONDENT PAID $1098.04 )
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
   04/16/2019   12/14/2018   05/04/2018   09/27/2017

**10/23/2020** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**10/13/2020** Notice - Ruling
Filed by Respondent

**10/12/2020** LACourtConnect-Fees Paid
Filed by Respondent

**10/07/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Request for Order - Other - **Held - Order Made**

**10/07/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Request for Order - Other - **Held - Order Made**

**10/07/2020** Notice - Limited Scope Representation
Filed by Petitioner

**10/07/2020** Proof of Service
Filed by Claimant

**10/07/2020** Notice (completion of limited scope representation )

**10/07/2020** Minute Order

**10/07/2020** Minute Order

**10/06/2020** Remote Appearance - Scheduled
Filed by Petitioner

**10/06/2020** Remote Appearance - Scheduled
Filed by Respondent

**10/06/2020** Remote Appearance - Scheduled
Filed by Respondent

**10/01/2020** Reply (In Support of Motion to Strike or Tax Costs and Supplemental Declaration of ▮▮▮▮▮▮ )
Filed by Petitioner

**10/01/2020** Reply (In Support of Motion to Vacate Void Order dated 11/6/2019; Memorandum of Points & Authorities )
Filed by Claimant

**09/24/2020** at 8:30 AM in Department 81, Weingart, Gregory J, Presiding
Ex Parte Hearing - **Denied**

**09/24/2020** Responsive Declaration
Filed by Petitioner

**09/24/2020** Responsive Declaration
Filed by Claimant

**09/24/2020** Minute Order

**09/24/2020** Ex Parte - Application
Filed by Respondent

**09/02/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service "U2" )
Filed by Claimant

**09/01/2020** Appellate Order Granting Relief from Default (Appellant order granting appellant 10 days to file an amended designation. )

**09/01/2020** Appellate Order Granting Relief from Default (Order granting appellate 10 days to file an amended designation. )

**08/11/2020** Appeal - Notice of Non-Compliance (Appellant failed to timely file a Notice Designating Record on Appeal. )

**07/09/2020** Memorandum - Costs
Filed by Respondent

**07/09/2020** Declaration (of Eric Kennedy in support of memorandum of cost )
Filed by Respondent

**07/07/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Claimant

**07/07/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Claimant

**06/26/2020** Declaration (of Eric Kennedy in support of respondent's oppsition to petitioner's motion to strike or tax costs )
Filed by Respondent

**06/26/2020** Opposition (to petitioner's motion to strike or tax costs )
Filed by Respondent

**06/26/2020** Declaration (of Eric Kennedy in support of respondent's opposition to specially appearing nonparty's motin to vacate void order dated 11/6/19 )

Filed by Respondent

**06/26/2020** Opposition (to Specially Appearing Nonparty's Motion to Vacate Void Order Dated 11/6/19 )
Filed by Respondent

**06/24/2020** at 8:30 AM in Department 65, Scaduto, Lynn H., Presiding
Non-Appearance Case Review - **Held - Order Made**

**06/24/2020** 170.6 CCP Peremptory Challenge (***case not assigned to this department*** )
Filed by Petitioner

**06/24/2020** Minute Order

**06/24/2020** Proof of Service
Filed by Petitioner

**06/19/2020** Appeal - Notice of Default Issued ("U2" Fail to File Designation/Election; Fail to Pay: REPORTER TRANSCRIPT FEES )

**06/18/2020** Notice - Court Hearing (Set for 7/9/20 )
Filed by Claimant

**06/18/2020** Notice - Court Hearing (Set for 7/9/20 )
Filed by Petitioner

**06/15/2020** Appeal Document (Turndown Letter "U2" NOA 4/30/20 dsgn )
Filed by Claimant

**06/15/2020** Appeal Document (Turndown Letter "U2" NOA 4/30/20 fee waiver )
Filed by Claimant

**06/10/2020** at 8:30 AM in Department 65, Scaduto, Lynn H., Presiding
Non-Appearance Case Review - **Held - Order Made**

**06/10/2020** Minute Order

**05/28/2020** Appeal - Ntc Designating Record of Appeal APP-003/010/103 ("U1" Filed With Proof of Service )
Filed by Petitioner

**05/27/2020** RFO/MTN - Vacate (RE Other: Motion to Vacate Void Order and Amend Judgment Dated 11-6-19 )
Filed by Claimant

**05/27/2020** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Claimant

**05/27/2020** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Claimant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019   04/16/2019   12/14/2018   05/04/2018   09/27/2017

**05/19/2020** Appeal Document (TURNDOWN DESIGNATION )
Filed by Claimant

**05/19/2020** Appeal Document (TURNDOWN DESIGNATION )
Filed by Petitioner

**05/14/2020** Appeal - Notice of Filing of Notice of Appeal (NOA:4/30/20; "U1" )

**05/14/2020** Appeal - Notice of Filing of Notice of Appeal (NOA:4/30/20; "U2" )

**04/30/2020** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal; "U2" )
Filed by Claimant

**04/30/2020** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal; "U1" )

Filed by Petitioner

**04/17/2020** RFO/MTN - Family Law
Filed by Petitioner

**04/17/2020** Miscellaneous (NONPARTY ATW TRUST'S JOINDER IN THE MOTION OF PETITIONER ████████
████████ TO STRIKE & TAX COSTS CLAIMED IN A MEMORANDUM OF COSTS MISLEADINGLY DATED MARCH
10, 2020, FILED ON AN UNKNOWN DATE, SERVED MARCH 30, 2020 AND/OR ON OTHER DATES AND/OR NOT
SERVED ON SOME INTEREST PARTIES )
Filed by Claimant

**03/13/2020** Notice (Proposed findings and order after hearing )
Filed by Petitioner

**03/13/2020** Objection (Amended nonparty ATW Trust's )
Filed by Petitioner

**03/12/2020** Objection (TO PROPOSED ORDERS 2/28/2020 )
Filed by Petitioner

**03/12/2020** Proof of Service - Mail (OBJECTION TO PROPOSED ORDERS 2/28/2020 )
Filed by Petitioner

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Denied**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order - Other - **Denied**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Order Made**

**02/28/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Held - Order Made**

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/28/2020** Minute Order

**02/28/2020** Notice (Non-Party ATW Trust Notice of Documents' Status And Objections To Produce Documents Relating
To ATW Trust Under Seal )

**02/26/2020** Notice (CURTIS OLSON'S NOTICE OF JUDGMENT DEBTOR ATW TRUST'S FAILURE TO COMPLY WITH
COURT ORDERS )
Filed by Respondent

**02/24/2020** Reply
Filed by Petitioner

**02/24/2020** Reply
Filed by Petitioner

**02/24/2020** Refund Check Processed (CK# 29036181 2/18/20 TWR# 20*5118 2/6/20 REQ# 20358-01 )
Filed by Depositor

**02/24/2020** Refund Check Processed (CHECK WAS ELECTRONIC TRANSFER ON 2/6/20 SAP# 1910379524 2/6/20
REQ# 20359-01 )
Filed by Claimant Reporter

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Not Held - Continued - Department Dark**

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Not Held - Continued - Department Dark**

**02/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Not Held - Continued - Department Dark**

**02/14/2020** Minute Order

**02/14/2020** Minute Order

**02/14/2020** Minute Order

**02/14/2020** Opposition
Filed by Respondent

**02/06/2020** Writ - Execution ($78,602.03 base on 4/17/19 and 11/6/19 amended order attorney fees Los Angeles County
place on basket )
Filed by Attorney for Respondent

**02/05/2020** Request for Refund of Reporter Appeal Transcript Deposit (NOA 6/17/19 APPROVED: 1/30/20 )

**01/30/2020** Refund Approved (Unused Transcript)
Filed by Depositor

**01/30/2020** Refund Approved (Court Reporter Transcript)
Filed by Claimant Reporter

**01/22/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order - Other - **Granted**

**01/22/2020** Minute Order

**01/22/2020** Miscellaneous (Petitioner's Jurisdictional Challenge; Requests A Statement of Decision )
Filed by Petitioner

**01/17/2020** Appeal Record Delivered

**01/17/2020** Appeal Record Delivered

**01/15/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Court's Order to Show Cause Hearing - **Held - Order Made**

**01/15/2020** Reply (Motion to Strike or Tax Costs; MP&A; Declaration of ██████████ )
Filed by Petitioner

**01/15/2020** Affidavit for Rlse Funds/Req for Payment Rptr Appeal Trnscpt (NOA 6/17/19 COURT REPORTER: LESLIE
CHISUM )

**01/15/2020** Refund Initiated (Court Reporter Transcript)
Filed by Claimant Reporter

**01/15/2020** Refund Initiated (Unused Transcript)
Filed by Depositor

**01/15/2020** Minute Order

**01/15/2020** Proof of Service (re Reply to Motn to Strike )
Filed by Petitioner

**01/14/2020** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Ex Parte Hearing - **Denied**

**01/14/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; "U"; see also Cross-Appeal, filed

6/17/19 ("X") )
Filed by Petitioner

**01/14/2020** Appeal - Original Clerk's Transcript 6-10 Volumes Certified (CLOSED; "X"; see also Notice of Appeal, filed 6/6/19 ("U") )
Filed by Respondent

**01/14/2020** Ex Parte - Application
Filed by Claimant

**01/14/2020** Opposition (to Petitioner ██████████s Ex Parte Application )
Filed by Respondent

**01/14/2020** Minute Order

**01/08/2020** Opposition
Filed by Respondent

**01/08/2020** Proof of Service
Filed by Respondent

**01/08/2020** Declaration
Filed by Respondent

**12/24/2019** Writ - Execution
Filed by Attorney for Respondent

**12/23/2019** RFO/MTN - Set Aside
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**12/20/2019** at 1:30 PM in Department 2, Riff, Lawrence P., Presiding
Ex Parte Hearing - **Denied**

**12/20/2019** Minute Order

**12/20/2019** Ex Parte - Application
Filed by Petitioner

**12/20/2019** Responsive Declaration
Filed by Respondent

**12/18/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**12/18/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**12/18/2019** Appeal - Request for Court-Paid Clerk's Transcript Granted

**12/18/2019** Appeal - Reporter Appeal Transcripts

**12/18/2019** Appeal - Request for Court-Paid Clerk's Transcript Granted

**12/18/2019** Appeal - Opinion Received; Remittitur Due in 60 Days (Order to consolidate is granted.B295388 )
Filed by Petitioner

**12/11/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Held - Order Made**

**12/11/2019** Notice (And Statement of Disqualification Of The Honorable Emily Spear (CCP 170.1) And Declaration of ██████████ In Support Thereof )
Filed by Petitioner

**12/11/2019** Minute Order

**12/11/2019** Writ - Execution
Filed by Attorney for Respondent

**12/06/2019** RFO/MTN - Family Law (Motion to Strike or Tax Costs )
Filed by Petitioner

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Proof of Service
Filed by Respondent

**12/04/2019** Reply (For Petitioner's Request for Additional Time To Produce Documents Re: ATW Trust )
Filed by Petitioner

**12/04/2019** Proof of Service
Filed by Respondent

**11/26/2019** Opposition (Respondent Curtis Olson's Opposition To Petitioner █████████s )
Filed by Respondent

**11/26/2019** Memorandum - Costs (After Judg, Acknowledgment of Credit, And Decl of Accrued Interest )
Filed by Respondent

**11/07/2019** Abstract - of Judgment (Issued base on order 11/06/19 $78,602.03 )
Filed by Attorney for Respondent

**11/07/2019** Abstract - of Judgment (issued base on order 11/6/19 $78.602.03 )
Filed by Attorney for Respondent

**11/06/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**11/06/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Ex Parte Hearing - **Held - Order Made**

**11/06/2019** Nunc Pro Tunc Minute Order

**11/06/2019** Minute Order

**11/06/2019** Order (Granting Ex Parte Application Of Respondent Curtis Olson To Amend Judgment To Add Judgment Debtors )

**11/06/2019** Opposition (to Ex Parte Order To Compel Production and Add ATW Trust As Judgment Debtor )
Filed by Petitioner

**11/06/2019** Ex Parte - Application
Filed by Respondent

**11/06/2019** Notice (entry of ord granting exparte )
Filed by Respondent

**10/31/2019** Appeal - Notice Court Reporter to Prepare Appeal Transcript (Initial; )

**10/31/2019** RFO/MTN - Family Law (Extend time )
Filed by Petitioner

**10/03/2019** Order (re Continuation of Hearing on Amended Motion For Protective Order, Continuance of Judgment Debtor's Examination, And Production of Trust Documents Under Seal )
Filed by Respondent

LASC - Case Access        https://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 2:21-cv-09747-SB-PD  Document 38-1  Filed 06/27/22  Page 54 of 123  Page ID #:815

**09/30/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Respondent

**09/30/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Respondent

**09/30/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Respondent

**09/26/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Request for Order Hearing - **Held - Continued**

**09/26/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Continued**

**09/26/2019** Minute Order

**09/26/2019** Minute Order

**09/26/2019** Proof of Service
Filed by Petitioner

**09/26/2019** Objection
Filed by Petitioner

**09/26/2019** Declaration
Filed by Other

**09/23/2019** Declaration
Filed by Respondent

**09/23/2019** Miscellaneous (Reply Amended Motion for Protective Order Staying Discovery Pending Appeal or In The Alternative Motion To Quash; Memorandum of Points & Authorities and Amended Declaration of ███████████ in Support Thereof )
Filed by Petitioner

**09/23/2019** Proof of Service (petnr's reply amended motion prot. order w/amended declaration )
Filed by Petitioner

**09/20/2019** Reply
Filed by Petitioner

**09/19/2019** RFO/MTN - Continue
Filed by Petitioner

**09/19/2019** Notice (of ord to produce docs )
Filed by Respondent

**09/13/2019** Declaration (of Eric Kennedy in support of respdt's opposition to petnr's amended motion for protective order )
Filed by Respondent

**09/13/2019** Opposition (to petnr's Amended Motion for Protective Order )
Filed by Respondent

**09/11/2019** Appeal - Notice of Default Issued (Fail to File Designation/Election; Fail to Pay: REPORTER TRANSCRIPT FEES AND DEPOSIT )

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Order Made**

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Held - Continued**

**09/04/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding

Ex Parte Hearing - **Denied**

**09/04/2019** Opposition (to Petitioner ███████████s Ex Parte Application For An Order Shortening Time to Have Heard a Motion for Protective Order )
Filed by Respondent

**09/04/2019** Minute Order

**09/04/2019** Ex Parte - Application
Filed by Petitioner

**09/04/2019** Minute Order

**09/04/2019** Minute Order

**08/30/2019** RFO/MTN - Family Law (AMENDED: re Prot. Order and Motn to Quash )
Filed by Petitioner

**08/15/2019** at 1:30 PM in Department 2, Kaufman, Shelley, Presiding
Ex Parte Hearing - **Denied**

**08/15/2019** Minute Order

**08/15/2019** Responsive Declaration (to Ex Parte Request for Order )
Filed by Respondent

**08/15/2019** Ex Parte - Application
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**08/09/2019** Appeal Document (TURNDOWN LETTER: CLERK'S TRANSCRIPT TO APPENDIX )
Filed by Attorney for Respondent

**08/09/2019** RFO/MTN - Protective Order
Filed by Petitioner

**08/08/2019** Notice (of Entry of Order to Add Judgment Debtor's )
Filed by Respondent

**08/06/2019** Abstract - of Judgment (2nd amended as to debotors name $78,602.03 )
Filed by Attorney for Respondent

**08/02/2019** Proof of Service
Filed by Respondent

**07/31/2019** Abstract - of Judgment (amended ($78,602.03) )
Filed by Attorney for Respondent

**07/29/2019** Affidavit (of Identity And Order )
Filed by Respondent

**07/19/2019** at 8:30 AM in Department 65, Spear, Emily T., Presiding
Hearing - **Off Calendar - Request of Respondent**

**07/19/2019** Minute Order

**07/18/2019** RFO/MTN - Judgment Debtor Examination
Filed by Other

**07/18/2019** RFO/MTN - Family Law (RE Application and Order for Appearance and Examination Enforcement of Judgment - Judgment Debtor )
Filed by Respondent

LASC - Case Access             https://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 2:21-cv-09747-SB-PD  Document 38-1  Filed 06/27/22  Page 56 of 123  Page ID #:817

