UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-09747-SB-PD | Date: | July 22, 2022 |
|---|---|---|---|

| Title: | *Jane Doe v. Curtis R. Olson, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| G. Scott Sobel (Zoom) | Michael B. Fisher (in person) |
| | Andrew J. Waxler (Zoom) |
| | Lindsay N. Frazier-Krane (Zoom) |
| | Raymond J. Fuentes (Zoom) |

**Proceedings:** [Minutes of] Status Conference and Plaintiff's Counsel's Request to Withdraw (Dkt. No. 49) (Held and Completed)

Case called and appearances made. The Court heard from Plaintiff's counsel, G. Scott Sobel, regarding his pending request to withdraw as counsel (Dkt. No. 49). Plaintiff, who appeared by Zoom at the hearing, represented that she is actively seeking new counsel and is talking with multiple lawyers. Without opposition, the Court **GRANTS** Mr. Sobel's request to withdraw for the reasons indicated on the record, and Mr. Sobel is relieved from his duties in this matter. Plaintiff is therefore responsible for prosecuting her case pro se until such time as she obtains new counsel. Mr. Sobel's prior requests at Dkt. Nos. 34 and 36 for extensions to accommodate his medical situation are therefore **DENIED** as moot.

To allow Plaintiff a reasonable opportunity to retain new counsel, the Court **STAYS** this matter for sixty days, until September 20, 2022. Plaintiff, either

through new counsel or pro se, shall file her oppositions to the pending motions to dismiss (Dkt. Nos. 38, 39, 40, and 43) no later than October 21, 2022. Defendants' replies, if any, are due no later than November 4, 2022. The Court **SETS** the pending motions to dismiss for an in-person hearing in Courtroom 6-C on November 18, 2022 at 8:30 a.m.

By this order, the Court emphasizes that the parties are expected to comply with all deadlines issued in this case, including the ones set above. In the event that Plaintiff is unable to obtain counsel, she is reminded that she is obligated to prosecute this case diligently and in compliance with all federal rules and orders issued in this case. *The failure to do so, including the failure to file oppositions to the motions to dismiss, may result in dismissal of this case.*[1]

:11

---

[1] The Court does not mean to suggest that Plaintiff will violate any rules and orders and only provides this information so that she understands the requirements and can avoid any adverse consequence from failing to satisfy them.