UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>  v.<br><br>CURTIS R. OLSON et al.,<br><br>      Defendants. | Case No. 2:21-cv-09747-SB-PD<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE |

      Defendants filed their motions to dismiss in June 2022, nearly four months ago.  Dkt. Nos. 38, 39, 40, 43.  After allowing Plaintiff's counsel to withdraw, the Court temporarily stayed the case to allow Plaintiff to seek new counsel.  The Court set the motions for hearing on November 18, 2022 and ordered Plaintiff to file her oppositions, either through new counsel or pro se, by October 21.  Dkt. No. 51.  On October 12, Plaintiff filed a request to extend the deadline for her opposition by 21 days because she has contracted COVID-19 and has been ordered by her doctor to rest and isolate herself.  Dkt. No. 55.  Plaintiff's request is supported by a redacted doctor's note.  Plaintiff does not, however, represent that she conferred with Defendants before seeking an extension or state whether they are opposed to her request.  In the future, the Court expects Plaintiff to confer with opposing counsel before requesting any extensions.  Nevertheless, the Court will allow the requested extension to accommodate Plaintiff's recovery from her illness.  The Court CONTINUES the hearing on Defendants' motions to dismiss to December 9, 2022 at 8:30 a.m. in Courtroom 6C.  Plaintiff's oppositions are due by November 14, and Defendants' replies, if any, are due by November 21.  In light of the extensive delay already allowed, the Court does not expect to grant any further extensions of Plaintiff's briefing deadlines.  IT IS SO ORDERED.

Date: October 18, 2022

                                                       Stanley Blumenfeld, Jr.
                                                    United States District Judge