Jane Doe
9451 Charleville Blvd #259
Beverly Hills, CA 90212
310 498-7975
JaneDoe4Justice@aol.com
Plaintiff Jane Doe in sui juris

FILED
CLERK, U.S. DISTRICT COURT

November 14, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS R. OLSON, et al.,<br><br>Defendants. | Case No. 2:21-cv-09747-SB-PD<br><br>**PLAINTIFF'S RESPONSE TO CCP § 425.16 MOTION OF DEFENDANTS SLAUGHTER, REAGAN & COLE, LLP, & LAMDIEN LE**<br>**(Dkt. #40)** |

1. Plaintiff **Jane Doe** hereby submits this Response to the Special Motion to Strike, pursuant to California Code of Civil Procedure (CCP) § 425.16, of Defendants Slaughter, Reagan & Cole, LLP, and Lamdien Le.

2. It is Plaintiff's intention to voluntarily dismiss the aforementioned Defendants from the underlying case at bar. In doing so, Plaintiff makes no concession as to the merits of Defendants' current Special Motion to Strike

pursuant to CCP § 425.16, commonly known as the anti-SLAPP statute.  Nor does Plaintiff make any concessions as to merits of any responses or defenses that said Defendants may have made in the underlying action.

      3.      Because Plaintiff is dismissing said Defendants from this action, their Special Motion to Strike should be denied as moot.  *See, e.g., Burnett v. Twentieth Century Fox Film Corp.*, 491 F.Supp.2d 962, 974 (C.D. Cal. 2007) (because federal court dismissed remaining state claims, defendant's special motion to strike was denied as moot); *Batzel v. Smith*, 372 F.Supp.2d 546, 556 (C.D. Cal. 2005) (because motion for summary judgment was granted, the court dismissed special motion to strike as moot); *King v. National Gen. Ins. Co.*, 129 F.Supp.3d 925, 945 (N.D. Cal. 2015) (because every claim in first amended complaint was dismissed, the court dismissed the motion to strike as moot).

DATED:     November 14, 2022

                                      Respectfully submitted,

                                      <u>/s/ Jane Doe</u>
                                      Jane Doe in sui juris

# PROOF OF SERVICE

I, Gilbert Romero, am over the age of 18 years.  I am not a party to the within-entitled cause.  I maintain my business address at 4454 Marine Ave Lawndale, CA 90260.  On November 14, 2022 I served the attached:

upon the following individuals/entities by electronic email and by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California, addressed as follows:

**PLAINTIFF'S RESPONSE TO CCP § 425.16 MOTION OF DEFENDANTS SLAUGHTER, REAGAN & COLE, LLP, & LAMDIEN LE**

Michael B Fisher  for Buchalter, Eric Kennedy and Ashley Milnes

Buchalter APC

1000 Wilshire Boulevard Suite 1500, Los Angeles, CA 90017-1730

213-891-0700  Fax: 213-896-0400  Email: mbfisher@buchalter.com

Andrew J. Waxler for Slaughter, Reagan and Cole, LLP and Lamdien Le

Kaufman Dolowich Voluck LLP

21515 Hawthorne Boulevard Suite 450, Torrance, CA 90503

30-540-2000  Fax: 310-540-6609  Email: awaxler@kdvlaw.com

Lindsay N Frazier-Krane  for Marlene Burris, Debra Rivera, Michael Convey, Emily Spear, Cindy Kim

Cummings McClorey Davis and Acho

3801 University Avenue Suite 560,  Riverside, CA 92501

951-276-4420  Fax: 951-276-4405  Email: lkrane@cmda-law.com

Raymond J Fuentes  for William Koo

Fuentes and McNally LLP

700 North Central Avenue Suite 470  Glendale, CA 91203

818-543-4750  Fax: 818-543-4757  Email: fmllp@fm-llp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 14, 2022, in Los Angeles, California.

/s/ Gilbert Romero

Gilbert Romero