Jane Doe
9451 Charleville Blvd #259
Beverly Hills, CA 90212
310 498-7975
JaneDoe4Justice@aol.com
Plaintiff Jane Doe in sui juris

FILED
CLERK, U.S. DISTRICT COURT
November 14, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS R. OLSON, et al.,<br><br>Defendants. | Case No. 2:21-cv-09747-SB-PD<br><br>**PLAINTIFF'S RESPONSE TO RULE 12(b)(6) MOTION OF DEFENDANTS BUCHALTER, P.C.; KENNEDY; & MILNES (Dkt. #39)** |

_____

1. Plaintiff **Jane Doe** hereby submits this Response to the Motion of Defendants Buchalter, P.C., Kennedy, and Milnes to dismiss the second cause of action in this matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. For the purposes of this Response, Plaintiff presumes that the reference in Defendants' Notice of Motion to the California Code of Civil

1  Procedure is erroneous and that the Motion has been brought according to the
2  Federal Rules.
3  
4          3.      It is Plaintiff's intention to voluntarily dismiss the aforementioned
5  Defendants from the instant action.  In so doing, Plaintiff makes no concession as
6  to the merits of Defendants' current Motion, or any other defenses or responses
7  that said Defendants may have made in this action.
8  
9          4.      Because Plaintiff is dismissing said Defendants from this action, their
10 Rule 12(b)(6) motion should be denied as moot.  *See, e.g., King v. National Gen.*
11 *Ins. Co.*, 129 F.Supp.3d 925, 945 (N.D. Cal. 2015) (because every claim in first
12 amended complaint [FAC] was dismissed, the court dismissed the motion to strike
13 as moot); *cf. Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir.
14 2015) (defendants' motion to dismiss was aimed at FAC, which had been
15 superseded by second amended complaint, so motion should have been denied as
16 moot).

DATED:     November 14, 2022

                                        Respectfully submitted,

                                        /s/ Jane Doe
                                        Jane Doe in sui juris

# PROOF OF SERVICE

I, Gilbert Romero, am over the age of 18 years. I am not a party to the within-entitled cause. I maintain my business address at 4454 Marine Ave Lawndale, CA 90260. On November 14, 2022 I served the attached:

**PLAINTIFF'S RESPONSE TO RULE 12(b)(6) MOTION OF DEFENDANTS BUCHALTER, P.C.; KENNEDY; & MILNES**

upon the following individuals/entities by electronic email and by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California, addressed as follows:

Michael B Fisher  for Buchalter, Eric Kennedy and Ashley Milnes
Buchalter APC
1000 Wilshire Boulevard Suite 1500, Los Angeles, CA 90017-1730
213-891-0700  Fax: 213-896-0400  Email: mbfisher@buchalter.com

Andrew J. Waxler for Slaughter, Reagan and Cole, LLP and Lamdien Le
Kaufman Dolowich Voluck LLP
21515 Hawthorne Boulevard Suite 450, Torrance, CA 90503
30-540-2000  Fax: 310-540-6609  Email: awaxler@kdvlaw.com

| | |
|---|---|
| 1 | Lindsay N Frazier-Krane  for Marlene Burris, Debra Rivera, Michael Convey, Emily Spear, Cindy Kim |

Lindsay N Frazier-Krane  for Marlene Burris, Debra Rivera, Michael Convey, Emily Spear, Cindy Kim

Cummings McClorey Davis and Acho

3801 University Avenue Suite 560,  Riverside, CA 92501

951-276-4420  Fax: 951-276-4405  Email: lkrane@cmda-law.com

Raymond J Fuentes  for William Koo

Fuentes and McNally LLP

700 North Central Avenue Suite 470  Glendale, CA 91203

818-543-4750  Fax: 818-543-4757  Email: fmllp@fm-llp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 14, 2022, in Los Angeles, California.

/s/ Gilbert Romero
Gilbert Romero