UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDALA AARONOFF,<br><br>      Plaintiff,<br><br>v.<br><br>CURTIS R. OLSON et al.,<br><br>      Defendants. | Case No. 2:21-cv-09747-SB-PD<br><br>ORDER DENYING LEAVE TO PROCEED ANONYMOUSLY |

      Plaintiff filed this case anonymously without requesting leave as required. *See* Fed R. Civ. P. 10(a) (stating that a pleading must "include the names of all parties"); *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (listing the limited instances justifying anonymity).  The Court ordered Plaintiff to show cause why it should allow her to continue proceeding anonymously.  Dkt. No. 71.  Plaintiff's reply asserts that she is afraid of "harassment, injury, ridicule and/or personal embarrassment" due to this case's allegations of sexual harassment against a former professional baseball player and disclosure of Plaintiff's medical information, and the fact that she has been allowed to proceed anonymously in one state case between her and Curtis Olson.  Dkt. No. 72.  But Plaintiff fails to address the fact that her name already has been disclosed in the state trial court and on appeal in cases in which she asserts similar allegations.  *See* Request for Judicial Notice (RJN), Dkt. No. 38-1 (citing website that publicly discloses Plaintiff's name in the trial court dockets); Appellant Aaronoff's Opening Brief, Cal. Ct. App. Case No. B295388 (disclosing Plaintiff's name in the publicly filed appellate briefing).  Plaintiff is DENIED leave to proceed anonymously.  The Clerk is ordered to adjust the docket and title of this action to reflect Plaintiff's name, Vidala Aaronoff.  *Doe v. United States*, No. 20-cv-01052, 2020 WL 7388095, at *5 (E.D. Cal. Dec. 16, 2020).

IT IS SO ORDERED.

Date: February 2, 2023

                                                  Stanley Blumenfeld, Jr.
                                                United States District Judge