JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDALA AARONOFF,<br><br>      Plaintiff,<br><br>v.<br><br>CURTIS R. OLSON et al.,<br><br>      Defendants. | Case No. 2:21-cv-09747-SB-PD<br><br>FINAL JUDGMENT |

For the reasons set forth in (1) the July 8, 2022 order dismissing Plaintiff's claims against Defendants Curtis R. Olson, Leonard Kyle Dykstra, and Ryan Vogt-Lowell, and (2) the separate order entered this day dismissing Plaintiff's claims against Defendants Buchalter, PC, Marlene Burris, Michael Convey, Eric Kennedy, Cindy Kim, William Koo, Lamdien Le, Ashley Milnes, Debra Rivera, Slaughter, Reagan and Cole, LLP, and Emily Spear, it is hereby ordered, adjudged, and decreed that:

    1.  Plaintiff's claims against Buchalter, PC, Leonard Kyle Dykstra, Eric Kennedy, Ashley Milnes, Curtis R. Olson, and Ryan Vogt-Lowell are dismissed without prejudice;

    2.  Plaintiff's claims against Lamdien Le and Slaughter, Reagan & Cole, LLP are dismissed with prejudice based on the representation that the parties negotiated a settlement, Dkt. No. 65;[1]

---

[1] Defendants anticipated that a dismissal would be filed in December, but that has not occurred.  Nevertheless, the Court dismisses the claims against these Defendants with prejudice based on the representations of defense counsel and the response by Plaintiff.  If this assumption is incorrect, the parties shall file a joint

2

     3.  Plaintiff's claims against Marlene Burris, Michael Convey, Cindy Kim, William Koo, Debra Rivera, and Emily Spear are dismissed with prejudice.

     This is a Final Judgment.

Date: February 2, 2023

                                         Stanley Blumenfeld, Jr.
                                         United States District Judge

---

status report by no later than February 10, 2023, with an explanation.  Failure to file a timely report will be construed as confirmation of the stated assumption.