[Name Redacted] Jane Doe
9451 Charleville Blvd. #259
Beverly Hills, California 90212
310-498-7975
JaneDoe4Justice@aol.com

Plaintiff in sui juris

FILED
2023 MAR -6 PM 4:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| [Name Redacted] JANE DOE, | Case No: 2:21-cv-09747-SB-PD |
|---|---|
| Plaintiff | |
| v. | |
| CURTIS R. OLSON, et al., | MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| Defendants | |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Pursuant to Local Rule 79-5.22(a) Appellant [Name Redacted] Jane Doe (Appellant) hereby moves the Court for an order permitting her to file her Notice of Appeal anonymously under "Jane Doe" and to seal certain materials already filed with the Court on February 2, 2023, or in the alternative to use allow Appellant to submit her Notice of Appeal using her legal name and amend the Court's judgements and orders,

1     Good cause appears under the unusual circumstances of Appellant's case and
2 within the meaning of California Civil Code §1708.85 and would not prejudice
3 Respondents.

5 Date: March 5, 2023           *Jane Doe* (signature)
6                                   Jane Doe

## DECLARATION OF JANE DOE

I, Jane Doe declare as follows.

1. I am over the age of 18 years. I am the Appellant to this Motion and I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. The Appeal arises from my restraining order case, in which I allege I have suffered sexual assault, invasion of privacy where my opposing party and his agents put a secret hidden camera to film through my bathroom window to film me without my knowledge or consent and other actions necessitating I proceed under a Jane Doe pseudonym.

3. I tried to go under Jane Doe when I sought a restraining order, however the clerk and police informed me that in restraining order cases, a party seeking a restraining order is not allowed to use a pseudonym because, because if granted a restraining order, the police must be able to match the restraining order document with the protected party's name and identification, thus they would not allow me to file under Jane Doe. Further, restraining order cases are generally simple cases with truncated hearings, no jury and no discovery.

4. However, my restraining order matter, has resulted in massive unlawful discovery from six consolidated appeals over more than four years of only post-trial litigation in which the opposing party has been seeking massive attorney's fees against me. The Second Appellate District Court of Appeal's recent Opinion found that the last four years

of litigation never should have happened as the case should have been automatically stayed pending appeal per CCP § 916.

5.     Thus all the post-trial orders have been reversed, vacated, and/or mooted. However, over 5000 pages of the trial court record is something more akin to a regular civil litigation case in which a litigant such as myself would have had the right to proceed under California Civil Code §1708.85.  In fact, I am lawfully proceeding in a related state case under a California Civil Code §1708.85 for the very same reason I am seeking the Court's permission to redact my name and proceed under the pseudonym, Jane Doe.

6.     Being able to proceed under the pseudonym, Jane Doe, will help mitigate my emotional trauma, secondary victimization and doxing that I have suffered with the challenges I face seeking redress in the courts for my standing up to my sexual abuser that surround the underlying facts in this Federal litigation.

7.     Further, state trial court restraining order cases and even restraining order appeals are not high profile cases, necessitating a motion to file under seal.  However, cases pending in the United Stated Ninth Circuit and the California Supreme Court are much more public and can garner unwanted attention to vulnerable litigants like me. Therefore, I respectfully request the Court allow me to proceed with my name redacted to Jane Doe or in the alternative to use my former name prior to the dissolution of my marriage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on March 4, 2023 at Los Angeles, California.

Dated March 4, 2023



Jane Doe

## PROOF OF SERVICE

I, Gilbert Romero, am over the age of 18 years. I am not a party to the within-entitled cause. I maintain my business address at 4454 Marine Ave Lawndale, CA 90260. On November 15, 2022 I served the attached: upon the following individuals/entities by electronic email and by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California, addressed as follows:

~~MOTION~~ FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Lindsay N Frazier-Krane for Marlene Burris, Debra Rivera, Michael Convey, Emily Spear, Cindy Kim
Cummings McClorey Davis and Acho
3801 University Avenue Suite 560, Riverside, CA 92501
951-276-4420  Fax: 951-276-4405  Email: lkrane@cmda-law.com

Raymond J Fuentes for William Koo
Fuentes and McNally LLP
700 North Central Avenue Suite 470  Glendale, CA 91203
818-543-4750  Fax: 818-543-4757  Email: fmllp@fm-llp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 6, 2023, in Los Angeles, California.

Gilbert Romero