Jane Doe
9451 Charleville Blvd. #259
Beverly Hills, California 90212
310-498-7975
JaneDoe4Justice@aol.com

Plaintiff in Sui Juris

FILED
2023 MAR -6 PM 4:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| [Redacted JANE DOE], <br> Plaintiff <br> v. <br> CURTIS R. OLSON, et al., <br> Defendants | Case No: 2:21-cv-09747-SB-PD <br><br> REDACTED <br><br> NOTICE OF APPEAL |

Notice is hereby given that JANE DOE hereby appeals to the United States Court of Appeals for the Ninth Circuit the Final Judgment entered February 2, 2023 (Doc. 79), including the Order Denying Leave to Proceed Anonymously entered February 2, 2023 (Doc. 75).

Order granting Request to Proceed *In Forma Pauperis* entered January 21, 2022 (Doc. 19)

A Representation Statement, copy of said judgment and order is attached hereto.

Dated: March 3, 2023

_Jane Doe_
JANE DOE Appellant/Sui Juris

REPRESENTATION STATEMENT

Appellant

JANE DOE
*In sui juris*
9451 Charleville Blvd. #259
Beverly Hills, California 90212
310-498-7975
JaneDoe4Justice@aol.com

Appellees

Michael Convoy, Emily Spear, Marlene Burris, Debra Rivera and Cindy Kim.

Represented by:

Lindsay N Frazier-Krane and Sarah L. Overton, Cummings McClorey Davis and Acho, 3801 University Avenue, Suite 560, Riverside, California 92501; 951-276-4420; lkrane@cmda-law.com and soverton@cmda-law.com.

Willam Koo

Represented by:

Raymond J. Fuentes, Fuentes and McNally LLP, 700 North Central Avenue, Suite 470, Glendale, California 91203;818-543-4750; fmllp@fm-llp.com.

# PROOF OF SERVICE

I, Gilbert Romero, am over the age of 18 years. I am not a party to the within-entitled cause. I maintain my business address at 4454 Marine Ave Lawndale, CA 90260. On November 15, 2022 I served the attached: upon the following individuals/entities by electronic email and by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California, addressed as follows:

## Notice Of Appeal

Lindsay N Frazier-Krane  for Marlene Burris, Debra Rivera, Michael Convey, Emily Spear, Cindy Kim
Cummings McClorey Davis and Acho
3801 University Avenue Suite 560,  Riverside, CA 92501
951-276-4420  Fax: 951-276-4405  Email: lkrane@cmda-law.com

Raymond J Fuentes  for William Koo
Fuentes and McNally LLP
700 North Central Avenue Suite 470  Glendale, CA 91203
818-543-4750  Fax: 818-543-4757  Email: fmllp@fm-llp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 6, 2023, in Los Angeles, California.

Gilbert Romero