[Name Redacted] Jane Doe
9451 Charleville Blvd. #259
Beverly Hills, California 90212
310-498-7975
JaneDoe4Justice@aol.com

Plaintiff in sui juris

FILED
CLERK, U.S. DISTRICT COURT

MAR 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| [Name Redacted] JANE DOE,<br><br>        Plaintiff<br><br>    v.<br><br>CURTIS R. OLSON, et al.,<br><br>        Defendants | Case No: 2:21-cv-09747-SB-PD<br><br>REDACTED<br><br>CORRECTED FOR LEAVE TO FILE DOCUMENT UNDER SEAL |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

   Pursuant to Local Rule 79-5.22(a) Appellant [Name Redacted] Jane Doe (Appellant) hereby respectfully requests the Court for an order permitting her to file her Notice of Appeal anonymously under "Jane Doe" and to seal or redact Appellant's name to Jane Doe certain materials already filed with the Court on February 2, 2023, while the matter is pending appeal for decision from the Appellate Court or in the alternative to use

allow Appellant to submit her Notice of Appeal using her legal name and amend the Court's judgements and orders, dated February 2, 2023 from her former name to her current name restored after dissolution of marriage.

Appellant's request for Leave to File Document Under Seal for her Notice of Appeal requests permission to redact only her name based on *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) and California Civil Code § 1708.85. The Appeal arises from a restraining order case, involving allegations of sexual assault, invasion of privacy using a secret hidden camera to film Appellant in her bathroom without her knowledge or consent among other actions necessitating the use of a Jane Doe pseudonym.

In restraining order cases, a party seeking a restraining order is not allowed to use a pseudonym because, if granted a restraining order, the police must be able to match the restraining order document with the protected party's name and identification. Further, restraining order cases are generally simple cases with truncated hearings, no jury and no discovery.

However, Appellant's restraining order matter, has resulted in massive unlawful discovery from six consolidated appeals over more than four years of only post-trial litigation in which the opposing party has been seeking massive attorney's fees against Appellant  The  Second District Court of Appeal's recent Opinion found in Jane Doe's

favor that the last four years of litigation never should have happened as the case should have been automatically stayed pending appeal per CCP § 916.

Thus all the post-trial orders have been reversed, vacated, and/or mooted. However, over 5000 pages of the trial court record is something more akin to a regular civil litigation case in which a litigant such as Appellant would have had the right to proceed under California Civil Code §1708.85. In fact, Appellant is lawfully proceeding in a related state case under a California Civil Code §1708.85 for the very same reason she seeks the Court's permission to redact her name and proceed under the pseudonym, Jane Doe.

Due to no fault or negligence of Appellant, she was forced to use her name in a 2015 restraining order just to protect herself, yet she never could have imagined that would turn into over seven years of massive litigation where she is not only fighting a billionaire sex abuser, she is forced, like the Jeffery Epstein victims to fight the whole legal enforcement structure including rogue actors in the courts, which are the most dangerous. Thus being able to proceed anonymously under the pseudonym Jane Doe will help Appellant mitigate the emotional trauma, secondary victimization and doxing that comes with the challenges victims face, like Appellant, when seeking redress in the courts for cases involving sexual abuse allegations and whistleblowing RICO corruption within our judicial system.

Further, lower restraining order state cases and even appeals are not high profile cases, necessitating a motion to file under seal. However, cases pending in the Federal Court of the Ninth Circuit and the California Supreme Court are much more public and can garner unwanted attention to vulnerable litigants like Appellant. *Starbucks Corp. v. Superior Court*, 86 Cal. Rptr. 3d 482 (Cal. Ct. App. 2008) – The court notes in dicta that "[t]he judicial use of 'Doe plaintiffs'" to protect legitimate privacy rights has gained wide currency, particularly given the rapidity and ubiquity of disclosures over the World Wide Web."

Good cause appears under the unusual circumstances of Appellant's case and within the meaning of California Civil Code §1708.85 and would not prejudice Respondents.

Date: March 5, 2023                         *Jane Doe*
                                            Jane Doe

# DECLARATION OF JANE DOE

I, Jane Doe declare as follows.

1. I am over the age of 18 years. I am the Appellant to this request for leave to file document under seal and I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. The Appeal arises from my 2015 restraining order case, in which I allege I have suffered sexual assault, invasion of privacy where my opposing party and his agents put a secret hidden camera to film through my bathroom window to film me without my knowledge or consent and other actions necessitating I proceed under a Jane Doe pseudonym.

3. I tried to go under Jane Doe when I sought a restraining order, however the clerk and police informed me that in restraining order cases, a party seeking a restraining order is not allowed to use a pseudonym because, because if granted a restraining order, the police must be able to match the restraining order document with the protected party's name and identification, thus they would not allow me to file under Jane Doe. Further, restraining order cases are generally simple cases with truncated hearings, no jury and no discovery.

4. However, my restraining order matter, has resulted in massive unlawful discovery from six consolidated appeals over more than four years of only post-trial litigation in which the opposing party has been seeking massive attorney's fees against me. The

Second Appellate District Court of Appeal's recent Opinion found that the last four years of litigation never should have happened as the case should have been automatically stayed pending appeal per CCP § 916.

5.   Thus all the post-trial orders have been reversed, vacated, and/or mooted. However, over 5000 pages of the trial court record is something more akin to a regular civil litigation case in which a litigant such as myself would have had the right to proceed under California Civil Code §1708.85.  In fact, I am lawfully proceeding in a related state case under a California Civil Code §1708.85 for the very same reason I am seeking the Court's permission to redact my name and proceed under the pseudonym, Jane Doe.

6.   Being able to proceed under the pseudonym, Jane Doe, will help mitigate my emotional trauma, secondary victimization and doxing that I have suffered with the challenges I face seeking redress in the courts for my standing up to my sexual abuser that surround the underlying facts in this Federal litigation.

7.   Further, state trial court restraining order cases and even restraining order appeals are not high profile cases, necessitating a motion to file under seal.  However, cases pending in the United Stated Ninth Circuit and the California Supreme Court are much more public and can garner unwanted attention to vulnerable litigants like me. Therefore, I respectfully request the Court allow me to proceed with my name redacted to Jane Doe or in the alternative to use my former name prior to the dissolution of my marriage that I have legally restored.

8. Further, I am very afraid for my life, and I have serious reason to be as I am dealing with dangerous people who have the ability to operate above the law and in the shadows.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on March 4, 2023 at Los Angeles, California.

Dated March 4, 2023                               *Jane Doe*

                                                  Jane Doe

# PROOF OF SERVICE

I, Gilbert Romero, am over the age of 18 years. I am not a party to the within-entitled cause. I maintain my business address at 4454 Marine Ave Lawndale, CA 90260. On March 6, 2023 I served the attached: upon the following individuals/entities by electronic email and by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Los Angeles, California, addressed as follows:

**REDACTED CORRECTED LEAVE TO FILE DOCUMENT UNDER SEAL**

Michael Convoy, Emily Spear, Marlene Burris, Debra Rivera and Cindy Kim.

Represented by:

Lindsay N Frazier-Krane and Sarah L. Overton, Cummings McClorey Davis and Acho, 3801 University Avenue, Suite 560, Riverside, California 92501; 951-276-4420; lkrane@cmda-law.com and soverton@cmda-law.com.

Willam Koo

Represented by:

Raymond J. Fuentes, Fuentes and McNally LLP, 700 North Central Avenue, Suite 470, Glendale, California 91203;818-543-4750; fmllp@fm-llp.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 6, 2023, in Los Angeles, California.

                            _/s/Gilbert Romero_
                             Gilbert Romero