UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>CURTIS R. OLSON, an individual; et al.,<br><br>   Defendants-Appellees. | No. 23-55219<br><br>D.C. No. 2:21-cv-09747-SB-PD<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

  Appellant's motion to proceed in forma pauperis (Docket Entry No. 7) is granted.  The Clerk will amend the docket to reflect this status.

  Appellant's motion to file under seal the motion to proceed in forma pauperis (Docket Entry No. 6) is granted.  The Clerk will maintain Docket Entry No. 7 under seal.

  The opening brief is due June 14, 2023.  The answering brief is due July 14, 2023.  The optional reply brief is due within 21 days after service of the answering brief.  Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief."  *Id.*

MKS/MOATT