| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 21 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JANE DOE,

    Plaintiff-Appellant,

v.

CURTIS R. OLSON, an individual; et al.,

    Defendants-Appellees.

No. 23-55219

D.C. No.
2:21-cv-09747-SB-PD
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 21), this appeal is voluntarily dismissed as to appellees Lamdien Le and Slaughter, Reagan and Cole, LLP, only. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court as to appellees Lamdien Le and Slaughter, Reagan and Cole, LLP, only.

The remainder of the briefing schedule for the remaining parties is unchanged.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

OSA133