UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CURTIS R. OLSON, an individual; et al.,<br><br>        Defendants-Appellees. | No. 23-55219<br><br>D.C. No.<br>2:21-cv-09747-SB-PD<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 28), this appeal is voluntarily dismissed as to appellees Curtis R. Olson, Ryan Vogt-Lowell, Eric Kennedy, Ashley Milnes, and Buchalter, PC, only. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court as to appellees Curtis R. Olson, Ryan Vogt-Lowell, Eric Kennedy, Ashley Milnes, and Buchalter, PC, only.

The remainder of the briefing schedule for the remaining parties is unchanged.

                                            FOR THE COURT:
                                            MOLLY C. DWYER
                                            CLERK OF COURT

OSA117/Pro Se