**06/27/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Respondent

**06/27/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Respondent

**06/27/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Respondent

**06/25/2019** Appeal - Record on Appeal Elected/Designated (Clerk Transcript; Reporter Transcript; WILL LODGE WITH DCA )
Filed by Petitioner

**06/25/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**06/21/2019** Writ - Execution (atty fees orange county $78,602.03 )
Filed by Attorney for Respondent

**06/17/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Respondent

**06/17/2019** Appeal - Superior Court Appeal Filing Fee Paid
Filed by Respondent

**06/14/2019** Appeal Record Delivered

**06/13/2019** Application (& Order for Appearance & Examination )
Filed by Respondent

**06/13/2019** Abstract - of Judgment (issued attorney fees $78,602.03 )
Filed by Attorney for Respondent

**06/10/2019** Appeal - Original Clerk's Transcript 1-5 Volumes Certified (CLOSED )

**06/06/2019** Appeal - Self-Represented Appellant
Filed by Petitioner

**06/06/2019** Proof of Service - Mail
Filed by Petitioner

**06/06/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**05/17/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal

**05/15/2019** Writ - Execution ($1,582.48 base on 4/17/19 Los Angeles County )
Filed by Respondent

**05/15/2019** Writ - Execution (Los Angeles county $78,602.03 base on order 4/17/19 )
Filed by Respondent

**05/15/2019** Abstract - of Judgment ($1,582.48 base on 4/17,19 )
Filed by Respondent

**05/15/2019** Abstract - of Judgment ($78,602.03 base on order date 4/17/19 )
Filed by Respondent

**04/25/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/25/2019** Minute Order

**04/17/2019** Order (Granting Petitioner ██████████s Motion to Strike or Tax Costs of $1,718.19 )
Filed by Petitioner

**04/17/2019** Order (Striking Statement of Disqualification; Verified Answer )

**04/17/2019** Order (Re Respondent Curtis Olson's Motion for Attorney's Fees and Costs Pursuant to Code of Civil Procedure Section 527.6 )
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**04/16/2019** at 1:30 PM in Department J, Convey, Michael J., Presiding
Motion Hearing - **Off Calendar - Moving Party**

**04/16/2019** Notice (of Withdrawal of Notice of Motion and Motion for Protective Order )
Filed by Other

**04/16/2019** 170.1 CCP Motion to Disqualify (Petitioner's ████ ████s Notice and Statement of Disqualification of the Honorable Michael Convey [C.C.P. Section 170.1(a)(1)(A); C.C.P. Section 170.1 (a) (6)(A)(iii); C.C.P. Section 170.1 (a)(6)(B)] )
Filed by Petitioner

**04/16/2019** Minute Order

**04/16/2019** Proof of Service
Filed by Respondent

**04/16/2019** Proof of Service
Filed by Respondent

**04/09/2019** Declaration (of Eric Kennedy )
Filed by Respondent

**04/09/2019** Reply
Filed by Respondent

**04/09/2019** Declaration (of Ryan A. Vogt-Lowell )
Filed by Respondent

**04/09/2019** Declaration (of Ashley Milnes )
Filed by Respondent

**04/09/2019** Objection
Filed by Respondent

**04/09/2019** Request - Judicial Notice
Filed by Respondent

**04/09/2019** Brief (closing brief in support of motion striking or taxing costs )
Filed by Petitioner

**03/18/2019** Appeal - Notice of Default Issued (;Fail to Pay $100 filing fee; )

**03/15/2019** Order - Findings and Order After Hearing
Filed by Respondent

**03/15/2019** Order - Findings and Order After Hearing
Filed by Respondent

**03/15/2019** RFO/MTN - Protective Order
Filed by Other

**03/15/2019** Memorandum - Points and Authorities
Filed by Other

**03/15/2019** Declaration (OF GLORIA MARTINEZ-SENFTNER )

Filed by Other

**02/15/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**02/15/2019** Minute Order

**02/15/2019** Declaration (of Benjamin F. Kanani in Opposition to Respondent Curtis Olson's Motion for Attorney's Fees )
Filed by Petitioner

**02/15/2019** Proof of Service
Filed by Petitioner

**02/15/2019** Declaration - Income and Expense
Filed by Petitioner

**02/15/2019** Responsive Declaration (to Request for Order )
Filed by Petitioner

**02/13/2019** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**02/13/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**02/11/2019** Proof of Service
Filed by Petitioner

**02/11/2019** RFO/MTN - Protective Order
Filed by Petitioner

**02/07/2019** Proof of Service - Mail
Filed by Petitioner

**02/07/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**02/05/2019** Fee Waiver - Order on Court Fee Waiver - Denied FW003
Filed by Petitioner

**01/31/2019** Appeal - Notice of Filing of Notice of Appeal
Filed by Petitioner

**01/30/2019** Proof of Service - Mail (for Notice of Appeal (via Overnight Delivery) )
Filed by Petitioner

**01/30/2019** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**01/30/2019** Proof of Service (Personal Service; for Notice of Appeal )
Filed by Petitioner

**01/30/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**01/28/2019** Fee Waiver - Request - Waive Court Fees - Filed FW001
Filed by Petitioner

**01/28/2019** Appeal - Notice of Appeal/Cross Appeal Filed (without Proof of Service )
Filed by Petitioner

**01/28/2019** Appeal - Self-Represented Appellant
Filed by Petitioner

**01/25/2019** RFO/MTN - Protective Order (Attorney's Fees and Cost )

Filed by Respondent

**01/25/2019** Notice - Motion (and Motion for Attorney's Fees and Costs Pursuant section 527.6 )
Filed by Respondent

**01/25/2019** Declaration (of Eric Kennedy in Support of Respondent Curtis Olson's Notice of Motion and Motion for
Attorney's Fees and Costs Pursuant to Code of Civil Procedure section 527.6 )
Filed by Respondent

**01/16/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Motion Hearing - **Denied**

**01/16/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Motion for a New Trial Hearing - **Denied**

**01/16/2019** Minute Order as Order After Hearing

**01/16/2019** Minute Order as Order After Hearing

**01/16/2019** Minute Order as Order After Hearing (Motion for New Trial )

**01/16/2019** Minute Order as Order After Hearing (Motion for Reconsideration )

**01/16/2019** Minute Order

**01/16/2019** Minute Order

**01/14/2019** Objection (Curtis Olson's Evidentiary )
Filed by Respondent

**01/14/2019** Order (Orders on Evidentiary Objections )
Filed by Respondent

**01/10/2019** Declaration (Third Supplemental Declaration of ███████████ for Reply in Support of Motion for New Trial
and Reconsideration; Exhibits 2 )
Filed by Petitioner

**01/10/2019** Declaration (Third Supplemental Declaration of ███████████ for Reply in Support of Motion for New Trial
and Reconsideration; Exhibits 1 )
Filed by Petitioner

**01/10/2019** Declaration (of Rex Harrison in Support )
Filed by Petitioner

**01/10/2019** Reply (in Support of Motion for Reconsideration; Third Supplemental Declaration of ███████████ )
Filed by Petitioner

**01/04/2019** Responsive Declaration (to Request for Order (Motion for Reconsideration) )
Filed by Respondent

**01/04/2019** Responsive Declaration (to Request for Order (Motion for New Trial) )
Filed by Respondent

**01/03/2019** Stipulation (for Schedule to File Opposition and Reply Briefs for Motion for Reconsideration and Motion for
New Trial by Petitioner ███████████ )
Filed by Respondent

**12/24/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**12/24/2018** Minute Order

**12/24/2018** Stipulation (to Reschedule Hearing Date on Motions for Reconsideration and For New Trial, and [Proposed]
Order Thereon )
Filed by Petitioner

**12/17/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**12/17/2018** Minute Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    04/04/2022    01/11/2022    08/09/2021    04/16/2021    10/23/2020    05/19/2020    12/20/2019    08/09/2019
04/16/2019    12/14/2018    05/04/2018    09/27/2017

**12/14/2018** Notice (of Errata for Motion for New Trial, Memorandum of Points and Authorities Supplemental and
Superseding Declarations of ▮▮▮▮▮▮▮▮ and Loren Marken )

**12/05/2018** RFO/MTN - Reconsideration
Filed by Petitioner

**12/05/2018** RFO/MTN - Continue (Notice of Intention to Move for New Trial )
Filed by Petitioner

**11/29/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**11/29/2018** Nunc Pro Tunc Minute Order

**11/28/2018** Substitution of Attorney
Filed by Attorney for Petitioner

**11/20/2018** Notice - Lodging
Filed by Petitioner

**11/19/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**11/19/2018** Minute Order

**11/16/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/16/2018** Minute Order

**11/16/2018** Stipulation (Receipt and Order Re Release of Civil Exhibits )
Filed by Petitioner

**11/15/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/15/2018** Minute Order

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Held - Order Made**

**11/14/2018** Order (Granting Non-Party Cristine Olson's Ex Parte Application to Quash Witness Subpoena to Cristine
Olson )
Filed by Other

**11/14/2018** Proof of Service
Filed by Other

**11/14/2018** Witness List
Filed by Petitioner

**11/14/2018** Exhibit List
Filed by Petitioner

**11/14/2018** Minute Order

**11/14/2018** Minute Order

**11/14/2018** Warrant - Bench Warrant Issued Civil (Recalled and Quashed on 11/19/2018. The requesting party failed to pay the fee to the Sheriff's Department. )

**11/14/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/13/2018** Order (Ex Parte (FL-305) )

**11/13/2018** Declaration (of Jennifer A. Mauri In Support of Ex Parte Applicatio to Quash Witness Subpoena to Christine Olson )

**11/13/2018** Declaration (of Non-Party Christine Olson in Support of Ex Parte Application to Quash Witness Subpoena )

**11/13/2018** Ex Parte - Application
Filed by Other

**10/15/2018** Subpoena (Civil Subpoena for Personal Appearance at Trial or Hearing )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Amado Merano) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (David Silver) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Robert Kilian) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Christine Olson) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (David Feder) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Elsa Monroy) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Maggie Argue) )
Filed by Petitioner

**09/06/2018** Subpoena (Civil (Kelley Patrica Hemmeter O'neil) )
Filed by Petitioner

**08/23/2018** at 8:30 AM in Department 65, Weingart, Gregory J, Presiding
Motion Hearing - **Denied**

**08/23/2018** Minute Order

**08/16/2018** Reply (in support of motion )
Filed by Respondent

**08/16/2018** Declaration (gemma karapetyan )
Filed by Respondent

**08/16/2018** Supplemental
Filed by Respondent

**08/10/2018** Responsive Declaration
Filed by Petitioner

**08/01/2018** at 8:30 AM in Department 2, Kaufman, Shelley, Presiding
Ex Parte Hearing - **Denied**

**08/01/2018** Ex Parte - Application
Filed by Petitioner

**08/01/2018** Minute Order

**08/01/2018** Memorandum - Points and Authorities (in Support of Petitioner's Ex Parte Request for Order )
Filed by Petitioner

**06/21/2018** Motion (Notice of Motion and Motion to Reopen Discovery and for Sanctions )
Filed by Respondent

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Declaration
Filed by Respondent

**06/21/2018** Proof of Service
Filed by Respondent

**05/25/2018** Notice (17smro00368 )
Filed by Respondent

**05/23/2018** Notice (related case 17smro0368 )
Filed by Respondent

**05/23/2018** Notice (related case 17smro00368 )
Filed by Respondent

**05/10/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Denied - Without Prejudice**

**05/10/2018** Minute Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/04/2022   01/11/2022   08/09/2021   04/16/2021   10/23/2020   05/19/2020   12/20/2019   08/09/2019
04/16/2019   12/14/2018   05/04/2018   09/27/2017

**05/04/2018** Supplemental (Declaration of ███████████ )
Filed by Petitioner

**04/30/2018** at 8:30 AM in Department 2, Lewis, Thomas Trent, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**04/30/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**04/30/2018** Minute Order

**04/26/2018** Miscellaneous (Notice of Unavailability of Witness Subpoenaed )
Filed by Attorney for Participant

**04/26/2018** Proof of Service (Civil Subpoena for Personal Appearance at the Trial Or Hearing )
Filed by Petitioner

**04/24/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Denied**

**04/24/2018** Ex Parte - Application (for an Order Compelling a Viewing of Surveillance Footage with an Expert, Further

Production of Business Records, and to Add Amado Merano as an Additional Protected Person; Memorandum of Points and Authorities; Declaration of Amado Merano In Support Thereof )
Filed by Petitioner

**04/24/2018** Opposition (to Petitioner's Ex Parte Application )
Filed by Other

**04/24/2018** Minute Order

**04/19/2018** Declaration (of Eric Kennedy in Support of Respondent Curtis Olson's Request for Civil Harassment Restraining Orders )
Filed by Respondent

**04/02/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Motion Hearing - **Granted - In Part**

**04/02/2018** Minute Order

**03/23/2018** Objection (Evidentiary objections to declaration of ██████████ )
Filed by Witness

**03/23/2018** Reply (To Petitioner's Opposition To Motion To Quash )
Filed by Witness

**03/22/2018** Reply (to LB Property Management Opposition to Petitioner's Motion for an Order Compelling Further Production of Business Records from LB Prpoerty Management )
Filed by Petitioner

**03/20/2018** Opposition (to Motion to Quash Petitioner's Civil Subpoena for Personal Appearance at Trial or Hearing )
Filed by Petitioner

**03/16/2018** Objection (/Evidentiary to ██████ Declaration )
Filed by Witness

**03/16/2018** Notice - Motion (to Quash Petitioner's Civil Subpoena for Personal Appearance at Trial or Hearing and Request for Atttorney's Fees, Memorandom of Points, etc.... )
Filed by Witness

**03/16/2018** Opposition (to Pet's Motion for an Order Compelling Further Production of Business Records )
Filed by Witness

**03/02/2018** Motion (For An Order Compelling Further Production Of Business Records )
Filed by Petitioner

**02/14/2018** Substitution of Attorney
Filed by Petitioner

**02/14/2018** Proof of Service (of subpoena for personal appearance )
Filed by Petitioner

**01/23/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Off Calendar - Case Settled**

**01/23/2018** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**01/23/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**01/23/2018** Minute Order

**01/23/2018** Fee Waiver - Order on Court Fee Waiver - Granted FW003
Filed by Petitioner

**01/23/2018** Fee Waiver - Request - Waive Court Fees - Filed FW001

Filed by Petitioner

**01/23/2018** Declaration - Ex Parte Notice (Notice Given)
Filed by Petitioner

**01/23/2018** Stipulation and Order
Filed by Petitioner

**01/23/2018** Ex Parte - Application
Filed by Petitioner

**01/23/2018** Proof of Service
Filed by Petitioner

**01/19/2018** Substitution of Attorney
Filed by Petitioner

**01/16/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Motion Hearing - **Off Calendar - Request of Petitioner**

**01/16/2018** Minute Order

**01/03/2018** Proof of Service (served motion for order compelling production of business records )
Filed by Petitioner

**12/08/2017** Motion (for order compelling production of business records )
Filed by Petitioner

**12/04/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Petitioner**

**12/04/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**12/04/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**12/04/2017** Minute Order

**11/08/2017** at 8:30 AM in Department F
Restraining Order Hearing - **Not Held - Continued by Stipulation**

**11/08/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/08/2017** Stipulation (to Continue Hearing )
Filed by Respondent

**11/08/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**11/08/2017** Minute Order

**10/17/2017** at 8:30 AM in Department F, Breddan, Matthew A, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**10/17/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**10/17/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**10/17/2017** Minute Order

**10/17/2017** Substitution of Attorney

Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    04/04/2022    01/11/2022    08/09/2021    04/16/2021    10/23/2020    05/19/2020    12/20/2019    08/09/2019

04/16/2019    12/14/2018    05/04/2018    09/27/2017

**09/27/2017** at 8:30 AM in Department F, Kazadi, Michelle L, Presiding

Restraining Order Hearing - **Held - Continued, TRO Reissued**

**09/27/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)

Filed by Petitioner

**09/27/2017** Request to Continue and Reissue TRO (Form 115)

Filed by Respondent

**09/27/2017** Proof of Service (served TRO )

Filed by Petitioner

**09/27/2017** Stipulation - Judge Pro Tem/Referee (Michelle Kizadi )

Filed by Petitioner

**09/26/2017** Declaration (of Curtis Olson )

Filed by Respondent

**09/26/2017** Declaration (of Dane Olson )

Filed by Respondent

**09/26/2017** Declaration (of Dylan Olson )

Filed by Respondent

**09/26/2017** Response - Civil Harassment (non-violence)

Filed by Respondent

**09/14/2017** Proof of Service

Filed by Petitioner

**09/06/2017** Notice - Court Hearing (Form 109)

Filed by Petitioner

**09/06/2017** Temporary Restraining Order (Form 110)

Filed by Petitioner

**09/06/2017** Petition - Civil Harassment (non-violence)

Filed by Petitioner

**09/06/2017** Civil Case Cover Sheet (Addendum and Statement of Location )

**09/06/2017** Declaration - Ex Parte Notice (No Notice Given)

Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    04/04/2022    01/11/2022    08/09/2021    04/16/2021    10/23/2020    05/19/2020    12/20/2019    08/09/2019

04/16/2019    12/14/2018    05/04/2018    09/27/2017

# EXHIBIT 2

EXHIBIT #-1

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  17SMRO00368
OLSON, CURTIS VS ███████ ██████

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:**  09/26/2017
**Case Type:**  Civil Harassment Prevention (General Jurisdiction)
**Status:**  Statistical Disposition 11/19/2018

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Same Party:  17SMRO00308

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

███████████ - Respondent

███████████ - Respondent (to Appeal)

HENSLEY PATRICE J. - Attorney for Respondent for Respondent (to Appeal)

HENSLEY PATRICE J. - Attorney for Respondent for Respondent

KENNEDY ERIC MICHAEL - Attorney for Petitioner for Appellant

KENNEDY ERIC MICHAEL - Attorney for Petitioner for Petitioner

L.A. DEPOSITIONS INC. - Depositor

OLSON CURTIS - Petitioner

OLSON CURTIS - Appellant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
04/24/2018

**08/22/2019** Appeal - Appendix CRC 8.124 Transcript Certified (Appellant lodged reporters transcripts wirth DCA. )

Filed by Petitioner

**06/27/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Petitioner

**06/27/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Petitioner

**06/27/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**06/17/2019** Appeal - Superior Court Appeal Filing Fee Paid
Filed by Petitioner

**06/17/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**05/01/2019** Abstract - of Judgment (rej wrong caption )
Filed by Petitioner

**05/01/2019** Writ - Execution (rej wrong caption )
Filed by Petitioner

**04/25/2019** Minute Order

**04/17/2019** Order (Granting Petitioner ████ ███████s Motion to Strike or Tax Costs of $1,718.19 )
Filed by Respondent

**04/17/2019** Order (Re Respondent Curtis Olson's Motion for Attorney's Fees and Costs Pursuant to Code of Civil
Procedure Section 527.6 )
Filed by Petitioner

**04/17/2019** Order (Striking Statement of Disqualification; Verified Answer )

**04/16/2019** Minute Order

**04/16/2019** 170.1 CCP Motion to Disqualify (Petitioner's ████ Aaonoff's Notice and Statement of Disqualification of the
Honorable Michael Convey [C.C.P. Section 170.1(a)(1)(A); C.C.P. Section 170.1 (a) (6)(A)(iii); C.C.P. Section 170.1
(a)(6)(B)] )
Filed by Respondent

**04/09/2019** Reply (in support of motion for attorney's fees; supplemental declaration of ████ ████ )
Filed by Respondent

**04/03/2019** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Opposition to Respondent's Motion for
Attorney's Fees )
Filed by Petitioner

**04/03/2019** Opposition (to Respondent's Motion for Attorney's Fees )
Filed by Petitioner

**04/03/2019** Miscellaneous (Petitioner Curtis Olson's Objections to Evidence SUbmitted in Support of Respondent's
Motion for Attorney's Fees )
Filed by Petitioner

**02/19/2019** Proof of Service
Filed by Respondent

**02/19/2019** RFO/MTN - Continue (atty fees and costs )
Filed by Respondent

**12/11/2018** Mail - Returned Mail (Minute Order on 11/19/18 & 11/29/18 Petitioner )

**11/29/2018** Nunc Pro Tunc Minute Order

**11/19/2018** Minute Order

**11/16/2018** Minute Order

**11/15/2018** Minute Order

**11/14/2018** Minute Order

**11/14/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/09/2018** Request - Judicial Notice
Filed by Petitioner

**11/09/2018** Motion (in Limine to Preclude Evidence or Witnesses Not Previously Produced or Identified; Declaration of
Gemma Karapetyan In Support Therewith )
Filed by Petitioner

**11/09/2018** Exhibit List (Amended )
Filed by Petitioner

**05/10/2018** Minute Order

**05/10/2018** Ex Parte - Application (for an Order Declaring Discovery Complete, Quashing Deposition Notices of
Respondent and Amado Moreno, and Sanctions Against Petitioner; Memorandum of Points and Authorities; Declaration
of ██████████ Declaration of Amado Moreno; Declaration of Benjamin Kanani in Support Thereof )
Filed by Respondent

**04/30/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**04/30/2018** Minute Order

**04/27/2018** Objection
Filed by Petitioner

**04/27/2018** Exhibit List
Filed by Petitioner

**04/27/2018** Witness List
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/24/2018

**04/24/2018** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Ex Parte Application to Continue the Civil
Harassment Restraining Order Hearings )
Filed by Petitioner

**04/24/2018** Minute Order

**04/24/2018** Ex Parte - Application (to Continue the Civil Harassment Restraining Order Hearings )
Filed by Petitioner

**04/19/2018** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Request for Civil Harassment Restraining
Orders )
Filed by Petitioner

**01/23/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**01/23/2018** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**01/23/2018** Minute Order

**01/19/2018** Substitution of Attorney
Filed by Respondent

**12/04/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**12/04/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Respondent

**12/04/2017** Minute Order

**11/08/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**11/08/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/08/2017** Minute Order

**10/17/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**10/17/2017** Stipulation - Judge Pro Tem/Referee
Filed by Petitioner

**10/17/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**10/17/2017** Minute Order

**10/17/2017** Substitution of Attorney
Filed by Respondent

**09/29/2017** Proof of Service
Filed by Petitioner

**09/29/2017** Proof of Service
Filed by Petitioner

**09/27/2017** Stipulation - Judge Pro Tem/Referee
Filed by Petitioner

**09/27/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**09/27/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**09/27/2017** Minute Order

**09/26/2017** Civil Case Cover Sheet (Addendum and Statement of Location )

**09/26/2017** Temporary Restraining Order (Form 110)
Filed by Petitioner

**09/26/2017** Notice - Court Hearing (Form 109)
Filed by Petitioner

**09/26/2017** Petition - Civil Harassment (non-violence)
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/24/2018

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**04/25/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/16/2019** at 1:30 PM in Department D, Convey, Michael J., Presiding
Request for Order Hearing - **Held - Order Made**

**11/29/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**11/19/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**11/16/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/15/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**05/10/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Denied - Without Prejudice**

**04/30/2018** at 8:30 AM in Department 2, Lewis, Thomas Trent, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**04/24/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Denied**

**01/23/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Non-Appearance Case Review - **Held - Continued, TRO Reissued**

**12/04/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Respondent**

**11/08/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Stipulation**

**10/17/2017** at 8:30 AM in Department F, Breddan, Matthew A, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**09/27/2017** at 8:30 AM in Department F, Kazadi, Michelle L, Presiding
Restraining Order Hearing - **Held - Continued**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

04/24/2018

**08/22/2019** Appeal - Appendix CRC 8.124 Transcript Certified (Appellant lodged reporters transcripts witrh DCA. )
Filed by Petitioner

**06/27/2019** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (Filed With Proof of Service )
Filed by Petitioner

**06/27/2019** Appeal - Reporter Appeal Transcripts Deposit Paid (TRNSCRB Fund )
Filed by Petitioner

**06/27/2019** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Petitioner

**06/17/2019** Appeal - Notice of Appeal/Cross Appeal Filed (General Appeal )
Filed by Petitioner

**06/17/2019** Appeal - Superior Court Appeal Filing Fee Paid
Filed by Petitioner

**05/01/2019** Writ - Execution (rej wrong caption )
Filed by Petitioner

**05/01/2019** Abstract - of Judgment (rej wrong caption )
Filed by Petitioner

**04/25/2019** at 8:30 AM in Department D, Convey, Michael J., Presiding
Non-Appearance Case Review - **Held - Order Made**

**04/25/2019** Minute Order

**04/17/2019** Order (Re Respondent Curtis Olson's Motion for Attorney's Fees and Costs Pursuant to Code of Civil
Procedure Section 527.6 )
Filed by Petitioner

**04/17/2019** Order (Striking Statement of Disqualification; Verified Answer )

**04/17/2019** Order (Granting Petitioner ███████████s Motion to Strike or Tax Costs of $1,718.19 )
Filed by Respondent

**04/16/2019** at 1:30 PM in Department D, Convey, Michael J., Presiding
Request for Order Hearing - **Held - Order Made**

**04/16/2019** 170.1 CCP Motion to Disqualify (Petitioner's ███████████s Notice and Statement of Disqualification of the
Honorable Michael Convey [C.C.P. Section 170.1(a)(1)(A); C.C.P. Section 170.1 (a) (6)(A)(iii); C.C.P. Section 170.1
(a)(6)(B)] )
Filed by Respondent

**04/16/2019** Minute Order

**04/09/2019** Reply (in support of motion for attorney's fees; supplemental declaration of ███████████ )
Filed by Respondent

**04/03/2019** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Opposition to Respondent's Motion for
Attorney's Fees )
Filed by Petitioner

**04/03/2019** Opposition (to Respondent's Motion for Attorney's Fees )
Filed by Petitioner

**04/03/2019** Miscellaneous (Petitioner Curtis Olson's Objections to Evidence SUbmitted in Support of Respondent's
Motion for Attorney's Fees )
Filed by Petitioner

**02/19/2019** Proof of Service
Filed by Respondent

**02/19/2019** RFO/MTN - Continue (atty fees and costs )
Filed by Respondent

**12/11/2018** Mail - Returned Mail (Minute Order on 11/19/18 & 11/29/18 Petitioner )

**11/29/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Nunc Pro Tunc Order Hearing - **Held - Order Made**

**11/29/2018** Nunc Pro Tunc Minute Order

**11/19/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**11/19/2018** Minute Order

**11/16/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/16/2018** Minute Order

**11/15/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued**

**11/15/2018** Minute Order

**11/14/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**11/14/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/14/2018** Minute Order

**11/09/2018** Exhibit List (Amended )
Filed by Petitioner

**11/09/2018** Motion (in Limine to Preclude Evidence or Witnesses Not Previously Produced or Identified; Declaration of
Gemma Karapetyan In Support Therewith )
Filed by Petitioner

**11/09/2018** Request - Judicial Notice
Filed by Petitioner

**05/10/2018** at 8:30 AM in Department D, Convey, Michael J., Presiding
Ex Parte Hearing - **Denied - Without Prejudice**

**05/10/2018** Ex Parte - Application (for an Order Declaring Discovery Complete, Quashing Deposition Notices of
Respondent and Amado Moreno, and Sanctions Against Petitioner; Memorandum of Points and Authorities; Declaration
of ██████████ Declaration of Amado Moreno; Declaration of Benjamin Kanani in Support Thereof )
Filed by Respondent

**05/10/2018** Minute Order

**04/30/2018** at 8:30 AM in Department 2, Lewis, Thomas Trent, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**04/30/2018** Minute Order

**04/30/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**04/27/2018** Witness List
Filed by Petitioner

LASC - Case Access         https://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 2:21-cv-09747-SB-PD  Document 38-1  Filed 06/27/22  Page 74 of 123  Page ID #:835

**04/27/2018** Exhibit List
Filed by Petitioner

**04/27/2018** Objection
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 04/24/2018

**04/24/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Ex Parte Hearing - **Denied**

**04/24/2018** Minute Order

**04/24/2018** Ex Parte - Application (to Continue the Civil Harassment Restraining Order Hearings )
Filed by Petitioner

**04/24/2018** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Ex Parte Application to Continue the Civil
Harassment Restraining Order Hearings )
Filed by Petitioner

**04/19/2018** Declaration (of Eric Kennedy in Support of Petitioner Curtis Olson's Request for Civil Harassment Restraining
Orders )
Filed by Petitioner

**01/23/2018** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Non-Appearance Case Review - **Held - Continued, TRO Reissued**

**01/23/2018** Minute Order

**01/23/2018** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**01/23/2018** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**01/19/2018** Substitution of Attorney
Filed by Respondent

**12/04/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Respondent**

**12/04/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Respondent

**12/04/2017** Minute Order

**12/04/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**11/08/2017** at 8:30 AM in Department F, Goldberg, Hank M., Presiding
Restraining Order Hearing - **Not Held - Continued by Stipulation**

**11/08/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**11/08/2017** Minute Order

**11/08/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**10/17/2017** at 8:30 AM in Department F, Breddan, Matthew A, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**10/17/2017** Stipulation - Judge Pro Tem/Referee

Filed by Petitioner

**10/17/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**10/17/2017** Minute Order

**10/17/2017** Substitution of Attorney
Filed by Respondent

**10/17/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Respondent

**09/29/2017** Proof of Service
Filed by Petitioner

**09/29/2017** Proof of Service
Filed by Petitioner

**09/27/2017** at 8:30 AM in Department F, Kazadi, Michelle L, Presiding
Restraining Order Hearing - **Held - Continued**

**09/27/2017** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**09/27/2017** Minute Order

**09/27/2017** Stipulation - Judge Pro Tem/Referee
Filed by Petitioner

**09/27/2017** Request to Continue and Reissue TRO (Form 115)
Filed by Petitioner

**09/26/2017** Civil Case Cover Sheet (Addendum and Statement of Location )

**09/26/2017** Temporary Restraining Order (Form 110)
Filed by Petitioner

**09/26/2017** Notice - Court Hearing (Form 109)
Filed by Petitioner

**09/26/2017** Petition - Civil Harassment (non-violence)
Filed by Petitioner

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/24/2018

# EXHIBIT 3

EXHIBIT #-1

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV46503
CURTIS R. OLSON VS ███████████

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 12/23/2019
**Case Type:** Fraud (no contract) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**08/03/2022** at 2:00 PM in Department 50 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Quash Service of Summons

**10/11/2022** at 10:00 AM in Department 50 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Quash SERVICE OF SUMMONS; TO DISMISS ON THE GROUNDS OF AN INCONVENIENT FORUM; OR IN THE ALTERNATIVE FOR A STAY OF ENTIRE ACTION

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
A - O   S - T

███████████ AN INDIVIDUAL AND AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 - Appellant

███████████ AN INDIVIDUAL AND AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 - Defendant

███████████ AN INDIVIDUAL AND AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 - Appellant

ARROLIGA MILDER AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE JANUARY 1 2012 - Appellant

ARROLIGA MILDER AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE JANUARY 1 2012 - Defendant

DOE JOHN - Appellant

DOE JOHN - Appellant

HERMAN JOCELINE - Attorney for Defendant

JOHN WALKOWIAK AS THE TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 - Appellant

JOHN WALKOWIAK AS THE TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 -

Appellant

JOHN WALKOWIAK AS THE TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012 -
Defendant

KENNEDY ERIC - Attorney for Plaintiff

MARTINEZ LAW GROUP P.C. - Respondent

MARTINEZ LAW GROUP P.C. - Defendant

MARTINEZ LAW GROUP P.C. - Appellant

MARTINEZ-SENFTNER GLORIA P. - Defendant

MARTINEZ-SENFTNER GLORIA P. - Appellant

MARTINEZ-SENFTNER GLORIA P. - Respondent

MILNES ASHLEY L. - Attorney for Plaintiff

OLSON CURTIS R. - Respondent

OLSON CURTIS R. - Respondent

OLSON CURTIS R. - Plaintiff

OLSON CURTIS R. - Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   A - O   S - T

SOBEL G SCOTT - Attorney for Defendant

THE ANCIENT TEMPLE OF WINGS - Respondent

THE ANCIENT TEMPLE OF WINGS - Appellant

THE ANCIENT TEMPLE OF WINGS - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   A - O   S - T


## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

### Documents Filed (Filing dates listed in descending order)
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**06/21/2022** Appeal - Notice of Filing of Notice of Appeal ("U")
Filed by Clerk

**06/13/2022** Appeal - Notice of Appeal/Cross Appeal Filed ("U" appeal)
Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**06/06/2022** Notice of Ruling (RE ORDER TO SHOW CAUSE RE DEFAULT AND CONTINUANCE OF DEFAULT
HEARING TO JUNE 20, 2022)
Filed by CURTIS R. OLSON (Plaintiff)

**06/02/2022** Amended Notice of Entry of Judgment or Order
Filed by CURTIS R. OLSON (Plaintiff)

**06/01/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/19/2022** Notice of Ruling (ON PLAINTIFF CURTIS R. OLSON?S MOTION FOR STATUTORY ATTORNEYS? FEES
UNDER C.C.P. ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/17/2022** Ore re: Plaintiff's Motion for Statutory Attorneys' Fees Under CCP Section 425.16
Filed by Clerk

**05/17/2022** Minute Order ( (Hearing on Motion for Attorney Fees))
Filed by Clerk

**05/12/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/11/2022** Certificate of Mailing for ((Court Order) of 05/11/2022)
Filed by Clerk

**05/11/2022** Minute Order ( (Court Order))
Filed by Clerk

**05/06/2022** Opposition (PLAINTIFFS COMBINED OPPOSITION TO: 1. DEFENDANT ANCIENT TEMPLE OF WINGSS
MOTION TO SET ASIDE ENTRY OF DEFAULT 2. DEFENDANT ARROLIGAS MOTION TO SET ASIDE ENTRY OF
DEFAULT DECLARATION OF ERIC KENNEDY)
Filed by CURTIS R. OLSON (Plaintiff)

**05/04/2022** Supplemental Declaration (OF ERIC KENNEDY IN SUPPORT OF CURTIS OLSON'S MOTION FOR
STATUTORY ATTORNEYS' FEES UNDER C.C.P. SEC. 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**05/04/2022** Notice of Ruling (1. APRIL 28, 2022 HEARING ON MOTION FOR ATTORNEY FEES; 2. APRIL 28, 2022
CASE MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**04/28/2022** Order re: Plaintiff's Motion for Statutory Attorneys' Fees Under CCP 425.16
Filed by Clerk

**04/28/2022** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**04/28/2022** Minute Order ( (Hearing on Motion for Attorney Fees; Case Management Conference))
Filed by Clerk

**04/28/2022** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**04/28/2022** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**04/28/2022** Notice of Limited Scope Representation
Filed by ███████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**04/27/2022** Notice of Ruling

Filed by CURTIS R. OLSON (Plaintiff)

**04/21/2022** Minute Order ( (Hearing on Ex Parte Application for Order Shortening Notice ...))
Filed by Clerk

**04/14/2022** Minute Order ( (Hearing on Ex Parte Application for Order Shortening Notice ...))
Filed by Clerk

**04/13/2022** Motion to Set Aside/Vacate Default
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**04/13/2022** Motion to Set Aside/Vacate Default
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/13/2022** Motion to Quash Service of Summons
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/13/2022** Motion to Quash Service of Summons
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**04/13/2022** Ex Parte Application (Ex Parte for Order Shortening Notice and Advancing hearing dates on Motions)
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/08/2022** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**03/21/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/21/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/17/2022** Proof of Service (not Summons and Complaint)
Filed by ████ ██████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**03/17/2022** Case Management Statement
Filed by ████ ██████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE
JANUARY 1, 2012 (Defendant); THE ANCIENT TEMPLE OF WINGS, (Defend

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP 03/16/2022 11/05/2021 07/20/2021 01/21/2021 09/17/2020 06/15/2020 02/19/2020

**03/16/2022** Case Management Statement
Filed by CURTIS R. OLSON (Plaintiff)

**03/16/2022** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**03/11/2022** Notice of Ruling
Filed by ████ ██████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**03/04/2022** Order re: Motion to Vacate, Modify, Set Aside, or Reconsider the Court's July 23, 2021 Order re: Defendants'
Special Motions to Strike
Filed by Clerk

**03/04/2022** Order re: Motion to Set Aside Entry of Default and to Quash Service of Summons; Motion to Set Aside Entry
of Default; to Quash Service of Summons; to Dismiss on the Grounds of an Inconvenient Forum or Stay Entire Action
Filed by Clerk

**03/04/2022** Minute Order ( (Hearing on Motion to Set Aside/Vacate Default and Default Jud...))
Filed by Clerk

**02/28/2022** Objection (TO OPPOSITION EXHIBIT C RE: MOTIONS TO VACATE ENTRY OF JUDGMENT)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**02/28/2022** Reply (RE: MOTIONS TO VACATE ENTRY OF JUDGMENT; DECLARATION OF MILDER ARROLIGA)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**02/25/2022** Declaration (OF V█████████ IN SUPPORT OF MOTION TO VACATE, MODIFY, SET ASIDE, OR
RECONSIDER THE COURTS JULY 23 2021 ORDER)
Filed by ██████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**02/25/2022** Memorandum of Points & Authorities (IN SUPPORT OF MOTION TO VACATE, MODIFY, SET ASIDE, OR
RECONSIDER THE COURT?S JULY 23, 2021 ORDER)
Filed by ██████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**02/23/2022** Opposition (PLAINTIFFS SUPPLEMENTAL OPPOSITION TO MOTION TO VACATE, MODIFY, SET ASIDE,
OR RECONSIDER)
Filed by CURTIS R. OLSON (Plaintiff)

**02/23/2022** Opposition (PLAINTIFFS COMBINED OPPOSITION TO: 1. MOTION TO QUASH SERVICE OF SUMMONS;
TO DISMISS ON THE GROUNDS OF AN INCONVENIENT FORUM; OR IN THE ALTERNATIVE FOR A STAY OF
ENTIRE ACTION; 2. MOTION TO SET ASIDE ENTRY OF DEFAULT AND TO QUASH SERVICE OF)
Filed by CURTIS R. OLSON (Plaintiff)

**02/01/2022** Order re: Motion to Vacate, Modify, Set Aside, or Reconsider the Court's July 23, 2021 Order re: Defendants'
Special Motions to Strike (Anti-SLAPP)
Filed by Clerk

**02/01/2022** Certificate of Mailing for ((Hearing on Motion to Vacate MODIFY, SET ASIDE, OR RECONSIDER ...) of
02/01/2022)
Filed by Clerk

**02/01/2022** Minute Order ( (Hearing on Motion to Vacate MODIFY, SET ASIDE, OR RECONSIDER ...))
Filed by Clerk

**02/01/2022** Notice of Ruling (1. FEBRUARY 1, 2022 HEARING ON MOTION TO VACATE, OR RECONSIDER THE
COURT?S JULY 23, 2021 ORDER RE: DEFENDANTS? SPECIAL MOTION TO STRIKE (ANTI-SLAPP))
Filed by CURTIS R. OLSON (Plaintiff)

**01/31/2022** Stipulation and Order (STIPULATION OF PARTIES TO CONTINUE FEBRUARY 4, 2022 MOTION HEARING
TO MARCH 4, 2022;ORDER RE; SAME AND RE: OSC)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**01/28/2022** Appeal Record Delivered (APPEALS FILED 9-10-21, 9-15-21 & 9-21-21)
Filed by Clerk

**01/24/2022** Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified (3 VOLUMES NOA'S 9/10/21, 9/15/21, 9/21/21)

**01/19/2022** Opposition (to Motion to Vacate, Modify, Set Aside, or Reconsider)
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Declaration (of Eric Kennedy ISO Opposition to Motion to Vacate, Modify, Set Aside, or Reconsider)
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Proof of Service by Mail
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Proof of Service (not Summons and Complaint) (SUPPLEMENTAL)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Summary of the Case
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Declaration (Declaration of Eric Kennedy in Support of Entry of a Several Judgment After Default as to
Defendants Milder Arroliga, as Trustee of the Atw Trust, With An Effective Date of January 1, 2012; the Ancient Temple of
Wings, and John Walkowiak, as Trustee of th)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Request for Entry of Default / Judgment
Filed by CURTIS R. OLSON (Plaintiff)

**01/06/2022** Motion to Set Aside/Vacate Default and / or Default Judgment
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**01/05/2022** Motion to Set Aside/Vacate Default and / or Default Judgment
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**12/15/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 9/10/21, 9/15/21"R", 9/21/21 "R1")
Filed by Clerk

**12/13/2021** Notice of Ruling
Filed by CURTIS R. OLSON (Plaintiff)

**11/29/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/17/2021** Order (Continuing Case Management Conference)
Filed by Clerk

**11/17/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/17/2021** Notice (OF RULING AFTER CASE MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**11/16/2021** Notice: Waiver of Court Fees (Superior Court)
Filed by Clerk

**11/08/2021** Notice (NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF CURTIS OLSON)
Filed by CURTIS R. OLSON (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**11/05/2021** Motion to Quash Service of Summons
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**11/04/2021** Request for Entry of Default / Judgment
Filed by CURTIS R. OLSON (Plaintiff)

**11/04/2021** Motion to Quash Service of Summons
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**11/04/2021** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**11/03/2021** Declaration (OF ERIC KENNEDY REGARDING UNAVAILABILITY OF COUNSEL FOR CASE
MANAGEMENT CONFERENCE AND REQUEST FOR CONTINUANCE)
Filed by CURTIS R. OLSON (Plaintiff)

**11/03/2021** Notice of Ruling
Filed by CURTIS R. OLSON (Plaintiff)

**11/03/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/02/2021** Case Management Statement
Filed by ██████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**11/02/2021** Notice (NOTICE OF CASE MANAGEMENT CONFERENCE TIME CHANGE FROM 10:00 A.M. TO 8:30
.AM.)
Filed by CURTIS R. OLSON (Plaintiff)

**10/18/2021** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**10/13/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (NOA 9/15/21 "R")
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**10/13/2021** Appeal - Notice of Default Issued ("R" NOA 9/15/21)
Filed by Clerk

**10/01/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (for "R1" Appeal)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**10/01/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103
Filed by ██████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**09/28/2021** Appeal - Notice of Filing of Notice of Appeal ("R1")
Filed by Clerk

**09/28/2021** Appeal - Notice of Filing of Notice of Appeal ("R")
Filed by Clerk

**09/21/2021** Appeal - Notice of Appeal/Cross Appeal Filed ("R1")
Filed by GLORIA P. MARTINEZ-SENFTNER (Appellant); MARTINEZ LAW GROUP, P.C., (Appellant); John Walkowiak ,
as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**09/21/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF RESPONDENT CURTIS OLSONS MOTION FOR
STATUTORY ATTORNEYS FEES UNDER C.C.P. 425.16; EXHIBITS A-C)
Filed by CURTIS R. OLSON (Plaintiff)

**09/21/2021** Motion for Attorney Fees
Filed by CURTIS R. OLSON (Plaintiff)

**09/17/2021** Notice (OF ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE FOR NOVEMBER 3,
2021 AT 10:AM)
Filed by CURTIS R. OLSON (Plaintiff)

**09/15/2021** Appeal - Notice of Appeal/Cross Appeal Filed ("R" Appeal)
Filed by THE ANCIENT TEMPLE OF WINGS, (Appellant); John Doe (Appellant); MILDER, ARROLIGA, as trustee of the
ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012 (Appellant) et al.

**09/14/2021** Appeal - Notice of Filing of Notice of Appeal

Filed by Clerk

**09/13/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**09/10/2021** Appeal - Notice of Appeal/Cross Appeal Filed
Filed by ████████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**09/09/2021** Case Management Statement
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**09/09/2021** Case Management Statement
Filed by ████████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/30/2021** Case Management Statement
Filed by CURTIS R. OLSON (Plaintiff)

**08/27/2021** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/02/2021** Proof of Service (not Summons and Complaint)
Filed by ████████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/02/2021** Notice of Motion (to Vacate, Modify, Set Aside or Reconsider the Courts July 23, 2021 Order)
Filed by ████████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**07/30/2021** Notice (OF ENTRY OF ORDER RE: DEFENDANTS SPECIAL MOTIONS TO STRIKE PURSUANT TO
CALIFORNIAS ANTI-SLAPP STATUTE)
Filed by CURTIS R. OLSON (Plaintiff)

**07/23/2021** Order Re: Defendants' Special Motion to Strike Plaintiff's Second Amended Complaint Pursuant to
California's Anti-Slapp Statute
Filed by Clerk

**07/23/2021** Minute Order ( (Case Management Conference; Hearing on Special Motion to Stri...))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**07/20/2021** Supplemental Declaration   ██████████IN REPLY TO PLAINTIFF BRIEF ON COTTON AND TIMING)
Filed by ████████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**06/22/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF SUPPLEMENTAL BRIEF)
Filed by CURTIS R. OLSON (Plaintiff)

**06/22/2021** Brief (FEDERAL INSURANCE COMPANY, an Indiana corporation)
Filed by CURTIS R. OLSON (Plaintiff)

**06/21/2021** Notice (NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF CURTIS OLSON)
Filed by CURTIS R. OLSON (Plaintiff)

**06/14/2021** Declaration (Declaration of ██████████ in Support of Defendants' Brief re Anti-SLAPP)
Filed by ████████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**06/10/2021** Brief (DEFENDANTS? BRIEF ON JKC38H v COTTON AND TIMING ISSUE RE: MOTIONS TO STRIKE
(ANTI- SLAPP); DECLARATION PURSUANT TO C.C.P. 473)

Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/28/2021** Notice (RE WITHDRAWAL OF PLAINTIFF?S EVIDENTIARY OBJECTIONS TO DECLARATIONS OF █
██████████ AND GLORIA MARTINEZ-SENFTNER IN SUPPORT OF SPECIAL MOTIONS TO STRIKE FIRST
AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**05/26/2021** Certificate of Mailing for ([Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...)])
Filed by Clerk

**05/25/2021** Order (Re: Defendant's Special Motion to Strike Plaintiff's Second Amended Complaint Pursuant to
California's Anti-Slapp Statute)
Filed by Clerk

**05/25/2021** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Mabel Hayek, CSR #11815)
Filed by Clerk

**05/25/2021** Minute Order ( (Hearing on Special Motion to Strike under CCP Section 425.16 ...))
Filed by Clerk

**05/25/2021** Declaration (OF DEFENDANT ██ ████████████ RE: NON-SERVICE OF COMPLAINT AND EXTENSION
GRANTED THROUGH MAY 8, 2020)
Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/24/2021** Supplemental Declaration (OF ERIC M. KENNEDY REGARDING HISTORY OF ANTI-SLAPP MOTIONS,
OR ALTERNATIVELY, FOR RELIEF UNDER CODE CIV. PROC., 473)
Filed by CURTIS R. OLSON (Plaintiff)

**05/19/2021** Reply (RE: SPECIAL MOTION TO STRIKE)
Filed by ███████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/19/2021** Notice of Limited Scope Representation
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**05/19/2021** Reply (Re: Special Motion to Strike)
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/12/2021** Objection (Plaintiff's Evidentiary Objections to Declaration o█ ████████ ISO Special Motion to Strike)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Objection (Plaintiff's Evidentiary Objections to Declaration of Gloria Martinez-Senftner)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS
SPECIAL MOTION TO STRIKE SECOND AMENDED COMPLAINT UNDER CODE CIV. PROC., 425.16; Exhibits 1-4)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Opposition (TO DEFENDANTS SPECIAL MOTION TO STRIKE SECOND AMENDED COMPLAINT UNDER
CODE CIV. PROC., 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**04/06/2021** Order (Ruling of 4/6/21)
Filed by Clerk

**04/06/2021** Minute Order ( (Hearing on Motion - Other MOTION FOR EXTENSION OF TIME TO ANSWER))
Filed by Clerk

**02/25/2021** Motion re: (Amended Notice of Motion and Motion For Extension of Time to Answer)

Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/24/2021** Notice of Joinder (Name Extension) (Specially Appearing Defendant Walkowiak's Notice of Joinder and Joinder in Defendants Motion to Strike Complaints pursuant to Code of Civil Procedure Section 425.16)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/18/2021** Notice (Objection to Olson's Notice and Alternative Submission of Notice of Order Re Defendant Walkowiak's Motion to Quash Service of Summons)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/08/2021** Notice (NOTICE OF RULING RE DEFENDANT WALKOWIAK'S MOTION TO QUASH SERVICE OF SUMMONS)
Filed by CURTIS R. OLSON (Plaintiff)

**02/05/2021** Order (RE: MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION)
Filed by Clerk

**02/05/2021** Stipulation and Order to use Certified Shorthand Reporter
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/05/2021** Minute Order ( (Hearing on Motion to Quash Service of Summons))
Filed by Clerk

**01/29/2021** Reply (Memorandum in Support to Motion to Quash Service of Summons for Lack of Jurisdiction)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**01/27/2021** Certificate of Mailing for ((Court Order Stipulation And Order Continuing Hearing Of Speci...) of 01/27/2021, Stipulation and Order Continuing Hearing Of Special Motion To Strike From 1/28/21 to 5/25/21)
Filed by Clerk

**01/27/2021** Minute Order ( (Court Order Stipulation And Order Continuing Hearing Of Speci...))
Filed by Clerk

**01/25/2021** Opposition (OPPOSITION TO MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION BROUGHT BY DEFENDANT JOHN WALKOWIAK, AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012; DECLARATION OF ASHLEY L. MILNES IN SUPPORT THEREOF)
Filed by CURTIS R. OLSON (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**01/21/2021** Stipulation and Order (CONTINUING HEARING OF SPECIAL MOTION TO STRIKE FROM 1/28/21 TO 5/25/21)
Filed by ██████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**01/14/2021** Opposition (TO DEFENDANTS? SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT UNDER CODE CIV. PROC., ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Objection (TO DECLARATION OF GLORIA MARTINEZ-SENFTNER)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO DEFENDANTS? SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT UNDER CODE CIV. PROC., ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Objection (TO DECLARATION OF ██ ████████)
Filed by CURTIS R. OLSON (Plaintiff)

**12/21/2020** Declaration (OF GLORIA MARTINEZSENFTNER)
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF

JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Memorandum of Points & Authorities

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Request for Judicial Notice

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Declaration (OF █ ███████ IN SUPPORT OF SPECIAL MOTION TO STRIKE)

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion)

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Answer

Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**12/02/2020** Order (re Motion for Reconsideration)

**12/02/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**12/01/2020** Minute Order ( (Hearing on Motion for Reconsideration))

Filed by Clerk

**11/17/2020** Amended Complaint ( (2nd))

Filed by CURTIS R. OLSON (Plaintiff)

**10/30/2020** Notice (OF RULING RE DEMURRER TO FIRST AMENDED COMPLAINT)

Filed by CURTIS R. OLSON (Plaintiff)

**10/28/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**10/28/2020** Order (Demurrer to FAC)

**10/28/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike))

Filed by Clerk

**10/27/2020** Notice (Continuance of Mtn for Reconsideration)

Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/27/2020** Order (re Motion for Reconsideration)

**10/26/2020** Certificate of Mailing for ((Hearing on Motion for Reconsideration) of 10/26/2020)

Filed by Clerk

**10/26/2020** Minute Order ( (Hearing on Motion for Reconsideration))

Filed by Clerk

**10/26/2020** Notice of Ruling

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/23/2020** Notice (of Errata and/or Amendment to Defendant ███████s Reply Demurrer of First Amended Complaint)

Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/21/2020** Reply (DEFENDANT ██████████S REPLY DEMURRER OF FIRST AMENDED COMPLAINT AND
DECLARATION OF ██████████ IN SUPPORT THEREOF.)
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/19/2020** Reply (DEFENDANTS? REPLY RE: MOTION FOR RECONSIDERATION AND DISMISSAL; REQUEST FOR
RELIEF PER CCP ¿ 473(a)(1); DECLARATIONS)
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/15/2020** Declaration (OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
██████████S DEMURRER)
Filed by CURTIS R. OLSON (Plaintiff)

**10/15/2020** Opposition (PLAINTIFF'S OPPOSITION TO DEFENDANT ██████████S DEMURRER TO FIRST
AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**10/13/2020** Declaration (DECLARATION OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO
MOTION FOR RECONSIDERATION)
Filed by CURTIS R. OLSON (Plaintiff)

**10/13/2020** Opposition (PLAINTIFF'S OPPOSITION TO MOTION FOR RECONSIDERATION)
Filed by CURTIS R. OLSON (Plaintiff)

**10/06/2020** Motion to Quash Service of Summons
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**10/02/2020** Motion for Reconsideration
Filed by ███████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/24/2020** Order (Ruling)
Filed by Clerk

**09/24/2020** Minute Order ( (Hearing on Motion - Other Stay Proceedings Pending Appeal; Ca...))
Filed by Clerk

**09/22/2020** Demurrer - without Motion to Strike
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/18/2020** Reply (RE: MOTION TO STAY PROCEEDINGS)
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**09/17/2020** Certificate of Mailing for ((Court Order) of 09/17/2020)
Filed by Clerk

**09/17/2020** Minute Order ( (Court Order))
Filed by Clerk

**09/16/2020** Request for Judicial Notice (IN SUPPPORT OF DEFENDANT'S DEMURRERS.)
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/16/2020** Certificate of Mailing for ((Case Management Conference) of 09/16/2020)
Filed by Clerk

**09/16/2020** Minute Order ( (Case Management Conference))
Filed by Clerk

**09/15/2020** Request for Judicial Notice
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by MARTINEZ LAW GROUP, P.C., (Defendant)

**09/14/2020** Memorandum of Points & Authorities
Filed by ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Proof of Service by Mail
Filed by ████████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Declaration (of ████████ in Support of Special Motion)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Declaration (of Gloria Martinez in Support of Special Motion)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by ████████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/11/2020** Request for Judicial Notice
Filed by CURTIS R. OLSON (Plaintiff)

**09/11/2020** Declaration (OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING APPEAL)
Filed by CURTIS R. OLSON (Plaintiff)

**09/11/2020** Opposition (PLAINTIFF?S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING APPEAL)
Filed by CURTIS R. OLSON (Plaintiff)

**09/03/2020** Motion for Stay of Proceedings (Pending Appeal)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/01/2020** Notice (of Order)
Filed by ████████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/01/2020** Certificate of Mailing for ([Order on Court Fee Waiver (Superior Court)])
Filed by Clerk

**09/01/2020** Certificate of Mailing for ((Court Order) of 09/01/2020)
Filed by Clerk

**09/01/2020** Minute Order ( (Court Order))
Filed by Clerk

**09/01/2020** Order on Court Fee Waiver (Superior Court)

Filed by Clerk

**08/31/2020** Answer
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/28/2020** Request for Judicial Notice
Filed by ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/27/2020** Stipulation and Order (Stip to Switch Hearing Dates)
Filed by ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/26/2020** Proof of Service (not Summons and Complaint)
Filed by ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by MARTINEZ LAW GROUP, P.C., (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/24/2020** Certificate of Mailing for ((Nunc Pro Tunc Order) of 08/24/2020)
Filed by Clerk

**08/24/2020** Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

**08/19/2020** Order (re Motion to Quash Service of Summons)

**08/19/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**08/19/2020** Case Management Order
Filed by Clerk

**08/19/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike; Hearing on Mo...))
Filed by Clerk

**08/19/2020** Notice (of Cont'd CMC and Notice of Adjusted Hour Re Def ███████s Special Motion To Strike)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/19/2020** Reply (SUPPLEMENTAL CHALLENGE TO JURISDICTION; MEMORANDUM OF POINTS AND
AUTHORITIES)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**08/18/2020** Declaration (of Demurring or Moving Party Regarding Meet and Confer)
Filed by ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/18/2020** Declaration (Declaration of Demurring or Moving Party Regarding Meet and Confer)
Filed by ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/18/2020** Supplemental Declaration (of John Walkowiak and Brendon Lee O'Connell in Support of Motion to Quash
Service of Summons for Lack of Jurisdiction)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**08/18/2020** Notice of Posting of Jury Fees

Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/17/2020** Reply (Defendant ███████'s Reply in Support of Demurrer to Complaint and Notice of Non-Opposition by Plaintiff; Decls. ███████ and Titus Fotso)

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/13/2020** Case Management Statement

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/06/2020** Case Management Statement

Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/04/2020** Case Management Statement

Filed by CURTIS R. OLSON (Plaintiff)

**07/15/2020** Notice (of: (1) Order Granting Plaintiff's Motion for Leave to File First Amended Complaint; and (2) Case Management Conference)

Filed by CURTIS R. OLSON (Plaintiff)

**07/15/2020** Amended Complaint ( (1st))

Filed by CURTIS R. OLSON (Plaintiff)

**07/13/2020** Order (Motion for Leave to file FAC)

**07/13/2020** Notice of Case Management Conference

Filed by Clerk

**07/13/2020** Minute Order ( (Hearing on Motion for Leave to Amend First Amended Complaint))

Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**06/15/2020** Certificate of Mailing for ((Court Order) of 06/15/2020)

Filed by Clerk

**06/15/2020** Minute Order ( (Court Order))

Filed by Clerk

**06/02/2020** Notice (DEFENDANT'S AMENDED NOTICE OF HEARING ON DEMURRER TO COMPLAINT)

Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**06/02/2020** Notice (Defendant's Amended Notice Hearing Special Motion to Strike CCP 425.16 (anti-SLAPP))

Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/19/2020** Notice (of Errata Regarding Demurrer)

Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/18/2020** Notice (of Errata Regarding Demurrer)

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/18/2020** Notice (of Errata/Amended Notice of Motion & Special Motion to Strike CCP 425.16)

Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

LASC - Case Access        https://www.lacourt.org/casesummary/ui/popupCaseSummary.aspx

Case 2:21-cv-09747-SB-PD  Document 38-1  Filed 06/27/22  Page 92 of 123  Page ID #:853

**05/18/2020** Certificate of Mailing for ((Court Order) of 05/18/2020)
Filed by Clerk

**05/18/2020** Minute Order ( (Court Order))
Filed by Clerk

**05/11/2020** Request for Judicial Notice (In support od Defendant's Demurrer and Defendant's Special Motion to Strike
Under Cal. Civ. Proc section 426.15 Vol. II Exhibits G-J)
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/11/2020** Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion)
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/11/2020** Proof of Service (not Summons and Complaint)
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/11/2020** Request for Judicial Notice
Filed by ███████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/08/2020** Demurrer - with Motion to Strike (CCP 430.10)
Filed by ███████ ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**05/08/2020** Notice of Motion ((1) DEFENDANT ███████████?S NOTICE OF DEMURRER AND DEMURRER; (2)
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;)
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**04/28/2020** Notice of Change of Address or Other Contact Information
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**04/28/2020** Notice of Related Case
Filed by ███████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**04/28/2020** Notice (OF ORDER CONTINUING HEARING ON PLAITIFF'S MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**04/23/2020** Certificate of Mailing for ((Court Order) of 04/23/2020)
Filed by Clerk

**04/23/2020** Minute Order ( (Court Order))
Filed by Clerk

**04/22/2020** Notice (OF NON-OPPOSITION TO PLAINTIFF?S MOTION TO FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**04/20/2020** Notice (of Order Denying Peremptory Challenge Filed by Defendant John Walkowiak, as Trustee of the ATW
Trust an Effective Date of January 1, 2020)
Filed by CURTIS R. OLSON (Plaintiff)

**04/10/2020** Certificate of Mailing for ((Court Order) of 04/10/2020)
Filed by Clerk

**04/10/2020** Minute Order ( (Court Order))

Filed by Clerk

**04/07/2020** Request for Judicial Notice
Filed by CURTIS R. OLSON (Plaintiff)

**04/07/2020** Declaration (of Eric Kennedy In Support of Plaintiff?s Motion For Leave To File First Amended Complaint)
Filed by CURTIS R. OLSON (Plaintiff)

**04/07/2020** Motion for Leave (to File First Amended Complaint; Memorandum Of Points And Authorities In Support)
Filed by CURTIS R. OLSON (Plaintiff)

**03/30/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**03/16/2020** Minute Order ( (Hearing on Motion to Quash Service of Summons))
Filed by Clerk

**03/13/2020** Certificate of Mailing for ((Court Order re: Defendants' Peremptory Challenge Pursuant to ...) of 03/13/2020)
Filed by Clerk

**03/13/2020** Minute Order ( (Court Order re: Defendants' Peremptory Challenge Pursuant to ...))
Filed by Clerk

**03/12/2020** Challenge To Judicial Officer - Peremptory (170.6) (Against Judge: Susan Bryant-Deason)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**03/09/2020** Declaration (of Demurring or Movi9ng Party Regarding Meet and Confer)
Filed by ▓▓▓▓▓ ▓▓▓▓▓▓▓▓dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**03/09/2020** Reply (Memorandum in Support of Motion to Quash)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**03/03/2020** Declaration (of Ashley L. Milnes in Support Of Opposition to Motion to Quash Service of Summons for Lack
of Jurisdiction Brought by Defendant John Walkowiak, as Trustee of The ATW Trust With An Effective Date of January 1,
2012)
Filed by CURTIS R. OLSON (Plaintiff)

**03/03/2020** Opposition ( to Motion to Quash Service of Summons for Lack of Jurisdiction Brought by Defendant John
Walkowiak, as Trustee of The ATW Trust With An Effective Date of January 1, 2012; Declaration of Ashley L. Milnes in
Support Thereof)
Filed by CURTIS R. OLSON (Plaintiff)

**03/02/2020** Answer
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**02/27/2020** Certificate of Mailing for ((Court Order re: Peremptory Challenge To Judicial Officer Purs...) of 02/27/2020)
Filed by Clerk

**02/27/2020** Minute Order ( (Court Order re: Peremptory Challenge To Judicial Officer Purs...))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

**02/19/2020** Certificate of Mailing for ((Nunc Pro Tunc Order) of 02/19/2020)
Filed by Clerk

**02/19/2020** Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

**02/14/2020** Challenge To Judicial Officer - Peremptory (170.6) (Against Judge: Susan Bryant-Deason)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/14/2020** Motion to Quash Service of Summons
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/14/2020** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**02/11/2020** Notice ( of Case Management Conference)
Filed by CURTIS R. OLSON (Plaintiff)

**02/11/2020** Proof of Service (not Summons and Complaint) (SUPPLEMENTAL)
Filed by CURTIS R. OLSON (Plaintiff)

**02/05/2020** Notice of Case Management Conference
Filed by Clerk

**02/04/2020** Notice ( of Case Reassignment and Order for Plaintiff to Give Notice (Vacate Dates))
Filed by CURTIS R. OLSON (Plaintiff)

**01/30/2020** Certificate of Mailing for ((Court Order) of 01/30/2020)
Filed by Clerk

**01/30/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**01/30/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/28/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/27/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by ███████  ███████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**01/27/2020** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**01/15/2020** Notice (OF (1) CASE REASSIGNMENT; (2) ORDER TO SHOW CAUSE HEARING; AND (3) CASE
MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**01/15/2020** Proof of Service by Mail
Filed by CURTIS R. OLSON (Plaintiff)

**01/15/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Amendment to Complaint (Fictitious/Incorrect Name)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2020** Certificate of Mailing for ((Plaintiff Olson's Peremptory Challenge Against the Honorable ...) of 01/07/2020)
Filed by Clerk

**01/07/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**01/07/2020** Minute Order ( (Plaintiff Olson's Peremptory Challenge Against the Honorable ...))
Filed by Clerk

**01/07/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2020** Notice of Case Management Conference
Filed by Clerk

**01/07/2020** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**01/02/2020** Notice (Of Pendency Of Action)
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**12/23/2019** Civil Case Cover Sheet
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Summons (on Complaint)
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Complaint
Filed by CURTIS R. OLSON (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   03/16/2022   11/05/2021   07/20/2021   01/21/2021   09/17/2020   06/15/2020   02/19/2020

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
05/25/2021   05/18/2020

**06/20/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5)

**06/20/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5)

**06/20/2022** at 2:00 PM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default)

**06/02/2022** at 08:30 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants)

**06/02/2022** at 2:00 PM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 10:00 AM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default) - **Not Held - Advanced and Continued - by Court**

**05/17/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Attorney Fees - **Held - Motion Granted**

**05/11/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**05/09/2022** at 10:00 AM in Department 50
Hearing on Motion to Quash (SERVICE OF SUMMONS; TO DISMISS ON THE GROUNDS OF AN INCONVENIENT FORUM; OR IN THE ALTERNATIVE FOR A STAY OF ENTIRE ACTION) - **Not Held - Advanced and Vacated**

**04/28/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Advanced and Continued - by Court**

**04/28/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Attorney Fees - **Not Held - Continued - Court's Motion**

**04/28/2022** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Continued - Court's Motion**

**04/21/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Ex Parte Application ( for Order Shortening Notice and Advancing hearing dates on Motions) - **Held - Motion Granted**

**04/14/2022** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Ex Parte Application ( for Order Shortening Notice and Advancing hearing dates on Motions) - **Not Held - Continued - Court's Motion**

**04/01/2022** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**04/01/2022** at 10:00 AM in Department 50
Hearing on Motion for Attorney Fees - **Not Held - Advanced and Continued - by Court**

**04/01/2022** at 2:00 PM in Department 50
Hearing on Motion to Quash Service of Summons - **Not Held - Advanced and Vacated**

**03/04/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Continued - Court's Motion**

**03/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Held - Motion Denied**

**03/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Vacate (MODIFY, SET ASIDE, OR RECONSIDER THE COURT'S JULY 23, 2021 ORDER) - **Held -**

**Motion Denied**

**03/04/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Held - Motion Denied**

**02/08/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Continued - Court's Motion**

**02/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Not Held - Continued - Court's Motion**

**02/01/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Vacate (MODIFY, SET ASIDE, OR RECONSIDER THE COURT'S JULY 23, 2021 ORDER) - **Not Held - Continued - Court's Motion**

**01/27/2022** at 10:00 AM in Department 50
Hearing on Motion for Attorney Fees

**11/29/2021** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Not Held - Continued - Court's Motion**

**11/17/2021** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**11/03/2021** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**11/03/2021** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**09/13/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**07/23/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/25/2021   05/18/2020

**05/25/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**05/25/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**05/25/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**04/06/2021** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion - Other (MOTION FOR EXTENSION OF TIME TO ANSWER) - **Held**

**02/05/2021** at 4:30 PM in Department 50
Non-Appearance Case Review - **Not Held - Vacated by Court**

**02/05/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Quash Service of Summons - **Held - Motion Denied**

**02/02/2021** at 08:30 AM in Department 50
Hearing on Motion to Quash (MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION AND TO
DISMISS THE ACTION ON THE GROUND OF FORUM NON CONVENIENS OR IN THE ALTERNATIVE FOR A STAY
OF ENTIRE ACTION) - **Not Held - Taken Off Calendar by Party**

**01/28/2021** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**01/28/2021** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**01/28/2021** at 08:30 AM in Department 50
Hearing on Motion - Other (Stay Proceedings Pending Appeal) - **Not Held - Advanced and Continued - by Court**

**01/28/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**01/28/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**01/27/2021** at 09:56 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**01/07/2021** at 4:00 PM in Department 50
Non-Appearance Case Review (resubmission of default judgment packet as to defaulted defendants) - **Not Held -
Vacated by Court**

**12/01/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Reconsideration - **Held**

**10/28/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Demurrer - without Motion to Strike - **Held**

**10/28/2020** at 08:30 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**10/26/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Reconsideration - **Not Held - Continued - Court's Motion**

**10/16/2020** at 10:00 AM in Department 50
Hearing on Motion for Stay of Proceedings - **Not Held - Taken Off Calendar by Party**

**10/16/2020** at 08:30 AM in Department 50
Hearing on Motion for Stay of Proceedings - **Not Held - Continued - Court's Motion**

**09/24/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion - Other (Stay Proceedings Pending Appeal) - **Held - Motion Granted**

**09/24/2020** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Taken Off Calendar by Court**

**09/24/2020** at 08:30 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**09/17/2020** at 09:49 AM in Department 50, Teresa A. Beaudet, Presiding

Court Order

**09/16/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**09/16/2020** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**09/16/2020** at 08:30 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**09/01/2020** at 08:10 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**08/24/2020** at 09:49 AM in Department 50, Teresa A. Beaudet, Presiding
Nunc Pro Tunc Order

**08/19/2020** at 10:00 AM in Department 50
Hearing on Motion to Quash Service of Summons - **Held**

**08/19/2020** at 10:00 AM in Department 50
Case Management Conference - **Held - Continued**

**08/19/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Demurrer - without Motion to Strike - **Not Held - Taken Off Calendar by Court**

**08/19/2020** at 08:30 AM in Department 50
Case Management Conference - **Not Held - Continued - Court's Motion**

**08/19/2020** at 08:30 AM in Department 50
Hearing on Motion to Quash Service of Summons - **Not Held - Continued - Court's Motion**

**08/14/2020** at 10:00 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**08/14/2020** at 08:30 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**07/13/2020** at 3:30 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Leave to Amend (First Amended Complaint) - **Held**

**06/15/2020** at 4:08 PM in Department 50, Teresa A. Beaudet, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   05/25/2021   05/18/2020

**05/18/2020** at 08:47 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**04/29/2020** at 08:30 AM in Department 52
Case Management Conference - **Not Held - Advanced and Vacated**

**04/29/2020** at 08:30 AM in Department 50
Hearing on Motion for Leave to Amend (First Amended Complaint) - **Not Held - Advanced and Continued - by Court**

**04/23/2020** at 08:44 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**04/21/2020** at 08:31 AM in Department 52
Hearing on Motion for Leave to Amend (MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT) - **Not Held - Taken Off Calendar by Party**

**04/21/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Vacated by Court**

**04/10/2020** at 4:13 PM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**03/16/2020** at 08:31 AM in Department 52, Susan Bryant-Deason, Presiding
Hearing on Motion to Quash Service of Summons - **Not Held - Taken Off Calendar by Court**

**03/13/2020** at 4:40 PM in Department 52, Susan Bryant-Deason, Presiding
Court Order

**02/27/2020** at 3:07 PM in Department 52, Susan Bryant-Deason, Presiding
Court Order

**02/21/2020** at 08:30 AM in Department 56
Order to Show Cause Re: Failure to File Proof of Service - **Not Held - Vacated by Court**

**02/19/2020** at 10:32 AM in Department 52, Susan Bryant-Deason, Presiding
Nunc Pro Tunc Order

**01/30/2020** at 10:29 AM in Department 56, Holly J. Fujie, Presiding
Court Order

**01/07/2020** at 2:57 PM in Department 45, Mel Red Recana, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP    05/25/2021    05/18/2020

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**06/21/2022** Appeal - Notice of Filing of Notice of Appeal ("U")
Filed by Clerk

**06/20/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5)

**06/20/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5)

**06/20/2022** at 2:00 PM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default)

**06/13/2022** Appeal - Notice of Appeal/Cross Appeal Filed ("U" appeal)
Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Appellant)

**06/06/2022** Notice of Ruling (RE ORDER TO SHOW CAUSE RE DEFAULT AND CONTINUANCE OF DEFAULT HEARING TO JUNE 20, 2022)
Filed by CURTIS R. OLSON (Plaintiff)

**06/02/2022** at 08:30 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants)

**06/02/2022** at 2:00 PM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Advanced and Continued - by Court**

**06/02/2022** Amended Notice of Entry of Judgment or Order
Filed by CURTIS R. OLSON (Plaintiff)

**06/01/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/19/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 10:00 AM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Hearing on Motion to Set Aside/Vacate Default (CCP 473.5) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** at 2:00 PM in Department 50
Status Conference (resetting of new date for filing reply briefs and hearing date on motions to set aside default) - **Not Held - Advanced and Continued - by Court**

**05/19/2022** Notice of Ruling (ON PLAINTIFF CURTIS R. OLSON?S MOTION FOR STATUTORY ATTORNEYS? FEES UNDER C.C.P. ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/18/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/17/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Attorney Fees - **Held - Motion Granted**

**05/17/2022** Minute Order ( (Hearing on Motion for Attorney Fees))
Filed by Clerk

**05/17/2022** Ore re: Plaintiff's Motion for Statutory Attorneys' Fees Under CCP Section 425.16
Filed by Clerk

**05/12/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**05/11/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**05/11/2022** Minute Order ( (Court Order))
Filed by Clerk

**05/11/2022** Certificate of Mailing for ((Court Order) of 05/11/2022)
Filed by Clerk

**05/09/2022** at 10:00 AM in Department 50
Hearing on Motion to Quash (SERVICE OF SUMMONS; TO DISMISS ON THE GROUNDS OF AN INCONVENIENT
FORUM; OR IN THE ALTERNATIVE FOR A STAY OF ENTIRE ACTION) - **Not Held - Advanced and Vacated**

**05/06/2022** Opposition (PLAINTIFFS COMBINED OPPOSITION TO: 1. DEFENDANT ANCIENT TEMPLE OF WINGSS
MOTION TO SET ASIDE ENTRY OF DEFAULT 2. DEFENDANT ARROLIGAS MOTION TO SET ASIDE ENTRY OF
DEFAULT DECLARATION OF ERIC KENNEDY)
Filed by CURTIS R. OLSON (Plaintiff)

**05/04/2022** Supplemental Declaration (OF ERIC KENNEDY IN SUPPORT OF CURTIS OLSON'S MOTION FOR
STATUTORY ATTORNEYS' FEES UNDER C.C.P. SEC. 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**05/04/2022** Notice of Ruling (1. APRIL 28, 2022 HEARING ON MOTION FOR ATTORNEY FEES; 2. APRIL 28, 2022
CASE MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**04/28/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Advanced and Continued
- by Court**

**04/28/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Attorney Fees - **Not Held - Continued - Court's Motion**

**04/28/2022** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Continued - Court's Motion**

**04/28/2022** Order re: Plaintiff's Motion for Statutory Attorneys' Fees Under CCP 425.16
Filed by Clerk

**04/28/2022** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**04/28/2022** Minute Order ( (Hearing on Motion for Attorney Fees; Case Management Conference))
Filed by Clerk

**04/28/2022** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**04/28/2022** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**04/28/2022** Notice of Limited Scope Representation
Filed by ███████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**04/27/2022** Notice of Ruling
Filed by CURTIS R. OLSON (Plaintiff)

**04/21/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Ex Parte Application ( for Order Shortening Notice and Advancing hearing dates on Motions) - **Held - Motion
Granted**

**04/21/2022** Minute Order ( (Hearing on Ex Parte Application for Order Shortening Notice ...))
Filed by Clerk

**04/14/2022** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Ex Parte Application ( for Order Shortening Notice and Advancing hearing dates on Motions) - **Not Held -
Continued - Court's Motion**

**04/14/2022** Minute Order ( (Hearing on Ex Parte Application for Order Shortening Notice ...))

Filed by Clerk

**04/13/2022** Motion to Quash Service of Summons
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**04/13/2022** Motion to Quash Service of Summons
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/13/2022** Motion to Set Aside/Vacate Default
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/13/2022** Motion to Set Aside/Vacate Default
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**04/13/2022** Ex Parte Application (Ex Parte for Order Shortening Notice and Advancing hearing dates on Motions)
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**04/08/2022** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**04/01/2022** at 10:00 AM in Department 50
Hearing on Motion for Attorney Fees - **Not Held - Advanced and Continued - by Court**

**04/01/2022** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**04/01/2022** at 2:00 PM in Department 50
Hearing on Motion to Quash Service of Summons - **Not Held - Advanced and Vacated**

**03/21/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/21/2022** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**03/17/2022** Proof of Service (not Summons and Complaint)
Filed by ██████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**03/17/2022** Case Management Statement
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE
JANUARY 1, 2012 (Defendant); THE ANCIENT TEMPLE OF WINGS, (Defend

**03/16/2022** Case Management Statement
Filed by CURTIS R. OLSON (Plaintiff)

**03/16/2022** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**03/11/2022** Notice of Ruling
Filed by ██████ ████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**03/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Vacate (MODIFY, SET ASIDE, OR RECONSIDER THE COURT'S JULY 23, 2021 ORDER) - **Held -
Motion Denied**

**03/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Held - Motion Denied**

**03/04/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Continued - Court's Motion**

**03/04/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Held - Motion Denied**

**03/04/2022** Order re: Motion to Set Aside Entry of Default and to Quash Service of Summons; Motion to Set Aside Entry of Default; to Quash Service of Summons; to Dismiss on the Grounds of an Inconvenient Forum or Stay Entire Action
Filed by Clerk

**03/04/2022** Minute Order ( (Hearing on Motion to Set Aside/Vacate Default and Default Jud...))
Filed by Clerk

**03/04/2022** Order re: Motion to Vacate, Modify, Set Aside, or Reconsider the Court's July 23, 2021 Order re: Defendants' Special Motions to Strike
Filed by Clerk

**02/28/2022** Objection (TO OPPOSITION EXHIBIT C RE: MOTIONS TO VACATE ENTRY OF JUDGMENT)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012 (Defendant)

**02/28/2022** Reply (RE: MOTIONS TO VACATE ENTRY OF JUDGMENT; DECLARATION OF MILDER ARROLIGA)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012 (Defendant)

**02/25/2022** Declaration (OF ████████████ IN SUPPORT OF MOTION TO VACATE, MODIFY, SET ASIDE, OR RECONSIDER THE COURTS JULY 23 2021 ORDER)
Filed by ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**02/25/2022** Memorandum of Points & Authorities (IN SUPPORT OF MOTION TO VACATE, MODIFY, SET ASIDE, OR RECONSIDER THE COURT?S JULY 23, 2021 ORDER)
Filed by ████████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**02/23/2022** Opposition (PLAINTIFFS SUPPLEMENTAL OPPOSITION TO MOTION TO VACATE, MODIFY, SET ASIDE, OR RECONSIDER)
Filed by CURTIS R. OLSON (Plaintiff)

**02/23/2022** Opposition (PLAINTIFFS COMBINED OPPOSITION TO: 1. MOTION TO QUASH SERVICE OF SUMMONS; TO DISMISS ON THE GROUNDS OF AN INCONVENIENT FORUM; OR IN THE ALTERNATIVE FOR A STAY OF ENTIRE ACTION; 2. MOTION TO SET ASIDE ENTRY OF DEFAULT AND TO QUASH SERVICE OF)
Filed by CURTIS R. OLSON (Plaintiff)

**02/08/2022** at 10:00 AM in Department 50
Order to Show Cause Re: (entry of default judgment as to defaulted defendants) - **Not Held - Continued - Court's Motion**

**02/04/2022** at 10:00 AM in Department 50
Hearing on Motion to Set Aside/Vacate Default and Default Judgment (CCP 473.5) - **Not Held - Continued - Court's Motion**

**02/01/2022** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Vacate (MODIFY, SET ASIDE, OR RECONSIDER THE COURT'S JULY 23, 2021 ORDER) - **Not Held - Continued - Court's Motion**

**02/01/2022** Notice of Ruling (1. FEBRUARY 1, 2022 HEARING ON MOTION TO VACATE, OR RECONSIDER THE

COURT?S JULY 23, 2021 ORDER RE: DEFENDANTS? SPECIAL MOTION TO STRIKE (ANTI-SLAPP))
Filed by CURTIS R. OLSON (Plaintiff)

**02/01/2022** Certificate of Mailing for ((Hearing on Motion to Vacate MODIFY, SET ASIDE, OR RECONSIDER ...) of
02/01/2022)
Filed by Clerk

**02/01/2022** Order re: Motion to Vacate, Modify, Set Aside, or Reconsider the Court's July 23, 2021 Order re: Defendants'
Special Motions to Strike (Anti-SLAPP)
Filed by Clerk

**02/01/2022** Minute Order ( (Hearing on Motion to Vacate MODIFY, SET ASIDE, OR RECONSIDER ...))
Filed by Clerk

**01/31/2022** Stipulation and Order (STIPULATION OF PARTIES TO CONTINUE FEBRUARY 4, 2022 MOTION HEARING
TO MARCH 4, 2022;ORDER RE; SAME AND RE: OSC)
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**01/28/2022** Appeal Record Delivered (APPEALS FILED 9-10-21, 9-15-21 & 9-21-21)
Filed by Clerk

**01/27/2022** at 10:00 AM in Department 50
Hearing on Motion for Attorney Fees

**01/24/2022** Appeal - Original Clerk's Transcript 1 - 5 Volumes Certified (3 VOLUMES NOA'S 9/10/21, 9/15/21, 9/21/21)

**01/19/2022** Proof of Service (not Summons and Complaint) (SUPPLEMENTAL)
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Declaration (of Eric Kennedy ISO Opposition to Motion to Vacate, Modify, Set Aside, or Reconsider)
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Proof of Service by Mail
Filed by CURTIS R. OLSON (Plaintiff)

**01/19/2022** Opposition (to Motion to Vacate, Modify, Set Aside, or Reconsider)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Declaration (Declaration of Eric Kennedy in Support of Entry of a Several Judgment After Default as to
Defendants Milder Arroliga, as Trustee of the Atw Trust, With An Effective Date of January 1, 2012; the Ancient Temple of
Wings, and John Walkowiak, as Trustee of th)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Summary of the Case
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2022** Request for Entry of Default / Judgment
Filed by CURTIS R. OLSON (Plaintiff)

**01/06/2022** Motion to Set Aside/Vacate Default and / or Default Judgment
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**01/05/2022** Motion to Set Aside/Vacate Default and / or Default Judgment
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**12/15/2021** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (NOA 9/10/21, 9/15/21"R", 9/21/21 "R1")
Filed by Clerk

Case 2:21-cv-09747-SB-PD    Document 38-1    Filed 06/27/22    Page 106 of 123    Page ID #:867

**12/13/2021** Notice of Ruling
Filed by CURTIS R. OLSON (Plaintiff)

**11/29/2021** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Not Held - Continued - Court's Motion**

**11/29/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/17/2021** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**11/17/2021** Order (Continuing Case Management Conference)
Filed by Clerk

**11/17/2021** Notice (OF RULING AFTER CASE MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**11/17/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/16/2021** Notice: Waiver of Court Fees (Superior Court)
Filed by Clerk

**11/08/2021** Notice (NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF CURTIS OLSON)
Filed by CURTIS R. OLSON (Plaintiff)

**11/05/2021** Motion to Quash Service of Summons
Filed by THE ANCIENT TEMPLE OF WINGS, (Defendant)

**11/04/2021** Request for Entry of Default / Judgment
Filed by CURTIS R. OLSON (Plaintiff)

**11/04/2021** Motion to Quash Service of Summons
Filed by MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012
(Defendant)

**11/04/2021** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**11/03/2021** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**11/03/2021** at 08:30 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**11/03/2021** Declaration (OF ERIC KENNEDY REGARDING UNAVAILABILITY OF COUNSEL FOR CASE
MANAGEMENT CONFERENCE AND REQUEST FOR CONTINUANCE)
Filed by CURTIS R. OLSON (Plaintiff)

**11/03/2021** Notice of Ruling
Filed by CURTIS R. OLSON (Plaintiff)

**11/03/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**11/02/2021** Notice (NOTICE OF CASE MANAGEMENT CONFERENCE TIME CHANGE FROM 10:00 A.M. TO 8:30
.AM.)
Filed by CURTIS R. OLSON (Plaintiff)

**11/02/2021** Case Management Statement
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Appellant)

**10/18/2021** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**10/13/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (NOA 9/15/21 "R")
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**10/13/2021** Appeal - Notice of Default Issued ("R" NOA 9/15/21)
Filed by Clerk

**10/01/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103 (for "R1" Appeal)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**10/01/2021** Appeal - Ntc Designating Record of Appeal APP-003/010/103
Filed by ██████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Appellant)

**09/28/2021** Appeal - Notice of Filing of Notice of Appeal ("R1")
Filed by Clerk

**09/28/2021** Appeal - Notice of Filing of Notice of Appeal ("R")
Filed by Clerk

**09/21/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF RESPONDENT CURTIS OLSONS MOTION FOR STATUTORY ATTORNEYS FEES UNDER C.C.P. 425.16; EXHIBITS A-C)
Filed by CURTIS R. OLSON (Plaintiff)

**09/21/2021** Motion for Attorney Fees
Filed by CURTIS R. OLSON (Plaintiff)

**09/21/2021** Appeal - Notice of Appeal/Cross Appeal Filed ("R1")
Filed by GLORIA P. MARTINEZ-SENFTNER (Appellant); MARTINEZ LAW GROUP, P.C., (Appellant); John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Appellant)

**09/17/2021** Notice (OF ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE FOR NOVEMBER 3, 2021 AT 10:AM)
Filed by CURTIS R. OLSON (Plaintiff)

**09/15/2021** Appeal - Notice of Appeal/Cross Appeal Filed ("R" Appeal)
Filed by THE ANCIENT TEMPLE OF WINGS, (Appellant); John Doe (Appellant); MILDER, ARROLIGA, as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE JANUARY 1, 2012 (Appellant) et al.

**09/14/2021** Appeal - Notice of Filing of Notice of Appeal
Filed by Clerk

**09/13/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**09/13/2021** Minute Order ( (Case Management Conference))
Filed by Clerk

**09/10/2021** Appeal - Notice of Appeal/Cross Appeal Filed
Filed by ██████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Appellant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**09/09/2021** Case Management Statement
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**09/09/2021** Case Management Statement
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/30/2021** Case Management Statement
Filed by CURTIS R. OLSON (Plaintiff)

**08/27/2021** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/02/2021** Proof of Service (not Summons and Complaint)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/02/2021** Notice of Motion (to Vacate, Modify, Set Aside or Reconsider the Courts July 23, 2021 Order)
Filed by ████████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**07/30/2021** Notice (OF ENTRY OF ORDER RE: DEFENDANTS SPECIAL MOTIONS TO STRIKE PURSUANT TO CALIFORNIAS ANTI-SLAPP STATUTE)
Filed by CURTIS R. OLSON (Plaintiff)

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

**07/23/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Motion Denied**

**07/23/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Held - Continued**

**07/23/2021** Order Re: Defendants' Special Motion to Strike Plaintiff's Second Amended Complaint Pursuant to California's Anti-Slapp Statute
Filed by Clerk

**07/23/2021** Minute Order ( (Case Management Conference; Hearing on Special Motion to Stri...))
Filed by Clerk

**07/20/2021** Supplemental Declaration ████████ IN REPLY TO PLAINTIFF BRIEF ON COTTON AND TIMING)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**06/22/2021** Brief (FEDERAL INSURANCE COMPANY, an Indiana corporation)
Filed by CURTIS R. OLSON (Plaintiff)

**06/22/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF SUPPLEMENTAL BRIEF)
Filed by CURTIS R. OLSON (Plaintiff)

**06/21/2021** Notice (NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF CURTIS OLSON)
Filed by CURTIS R. OLSON (Plaintiff)

**06/14/2021** Declaration (Declaration of ████████ in Support of Defendants' Brief re Anti-SLAPP)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**06/10/2021** Brief (DEFENDANTS? BRIEF ON JKC38H v COTTON AND TIMING ISSUE RE: MOTIONS TO STRIKE (ANTI- SLAPP); DECLARATION PURSUANT TO C.C.P. 473)
Filed by ████████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/28/2021** Notice (RE WITHDRAWAL OF PLAINTIFF?S EVIDENTIARY OBJECTIONS TO DECLARATIONS OF █ █████████ AND GLORIA MARTINEZ-SENFTNER IN SUPPORT OF SPECIAL MOTIONS TO STRIKE FIRST AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**05/26/2021** Certificate of Mailing for ([Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...)])
Filed by Clerk

**05/25/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**05/25/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**05/25/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Held - Continued**

**05/25/2021** Order (Re: Defendant's Special Motion to Strike Plaintiff's Second Amended Complaint Pursuant to California's Anti-Slapp Statute)
Filed by Clerk

**05/25/2021** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Mabel Hayek, CSR #11815)
Filed by Clerk

**05/25/2021** Declaration (OF DEFENDANT █ █████████ RE: NON-SERVICE OF COMPLAINT AND EXTENSION GRANTED THROUGH MAY 8, 2020)
Filed by ██████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/25/2021** Minute Order ( (Hearing on Special Motion to Strike under CCP Section 425.16 ...))
Filed by Clerk

**05/24/2021** Supplemental Declaration (OF ERIC M. KENNEDY REGARDING HISTORY OF ANTI-SLAPP MOTIONS, OR ALTERNATIVELY, FOR RELIEF UNDER CODE CIV. PROC., 473)
Filed by CURTIS R. OLSON (Plaintiff)

**05/19/2021** Reply (Re: Special Motion to Strike)
Filed by ██████ ██████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/19/2021** Reply (RE: SPECIAL MOTION TO STRIKE)
Filed by ██████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/19/2021** Notice of Limited Scope Representation
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**05/12/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS SPECIAL MOTION TO STRIKE SECOND AMENDED COMPLAINT UNDER CODE CIV. PROC., 425.16; Exhibits 1-4)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Objection (Plaintiff's Evidentiary Objections to Declaration of █ █████████ ISO Special Motion to Strike)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Objection (Plaintiff's Evidentiary Objections to Declaration of Gloria Martinez-Senftner)
Filed by CURTIS R. OLSON (Plaintiff)

**05/12/2021** Opposition (TO DEFENDANTS SPECIAL MOTION TO STRIKE SECOND AMENDED COMPLAINT UNDER CODE CIV. PROC., 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**04/06/2021** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding

Case 2:21-cv-09747-SB-PD   Document 38-1   Filed 06/27/22   Page 110 of 123   Page ID #:871

Hearing on Motion - Other (MOTION FOR EXTENSION OF TIME TO ANSWER) - **Held**

**04/06/2021** Order (Ruling of 4/6/21)
Filed by Clerk

**04/06/2021** Minute Order ( (Hearing on Motion - Other MOTION FOR EXTENSION OF TIME TO ANSWER))
Filed by Clerk

**02/25/2021** Motion re: (Amended Notice of Motion and Motion For Extension of Time to Answer)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/24/2021** Notice of Joinder (Name Extension) (Specially Appearing Defendant Walkowiak's Notice of Joinder and Joinder in Defendants Motion to Strike Complaints pursuant to Code of Civil Procedure Section 425.16)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**02/18/2021** Notice (Objection to Olson's Notice and Alternative Submission of Notice of Order Re Defendant Walkowiak's Motion to Quash Service of Summons)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/08/2021** Notice (NOTICE OF RULING RE DEFENDANT WALKOWIAK'S MOTION TO QUASH SERVICE OF SUMMONS)
Filed by CURTIS R. OLSON (Plaintiff)

**02/05/2021** at 4:30 PM in Department 50
Non-Appearance Case Review - **Not Held - Vacated by Court**

**02/05/2021** at 2:00 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion to Quash Service of Summons - **Held - Motion Denied**

**02/05/2021** Order (RE: MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION)
Filed by Clerk

**02/05/2021** Minute Order ( (Hearing on Motion to Quash Service of Summons))
Filed by Clerk

**02/05/2021** Stipulation and Order to use Certified Shorthand Reporter
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/02/2021** at 08:30 AM in Department 50
Hearing on Motion to Quash (MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION AND TO DISMISS THE ACTION ON THE GROUND OF FORUM NON CONVENIENS OR IN THE ALTERNATIVE FOR A STAY OF ENTIRE ACTION) - **Not Held - Taken Off Calendar by Party**

**01/29/2021** Reply (Memorandum in Support to Motion to Quash Service of Summons for Lack of Jurisdiction)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**01/28/2021** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**01/28/2021** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**01/28/2021** at 08:30 AM in Department 50
Hearing on Motion - Other (Stay Proceedings Pending Appeal) - **Not Held - Advanced and Continued - by Court**

**01/28/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**01/28/2021** at 2:00 PM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**01/27/2021** at 09:56 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**01/27/2021** Minute Order ( (Court Order Stipulation And Order Continuing Hearing Of Speci...))
Filed by Clerk

**01/27/2021** Certificate of Mailing for ((Court Order Stipulation And Order Continuing Hearing Of Speci...) of 01/27/2021, Stipulation and Order Continuing Hearing Of Special Motion To Strike From 1/28/21 to 5/25/21)
Filed by Clerk

**01/25/2021** Opposition (OPPOSITION TO MOTION TO QUASH SERVICE OF SUMMONS FOR LACK OF JURISDICTION BROUGHT BY DEFENDANT JOHN WALKOWIAK, AS TRUSTEE OF THE ATW TRUST WITH AN EFFECTIVE DATE OF JANUARY 1 2012; DECLARATION OF ASHLEY L. MILNES IN SUPPORT THEREOF)
Filed by CURTIS R. OLSON (Plaintiff)

**01/21/2021** Stipulation and Order (CONTINUING HEARING OF SPECIAL MOTION TO STRIKE FROM 1/28/21 TO 5/25/21)
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**01/14/2021** Declaration (OF ERIC M. KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO DEFENDANTS? SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT UNDER CODE CIV. PROC., ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Objection (TO DECLARATION OF GLORIA MARTINEZ-SENFTNER)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Opposition (TO DEFENDANTS? SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT UNDER CODE CIV. PROC., ¿ 425.16)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2021** Objection (TO DECLARATION OF █ ███████████)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2021** at 4:00 PM in Department 50
Non-Appearance Case Review (resubmission of default judgment packet as to defaulted defendants) - **Not Held - Vacated by Court**

**12/21/2020** Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion)
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**12/21/2020** Memorandum of Points & Authorities
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**12/21/2020** Request for Judicial Notice
Filed by ██████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**12/21/2020** Answer
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**12/21/2020** Declaration (OF GLORIA MARTINEZSENFTNER)
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/21/2020** Declaration (OF █ ████████ IN SUPPORT OF SPECIAL MOTION TO STRIKE)
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant); GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C.,
(Defendant)

**12/02/2020** Order (re Motion for Reconsideration)

**12/02/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**12/01/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Reconsideration - **Held**

**12/01/2020** Minute Order ( (Hearing on Motion for Reconsideration))
Filed by Clerk

**11/17/2020** Amended Complaint ( (2nd))
Filed by CURTIS R. OLSON (Plaintiff)

**10/30/2020** Notice (OF RULING RE DEMURRER TO FIRST AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**10/28/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Demurrer - without Motion to Strike - **Held**

**10/28/2020** at 08:30 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**10/28/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike))
Filed by Clerk

**10/28/2020** Order (Demurrer to FAC)

**10/28/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**10/27/2020** Notice (Continuance of Mtn for Reconsideration)
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/27/2020** Order (re Motion for Reconsideration)

**10/26/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Reconsideration - **Not Held - Continued - Court's Motion**

**10/26/2020** Notice of Ruling
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**10/26/2020** Minute Order ( (Hearing on Motion for Reconsideration))
Filed by Clerk

**10/26/2020** Certificate of Mailing for ((Hearing on Motion for Reconsideration) of 10/26/2020)
Filed by Clerk

**10/23/2020** Notice (of Errata and/or Amendment to Defendant ██████s Reply Demurrer of First Amended Complaint)
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  04/01/2022  12/15/2021  09/09/2021  02/18/2021  10/21/2020  08/26/2020  04/22/2020  01/28/2020

**10/21/2020** Reply (DEFENDANT ████████S REPLY DEMURRER OF FIRST AMENDED COMPLAINT AND DECLARATION OF ████████ IN SUPPORT THEREOF.)
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**10/19/2020** Reply (DEFENDANTS? REPLY RE: MOTION FOR RECONSIDERATION AND DISMISSAL; REQUEST FOR RELIEF PER CCP ¿ 473(a)(1); DECLARATIONS)
Filed by ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**10/16/2020** at 10:00 AM in Department 50
Hearing on Motion for Stay of Proceedings - **Not Held - Taken Off Calendar by Party**

**10/16/2020** at 08:30 AM in Department 50
Hearing on Motion for Stay of Proceedings - **Not Held - Continued - Court's Motion**

**10/15/2020** Opposition (PLAINTIFF'S OPPOSITION TO DEFENDANT ████████S DEMURRER TO FIRST AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**10/15/2020** Declaration (OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ████████S DEMURRER)
Filed by CURTIS R. OLSON (Plaintiff)

**10/13/2020** Declaration (DECLARATION OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO MOTION FOR RECONSIDERATION)
Filed by CURTIS R. OLSON (Plaintiff)

**10/13/2020** Opposition (PLAINTIFF'S OPPOSITION TO MOTION FOR RECONSIDERATION)
Filed by CURTIS R. OLSON (Plaintiff)

**10/06/2020** Motion to Quash Service of Summons
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**10/02/2020** Motion for Reconsideration
Filed by ████ ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**09/24/2020** at 10:00 AM in Department 50
Case Management Conference - **Not Held - Taken Off Calendar by Court**

**09/24/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion - Other (Stay Proceedings Pending Appeal) - **Held - Motion Granted**

**09/24/2020** at 08:30 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and Continued - by Court**

**09/24/2020** Minute Order ( (Hearing on Motion - Other Stay Proceedings Pending Appeal; Ca...))
Filed by Clerk

**09/24/2020** Order (Ruling)
Filed by Clerk

**09/22/2020** Demurrer - without Motion to Strike
Filed by ████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**09/18/2020** Reply (RE: MOTION TO STAY PROCEEDINGS)

Filed by ██████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/17/2020** at 09:49 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**09/17/2020** Minute Order ( (Court Order))
Filed by Clerk

**09/17/2020** Certificate of Mailing for ((Court Order) of 09/17/2020)
Filed by Clerk

**09/16/2020** at 10:00 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**09/16/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**09/16/2020** at 08:30 AM in Department 50
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) - **Not Held - Advanced and
Continued - by Court**

**09/16/2020** Minute Order ( (Case Management Conference))
Filed by Clerk

**09/16/2020** Request for Judicial Notice (IN SUPPPORT OF DEFENDANT'S DEMURRERS.)
Filed by ██████ ██████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/16/2020** Certificate of Mailing for ((Case Management Conference) of 09/16/2020)
Filed by Clerk

**09/15/2020** Request for Judicial Notice
Filed by ██████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Memorandum of Points & Authorities
Filed by ██████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by MARTINEZ LAW GROUP, P.C., (Defendant)

**09/14/2020** Proof of Service by Mail
Filed by ██████ ██████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Declaration (of ████████ in Support of Special Motion)
Filed by ██████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/14/2020** Declaration (of Gloria Martinez in Support of Special Motion)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**09/14/2020** Notice of Limited Scope Representation
Filed by ██████ ███████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/11/2020** Opposition (PLAINTIFF?S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING APPEAL)

Filed by CURTIS R. OLSON (Plaintiff)

**09/11/2020** Declaration (OF ERIC KENNEDY IN SUPPORT OF PLAINTIFF?S OPPOSITION TO MOTION TO STAY
PROCEEDINGS PENDING APPEAL)
Filed by CURTIS R. OLSON (Plaintiff)

**09/11/2020** Request for Judicial Notice
Filed by CURTIS R. OLSON (Plaintiff)

**09/03/2020** Motion for Stay of Proceedings (Pending Appeal)
Filed by ██████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/01/2020** at 08:10 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**09/01/2020** Notice (of Order)
Filed by ██████ █████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**09/01/2020** Certificate of Mailing for ((Court Order) of 09/01/2020)
Filed by Clerk

**09/01/2020** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**09/01/2020** Minute Order ( (Court Order))
Filed by Clerk

**09/01/2020** Certificate of Mailing for ([Order on Court Fee Waiver (Superior Court)])
Filed by Clerk

**08/31/2020** Answer
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/28/2020** Request for Judicial Notice
Filed by ██████ █████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/27/2020** Stipulation and Order (Stip to Switch Hearing Dates)
Filed by ██████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**08/26/2020** Proof of Service (not Summons and Complaint)
Filed by ██████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by MARTINEZ LAW GROUP, P.C., (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant)

**08/26/2020** Notice of Limited Scope Representation
Filed by ██████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**08/24/2020** at 09:49 AM in Department 50, Teresa A. Beaudet, Presiding
Nunc Pro Tunc Order

**08/24/2020** Certificate of Mailing for ((Nunc Pro Tunc Order) of 08/24/2020)
Filed by Clerk

**08/24/2020** Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

**08/19/2020** at 10:00 AM in Department 50
Case Management Conference - **Held - Continued**

**08/19/2020** at 10:00 AM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Demurrer - without Motion to Strike - **Not Held - Taken Off Calendar by Court**

**08/19/2020** at 10:00 AM in Department 50
Hearing on Motion to Quash Service of Summons - **Held**

**08/19/2020** at 08:30 AM in Department 50
Case Management Conference - **Not Held - Continued - Court's Motion**

**08/19/2020** at 08:30 AM in Department 50
Hearing on Motion to Quash Service of Summons - **Not Held - Continued - Court's Motion**

**08/19/2020** Order (re Motion to Quash Service of Summons)

**08/19/2020** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore

**08/19/2020** Reply (SUPPLEMENTAL CHALLENGE TO JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**08/19/2020** Minute Order ( (Hearing on Demurrer - without Motion to Strike; Hearing on Mo...))
Filed by Clerk

**08/19/2020** Case Management Order
Filed by Clerk

**08/19/2020** Notice (of Cont'd CMC and Notice of Adjusted Hour Re Def ███████ ██████al Motion To Strike)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/18/2020** Notice of Posting of Jury Fees
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/18/2020** Supplemental Declaration (of John Walkowiak and Brendon Lee O'Connell in Support of Motion to Quash Service of Summons for Lack of Jurisdiction)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**08/18/2020** Declaration (Declaration of Demurring or Moving Party Regarding Meet and Confer)
Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/18/2020** Declaration (of Demurring or Moving Party Regarding Meet and Confer)
Filed by ███████ ███████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/17/2020** Reply (Defendant ███████s Reply in Support of Demurrer to Complaint and Notice of Non-Opposition by Plaintiff; Decls. ███████and Titus Fotso)
Filed by ███████ ███████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/14/2020** at 10:00 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**08/14/2020** at 08:30 AM in Department 50
Hearing on Demurrer - without Motion to Strike - **Not Held - Continued - Court's Motion**

**08/13/2020** Case Management Statement
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**08/06/2020** Case Management Statement
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**08/04/2020** Case Management Statement
Filed by CURTIS R. OLSON (Plaintiff)

**07/15/2020** Notice (of: (1) Order Granting Plaintiff's Motion for Leave to File First Amended Complaint; and (2) Case Management Conference)
Filed by CURTIS R. OLSON (Plaintiff)

**07/15/2020** Amended Complaint ( (1st))
Filed by CURTIS R. OLSON (Plaintiff)

**07/13/2020** at 3:30 PM in Department 50, Teresa A. Beaudet, Presiding
Hearing on Motion for Leave to Amend (First Amended Complaint) - **Held**

**07/13/2020** Notice of Case Management Conference
Filed by Clerk

**07/13/2020** Minute Order ( (Hearing on Motion for Leave to Amend First Amended Complaint))
Filed by Clerk

**07/13/2020** Order (Motion for Leave to file FAC)

**06/15/2020** at 4:08 PM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**06/15/2020** Minute Order ( (Court Order))
Filed by Clerk

**06/15/2020** Certificate of Mailing for ((Court Order) of 06/15/2020)
Filed by Clerk

**06/02/2020** Notice (Defendant's Amended Notice Hearing Special Motion to Strike CCP 425.16 (anti-SLAPP))
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**06/02/2020** Notice (DEFENDANT'S AMENDED NOTICE OF HEARING ON DEMURRER TO COMPLAINT)
Filed by ████ ██████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/19/2020** Notice (of Errata Regarding Demurrer)
Filed by ████ ██████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/18/2020** at 08:47 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**05/18/2020** Notice (of Errata/Amended Notice of Motion & Special Motion to Strike CCP 425.16)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/18/2020** Certificate of Mailing for ((Court Order) of 05/18/2020)
Filed by Clerk

**05/18/2020** Minute Order ( (Court Order))
Filed by Clerk

**05/18/2020** Notice (of Errata Regarding Demurrer)

Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/11/2020** Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/11/2020** Proof of Service (not Summons and Complaint)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/11/2020** Request for Judicial Notice
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/11/2020** Request for Judicial Notice (In support od Defendant's Demurrer and Defendant's Special Motion to Strike Under Cal. Civ. Proc section 426.15 Vol. II Exhibits G-J)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/08/2020** Notice of Motion ((1) DEFENDANT ██████?'S NOTICE OF DEMURRER AND DEMURRER; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**05/08/2020** Demurrer - with Motion to Strike (CCP 430.10)
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**04/29/2020** at 08:30 AM in Department 52
Case Management Conference - **Not Held - Advanced and Vacated**

**04/29/2020** at 08:30 AM in Department 50
Hearing on Motion for Leave to Amend (First Amended Complaint) - **Not Held - Advanced and Continued - by Court**

**04/28/2020** Notice of Related Case
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**04/28/2020** Notice (OF ORDER CONTINUING HEARING ON PLAITIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**04/28/2020** Notice of Change of Address or Other Contact Information
Filed by ████ ██████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF JANUARY 1, 2012 (Defendant)

**04/23/2020** at 08:44 AM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**04/23/2020** Minute Order ( (Court Order))
Filed by Clerk

**04/23/2020** Certificate of Mailing for ((Court Order) of 04/23/2020)
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

**04/22/2020** Notice (OF NON-OPPOSITION TO PLAINTIFF?S MOTION TO FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT)
Filed by CURTIS R. OLSON (Plaintiff)

**04/21/2020** at 08:31 AM in Department 52
Hearing on Motion for Leave to Amend (MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT) - **Not Held
- Taken Off Calendar by Party**

**04/21/2020** at 08:30 AM in Department 56
Case Management Conference - **Not Held - Vacated by Court**

**04/20/2020** Notice (of Order Denying Peremptory Challenge Filed by Defendant John Walkowiak, as Trustee of the ATW
Trust an Effective Date of January 1, 2020)
Filed by CURTIS R. OLSON (Plaintiff)

**04/10/2020** at 4:13 PM in Department 50, Teresa A. Beaudet, Presiding
Court Order

**04/10/2020** Minute Order ( (Court Order))
Filed by Clerk

**04/10/2020** Certificate of Mailing for ((Court Order) of 04/10/2020)
Filed by Clerk

**04/07/2020** Declaration (of Eric Kennedy In Support of Plaintiff?s Motion For Leave To File First Amended Complaint)
Filed by CURTIS R. OLSON (Plaintiff)

**04/07/2020** Motion for Leave (to File First Amended Complaint; Memorandum Of Points And Authorities In Support)
Filed by CURTIS R. OLSON (Plaintiff)

**04/07/2020** Request for Judicial Notice
Filed by CURTIS R. OLSON (Plaintiff)

**03/30/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**03/16/2020** at 08:31 AM in Department 52, Susan Bryant-Deason, Presiding
Hearing on Motion to Quash Service of Summons - **Not Held - Taken Off Calendar by Court**

**03/16/2020** Minute Order ( (Hearing on Motion to Quash Service of Summons))
Filed by Clerk

**03/13/2020** at 4:40 PM in Department 52, Susan Bryant-Deason, Presiding
Court Order

**03/13/2020** Minute Order ( (Court Order re: Defendants' Peremptory Challenge Pursuant to ...))
Filed by Clerk

**03/13/2020** Certificate of Mailing for ((Court Order re: Defendants' Peremptory Challenge Pursuant to ...) of 03/13/2020)
Filed by Clerk

**03/12/2020** Challenge To Judicial Officer - Peremptory (170.6) (Against Judge: Susan Bryant-Deason)
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**03/09/2020** Declaration (of Demurring or Movi9ng Party Regarding Meet and Confer)
Filed by ██████ ████████ an individual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**03/09/2020** Reply (Memorandum in Support of Motion to Quash)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**03/03/2020** Declaration (of Ashley L. Milnes in Support Of Opposition to Motion to Quash Service of Summons for Lack
of Jurisdiction Brought by Defendant John Walkowiak, as Trustee of The ATW Trust With An Effective Date of January 1,

2012)
Filed by CURTIS R. OLSON (Plaintiff)

**03/03/2020** Opposition ( to Motion to Quash Service of Summons for Lack of Jurisdiction Brought by Defendant John
Walkowiak, as Trustee of The ATW Trust With An Effective Date of January 1, 2012; Declaration of Ashley L. Milnes in
Support Thereof)
Filed by CURTIS R. OLSON (Plaintiff)

**03/02/2020** Answer
Filed by GLORIA P. MARTINEZ-SENFTNER (Defendant); MARTINEZ LAW GROUP, P.C., (Defendant)

**02/27/2020** at 3:07 PM in Department 52, Susan Bryant-Deason, Presiding
Court Order

**02/27/2020** Minute Order ( (Court Order re: Peremptory Challenge To Judicial Officer Purs...))
Filed by Clerk

**02/27/2020** Certificate of Mailing for ((Court Order re: Peremptory Challenge To Judicial Officer Purs...) of 02/27/2020)
Filed by Clerk

**02/21/2020** at 08:30 AM in Department 56
Order to Show Cause Re: Failure to File Proof of Service - **Not Held - Vacated by Court**

**02/19/2020** at 10:32 AM in Department 52, Susan Bryant-Deason, Presiding
Nunc Pro Tunc Order

**02/19/2020** Certificate of Mailing for ((Nunc Pro Tunc Order) of 02/19/2020)
Filed by Clerk

**02/19/2020** Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

**02/14/2020** Challenge To Judicial Officer - Peremptory (170.6) (Against Judge: Susan Bryant-Deason)
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/14/2020** Motion to Quash Service of Summons
Filed by John Walkowiak , as the trustee of the ATW Trust , with an effective date of January 1, 2012 (Defendant)

**02/14/2020** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**02/11/2020** Notice ( of Case Management Conference)
Filed by CURTIS R. OLSON (Plaintiff)

**02/11/2020** Proof of Service (not Summons and Complaint) (SUPPLEMENTAL)
Filed by CURTIS R. OLSON (Plaintiff)

**02/05/2020** Notice of Case Management Conference
Filed by Clerk

**02/04/2020** Notice ( of Case Reassignment and Order for Plaintiff to Give Notice (Vacate Dates))
Filed by CURTIS R. OLSON (Plaintiff)

**01/30/2020** at 10:29 AM in Department 56, Holly J. Fujie, Presiding
Court Order

**01/30/2020** Certificate of Mailing for ((Court Order) of 01/30/2020)
Filed by Clerk

**01/30/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**01/30/2020** Minute Order ( (Court Order))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    04/01/2022    12/15/2021    09/09/2021    02/18/2021    10/21/2020    08/26/2020    04/22/2020    01/28/2020

**01/28/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/27/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by ███████ █████████dual and as trustee of the ATW TRUST, WITH AN EFFECTIVE DATE OF
JANUARY 1, 2012 (Defendant)

**01/27/2020** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**01/15/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/15/2020** Proof of Service by Mail
Filed by CURTIS R. OLSON (Plaintiff)

**01/15/2020** Notice (OF (1) CASE REASSIGNMENT; (2) ORDER TO SHOW CAUSE HEARING; AND (3) CASE
MANAGEMENT CONFERENCE)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Service by Substituted Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Amendment to Complaint (Fictitious/Incorrect Name)
Filed by CURTIS R. OLSON (Plaintiff)

**01/14/2020** Proof of Personal Service
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2020** at 2:57 PM in Department 45, Mel Red Recana, Presiding
Court Order

**01/07/2020** Certificate of Mailing for ((Plaintiff Olson's Peremptory Challenge Against the Honorable ...) of 01/07/2020)
Filed by Clerk

**01/07/2020** Notice of Case Reassignment/Vacate Hearings
Filed by Clerk

**01/07/2020** Challenge To Judicial Officer - Peremptory (170.6)
Filed by CURTIS R. OLSON (Plaintiff)

**01/07/2020** Minute Order ( (Plaintiff Olson's Peremptory Challenge Against the Honorable ...))
Filed by Clerk

**01/07/2020** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**01/07/2020** Notice of Case Management Conference
Filed by Clerk

**01/02/2020** Notice (Of Pendency Of Action)
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Complaint
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**12/23/2019** Civil Case Cover Sheet
Filed by CURTIS R. OLSON (Plaintiff)

**12/23/2019** Summons (on Complaint)
Filed by CURTIS R. OLSON (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   04/01/2022   12/15/2021   09/09/2021   02/18/2021   10/21/2020   08/26/2020   04/22/2020   01/28/2020

PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California.  I am over the age of 18 years, and not a party to the within action.  I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on June 27, 2022, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE; DECLARATION OF LINDSAY N. FRAZEIR-KRANE AND EXHIBITS,** with the Clerk of the Court by using the CM/ECF system.  I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the appellate CM/ECF system.

Executed on June 27, 2022, in Riverside, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


/s/ Sarah Quesada
Sarah Quesada

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

4

REQUEST FOR JUDICIAL NOTICE; DECLARATION OF
LINDSAY N. FRAZEIR-KRANE AND EXHIBITS